# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND CARTERET BANCORP, INC.

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: September 6, 2006

**ORDER**

The Court GRANTS the Plaintiff-Intervenor FDIC's Consent Motion to Amend the Briefing Schedule. The Court ORDERS that:

1. The Plaintiff-Intervenor shall file its response to Plaintiffs' Statement of Issues on or before September 13, 2006;
2. The Plaintiffs and Plaintiff-Intervenor shall complete their deposition of the Defendant's expert witness, Prof. Anthony Saunders, on or before October 5, 2006;
3. The Shareholder-Plaintiffs shall file their Reply to the Plaintiff-Intervenor's and Defendant's Responses to the Statement of Issues on or before October 19, 2006; and
4. The status conference currently scheduled for September 5, 2006 is RESCHEDULED for November 8, 2006 at 10:00 a.m. EST.

It is so ORDERED.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE