# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND CARTERET BANCORP, INC.

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: October 13, 2006

**ORDER**

The Court hereby RESCHEDULES the telephone status conference previously set for Wednesday November 8, 2006. The status conference shall be held on Wednesday, November 15, 2006, at 11:00 a.m. E.D.T., in Courtroom #9, National Courts Building.

It is so ORDERED.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE