IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., | ) | |
| Plaintiffs, | ) | |
| and | ) | |
| THE FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | No. 93-531C (Senior Judge Loren Smith) |
| Plaintiff-Intervenor, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE GOVERNMENT'SRESPONSE TO FDIC'S RESPONSE TOAMBASE'S STATEMENT OF ISSUES**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, hereby seeks leave to file the Government's Response To FDIC's Response To Ambase's Statement Of Issues ("Government Response"). While the scheduling order dated September 6, 2006, does not provide for the filing of a Government response to the FDIC's Response To Ambase's Statement Of Issues, the Government should be permitted to file a response because the Government and FDIC are opposing parties in the litigation. The undersigned has discussed this motion with counsel for Ambase and the FDIC and they consent to the motion.

For these reasons, we respectfully request that our motion for leave be granted.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director

JEANNE E. DAVIDSON
Deputy Director

WILLIAM F. RYAN
Assistant Director

S/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: 202-307-0309

OF COUNSEL:
TIMOTHY ABRAHAM
ARLENE PIANKO GRONER
MELINDA HART
F. JEFFERSON HUGHES

October 19, 2006

Certificate Of Filling

I hereby certify that on October 19, 2006, a copy of the foregoing Unopposed Motion For Leave To File Government's Response To FDIC's Response To Ambase's Statement Of issues was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David A. Levitt