# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **AMBASE CORPORATION AND CARTERET BANCORP, INC.,** | * | |
| *Plaintiffs,* | * | Case No. 93-531C |
| and | * | Senior Judge Smith |
| **THE FEDERAL DEPOSIT INSURANCE CORPORATION,** | * | Filed : October 26, 2006 |
| *Plaintiff -Intervenor,* | * | |
| v. | * | |
| **THE UNITED STATES,** | * | |
| *Defendant.* | * | |

**ORDER**

The Court hereby GRANTS Defendant's Motion for Leave to File Government's Response to FDIC's Response to Ambase's Statement of Issues.

**It is so Ordered**.

s/Loren A. Smith
LOREN A. SMITH
Senior Judge