# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND
CARTERET BANCORP, INC.

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE
CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: November 16, 2006

**ORDER**

The Court SCHEDULES a telephone conference to be held on Monday, December 11, 2006, at 2:00 p.m. EST.

It is so ORDERED.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE