# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND CARTERET BANCORP, INC.,

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: December 13, 2006

**ORDER**

Pursuant to the telephone conference held on December 12, 2006, the Court hereby DENIES Defendant's Motion for Certification. The Court must deny Certification because the argument for nonjusticiability is fact dependent and it would not lead to the efficient administration of justice to certify this issue in the abstract. The Court further finds that after reviewing the parties arguments the case is justiciable at this time.

The parties are DIRECTED to confer and file a proposed stipulated Order with regard to expert discovery. The Court further SCHEDULES a telephone status conference to be held on Thursday, April 12, 2007, at 3:00 p.m. EDT.

It is so ORDERED.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE