**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC.<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff-Intervenor,<br><br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 93-531<br>(Judge Loren Smith) |

**JOINT SUBMISSION REGARDING PRETRIAL SCHEDULE**

Pursuant to this Court's order dated December 13, 2006, the parties hereby submit an agreed-upon proposed schedule for expert discovery.

**JOINT PROPOSAL REGARDING EXPERT DISCOVERY**

The parties have reached agreement on the following proposed schedule governing expert discovery:

1. **March 5, 2007:** Deadline for identification of experts, pursuant to Paragraph V.A.1 of Procedural Order No. 2: Discovery Plan (the "DP"), for Plaintiffs and Plaintiff FDIC.

2. **May 7, 2007:** Deadline for delivery of reports of experts for Plaintiffs and Plaintiff FDIC, pursuant to DP ¶ V.A.2.

3. **June 11, 2007:** Deadline for completion of depositions of experts for Plaintiffs and Plaintiff FDIC, pursuant to DP ¶ V.A.3.

4. **July 9, 2007:** Deadline for identification of experts for Defendant pursuant to DP ¶ V.B.1.

5. **September 17, 2007:** Deadline for delivery of reports of experts for Defendant, pursuant to DP V.B.2.

6. **October 12, 2007:** Deadline for completion of depositions of experts for Defendant, pursuant to DP ¶ V.B.3.

Respectfully submitted,

STUART E. SCHIFFER
Deputy Assistant Attorney General

DAVID M. COHEN
Director
S/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director
S/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-0309
Fax: (202) 514-7969

Attorneys for Defendant

S/ Charles J. Cooper
CHARLES J. COOPER
VINCENT J. COLATRIANO
DAVID H. THOMPSON
COOPER & KIRK, PLLC
555 11TH Street, N.W., Suite 750
Washington, D.C. 20004
Tel: (202) 220-9600
Fax: (202) 220-9601

Counsel For Plaintiffs

S/Andrew C. Gilbert
ANDREW C. GILBERT
Federal Deposit Insurance Corporation
Legal Division
550 17th Street, N.W.
MB-3060
Washington, D.C. 20429
Tel: (202) 898-3871
Fax: (202) 898-3908

Counsel for Plaintiff-Intervenor

January 29, 2007