# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND
CARTERET BANCORP, INC.

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: April 13, 2007

**AMENDED ORDER**

The Court **AMENDS** its Order dated December 13, 2006. The Order shall include the following bolded text:

Pursuant to the telephone conference held on December 12, 2006, the Court hereby DENIES Defendant's **and Plaintiff-Intervenor's** Motion for Certification. The Court must deny Certification because the argument for nonjusticiability is fact dependent and it would not lead to the efficient administration of justice to certify this issue in the abstract. The Court further finds that after reviewing the parties arguments the case is justiciable at this time.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE