# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., *Plaintiffs*, | * | |
| and | * | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *Plaintiff-Intervenor*, | * | Case No. 93-531C<br>Senior Judge Smith |
| v. | * | Filed: April 13, 2007 |
| THE UNITED STATES, *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Per the status conference held on April 12, 2007, the Court **SCHEDULES** oral argument for Wednesday, November 14, 2007 at 2:30 p.m. EST in Courtroom #9, U.S. Court of Federal Claims, National Courts Building, to decide whether the trial schedule below can be avoided by summary judgment. The parties are **ORDERED** to submit their respective positions with regard to summary judgment, in writing, on or before October 31, 2007.

The Court **SCHEDULES** the following pre-trial and trial deadlines and dates:

| | |
|---|---|
| December 7, 2007 | Parties exchange exhibit and witness lists |
| December 21, 2007 | Plaintiffs and FDIC-R file Appendix A submissions |
| January 21, 2008 | Defendant files Appendix A submissions |
| February 11, 2008 | Trial to commence |

The Court further **SCHEDULES** a pretrial conference to be held on Wednesday, January 30, 2008, at 2:30 p.m. EST, in Courtroom #9, U.S. Court of Federal Claims, National Courts Building.

It is so ORDERED.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE