**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC.,<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 93-531<br>(Judge Loren Smith) |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINES FOR SUBMISSION OF EXPERT REPORT AND FOR DEPOSITION OF PLAINTIFFS' EXPERT WITNESS**

Plaintiffs AmBase Corporation and Carteret Bancorp, Inc. ("Plaintiffs") hereby respectfully move for a four-day extension of the deadlines, as set forth in the parties' January 29, 2007 Joint Submission Regarding Pretrial Schedule ("Joint Submission"), for the delivery of Plaintiffs' expert report and for the completion of the deposition of Plaintiffs' expert. In particular, Plaintiffs request (1) that the deadline for the delivery of their expert report be moved from Monday, May 7 to Friday, May 11; and (2) that the deadline for the completion of the deposition of Plaintiffs' expert be moved from Monday, June 11 to Friday, June 15. Counsel for Defendant and for Plaintiff-Intervenor FDIC have informed Plaintiffs that they do not oppose this motion.

In support of this motion, Plaintiffs state that the brief extension of the deadline for the delivery of Plaintiffs' expert report is necessary to allow Plaintiffs' expert to complete his analy-

ses of the numerous issues relevant to the calculation of damages in this matter and to allow him to complete the preparation and drafting of his report. The short extension in the deadline for the completion of the deposition of Plaintiffs' expert is requested in order to ensure that the parties are provided the same amount of time to prepare for that deposition as was provided under the Joint Submission.

Plaintiffs have not sought nor received any previous extensions of the above-referenced deadlines.

For the foregoing reasons, Plaintiffs respectfully request that the deadline for the delivery of the report for Plaintiffs' expert be extended from May 7, 2007 to May 11, 2007, and that the deadline for the completion of the deposition of Plaintiffs' expert be extended from June 11, 2007 to June 15, 2007.

May 4, 2007

Respectfully submitted,

/s/ Charles J. Cooper

Charles J. Cooper
*Counsel of Record*

David H. Thompson
Vincent J. Colatriano
David M. Lehn

COOPER & KIRK, PLLC
555 11th Street, N.W., Suite 750
Washington, D.C. 20004
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May 2007, I caused to be served by the Court's electronic filing system copies of the foregoing on the following counsel:

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.—Room 12006
Attn: Classification Unit—8th Floor
Washington, DC 20530

Andrew Gilbert, Esq.
FDIC Legal Division
550 17th Street, N.W.
Room 2098
Washington, DC 20429

/s/Charles J. Cooper