# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND
CARTERET BANCORP, INC.
*Plaintiffs,*
and

FEDERAL DEPOSIT INSURANCE
CORPORATION,
*Plaintiff-Intervenor,*

v.

THE UNITED STATES,
*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: May 8, 2007

**ORDER**

The Court hereby **GRANTS** Plaintiffs' Unopposed Motion for Extension of Deadlines for Submission of Expert Report and for Deposition of Plaintiffs' Expert Witness. The deadline for delivery of Plaintiffs' expert report shall be moved from Monday, May 7 to Friday, May 11, 2007. The Deadline for the completion of the deposition of Plaintiffs' expert shall be moved from Monday, June 11 to Friday, June 15, 2007.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE