IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC. | ) | |
| Plaintiffs, | ) | |
| and | ) | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | ) | Civil Action No. 93-531 |
| Plaintiff-Intervenor, | ) | (Judge Loren Smith) |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

DEFENDANT'S IDENTIFICATION OF EXPERT WITNESSES

Pursuant to paragraph V.A.1 of the "Procedural Order No. 2: Discovery Plan," defendant, the United States, hereby notifies plaintiff and plaintiff-intervenor that we may call W. Barefoot Bankhead, David A. Kennedy, Professor Anthony Saunders, and Professor Roy C. Smith at trial pursuant to Rule 702 of the Federal Rules of Evidence. We attach their resumes, which describe the qualifications of each witness, and identify their publications within the last ten years and their testimony during the last four years. Professor Smith has not testified previously. Our expert witnesses are being compensated for their work on this case at the following rates per hour: Mr. Bankhead, $468; Mr. Kennedy, $486; Professor Saunders, $500; and Professor Smith, $500.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ David A. Levitt
DAVID A. LEVITT
TIMOTHY ABRAHAM
ARLENE PIANKO GRONER
MELINDA HART
F. JEFFERSON HUGHES
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 307-0309
Fax: (202) 514-7969

July 9, 2007

Attorneys for Defendant

# W. BAREFOOT BANKHEAD

NAVIGANT
CONSULTING

# W. Barefoot Bankhead, CPA*

**W. Barefoot Bankhead**
Managing Director

**Navigant Consulting**
2001 Ross Avenue, Suite 500
Dallas, Texas 75201
Tel 214.712.1514
Fax 214.765.6582

bbankhead@navigantconsulting.com

**Service Lines**

- Banking and Financial Institutions
- Fraud and Investigative Accounting
- Complex Commercial Litigation
- Accounting Malpractice

**Professional History**

- 1998 to Present: Navigant Consulting
- 1993 – 1998: Bank One Corporation (now JPMorganChase) – Audit Director, Regional Audit Director, Sr. Risk Advisor
- 1990 – 1993: First Cook Community Bank, FSB (now Republic Bank)– Chief Financial Officer, Treasurer, Director
- 1989 – 1990: Superior Bank, FSB – Sr. VP and Managing Director of Mergers & Acquisitions
- 1987 – 1989: Federal Home Loan Bank Board (now OTS) – Professional Accounting Fellow
- 1982 – 1987: Coopers & Lybrand (now PricewaterhouseCoopers) – Audit Manager
- 1977 – 1981: Cheatham, Brady & Lafferty – Audit Staff

**Education and Certification**

- BBA – Accounting, December 1976 The University of Texas at Austin
- Certified Public Accountant (CPA)*

**Professional Associations**

- American Institute of Certified Public Accountants

**Teaching/Lecturing**

- McCombs School of Business, The University of Texas - Guest Lecturer
- Richland College, Former Accounting Instructor

*Navigant Consulting is not a CPA firm.

W. Barefoot Bankhead is a recognized expert in financial services-related disputes and investigations. Mr. Bankhead frequently proffers testimony on banking, subprime lending and securitization matters, opining on damages and causation issues. Additionally, Mr. Bankhead has led numerous fraud and accounting investigations and consulting projects assisting financial institutions in developing and/or implementing accounting, lending and operating polices. Before joining Navigant Consulting in 1998, Mr. Bankhead had over twenty years of experience in banking and public accounting, including a two-year accounting fellowship with a federal banking regulator.

## Litigation and Investigations

Since joining Navigant Consulting, Mr. Bankhead has led consulting engagements for a number of clients in the financial services industry. Mr. Bankhead has provided expert testimony on various matters related to financial institutions including financial institution valuation, management and regulation; the valuation of certain assets such as loans, real estate, deposit intangibles, residuals and other securitization interests; the evaluation of operational and lending practices; compliance with regulatory requirements; and the assessment of the impact of certain events on failed institutions. Additionally, Mr. Bankhead has testified on damages and causation in professional accounting malpractice engagements.

In relation to various engagements, Mr. Bankhead has:

» Reviewed financial institutions' practices for valuing and accounting for loans and investments (including asset-backed securities). Analysis involved determining allowances for losses, accounting for impairment, amortizing/accreting deferred fees and premiums/discounts, and accounting for various types of financial instruments.

- Analyzed loan underwriting practices on commercial real estate, commercial, mortgage, subprime mortgage, home equity and credit card loans to determine compliance with regulatory requirements, internal policies and procedures, securitization agreements, representations and warranties in contractual agreements, or industry standards.
- Valued financial institutions and various financial assets such as residual interests in securitizations, loans, mortgage derivatives and other investments and mortgage servicing rights.
- Reviewed the valuation of financial institution branches/deposit franchises that were sold as a result of alleged breaches of contract.
- Reviewed the purchase accounting adjustments related to acquisitions of financial institutions, including allocations to core deposit intangibles, mortgage servicing rights and the resulting goodwill.
- Reviewed the adequacy of due diligence in the acquisition of financial institutions such as banks, thrifts, and subprime mortgage lenders.
- Evaluated wholesale banking strategies, including the use of high-risk mortgage derivatives and the impact of those strategies on interest rate risk and regulatory compliance.
- Assessed the lending, investing and operating practices of financial institutions to determine their viability. Also assessed the operations and strategies of failed institutions to determine causes of failure. Assessments often included an evaluation of losses on major assets such as large commercial real estate loans, real estate investments and mortgage derivatives.
- Analyzed causation and damage claims related to exiting lines of business or the sale of subsidiaries engaged in banking, lease finance and nonconforming mortgage securitization.
- Assisted clients with SEC investigations related to subprime loan originations, loan loss allowances and the accounting for impairment of debt securities.
- Analyzed potential fiduciary claims against an investment company managing pension funds under Department of Labor regulations.
- Analyzed the surplus/deficits of bank holding company subsidiaries to assess the impact of the cross-guarantee provisions of the Financial Institutions Reform, Recovery and Enhancement Act of 1989.
- Evaluated and calculated damages related to lender liability claims.

## Financial Services

Mr. Bankhead has extensive experience in the financial services industry, having held a variety of positions with financial institutions. Mr. Bankhead was an Audit Director for one of the largest bank holding companies in the country, served as Chief Financial Officer (CFO) and member of the Board of Directors of a savings bank, and was Managing Director of Mergers and Acquisitions for another savings bank.

As an Audit Director, Mr. Bankhead was responsible for the development and execution of the corporate audit plan for over 25 separately chartered banks with over $30 billion in assets. Mr. Bankhead then assumed corporate audit responsibility for the bank's National Commercial Banking Group, a $30-billion line of business that included commercial lending and credit administration, asset-based lending, commercial loan operations, syndications, derivative product sales and international trade finance.

As a CFO, Mr. Bankhead was responsible for all financial, accounting and investment activities of the institution and chaired the bank's asset/liability committee. He also managed the bank's mortgage banking, real estate and investment management divisions. As a member of the Board of Directors, Mr. Bankhead served on the lending committee, whose responsibilities included approval of all large lending credits.

As Managing Director of Mergers and Acquisitions, Mr. Bankhead was responsible for identifying acquisition candidates, conducting due diligence and managing the bid process. He performed due diligence on numerous financial institutions including reviews of problem loans and troubled real estate. He also advised the president and CFO on SEC reporting matters, asset securitizations and other capital market transactions.

## Regulatory

During his accounting fellowship with the Federal Home Loan Bank Board, Mr. Bankhead responded to questions from financial institutions and their constituents on accounting, financial reporting, regulatory and other matters; wrote issues papers and opinions on accounting matters; and provided accounting, auditing and litigation support to the federal banking agency. Additionally, he frequently spoke and lectured on current banking issues at various conferences and seminars throughout the country.

## Public Accounting

While in public accounting with an international accounting firm, Mr. Bankhead served primarily financial institution and real estate clients. In addition to audit engagement responsibilities, he advised clients on a number of matters including mergers and acquisitions, branch sales, capital market transactions, real estate workouts and regulatory matters.

NAVIGANT
CONSULTING

W. Barefoot Bankhead

## Testimony

» Northeast Savings, F.A. v. United States, United States Court of Federal Claims, No. 92-550C (deposition and trial)

» Beverly Hills Bancorp Inc. fka Wilshire Financial Services Group, Inc., v. Merrill Lynch Mortgage Capital Inc., and Wilshire Credit Corporation, Superior Court of the State of California and for the County of Los Angeles (deposition)

» Chapman Industries, et al. v. United Insurance Company of America, Second Judicial District Court of the State of Nevada and for the County of Washoe, No. CV87-6780 (deposition and hearing)

» Reliance Insurance Company v. KeyBank USA National Association v. Swiss Reinsurance America Corporation, et al., United States District Court for the Northern District of Ohio, Eastern Division, No. 1:01CV0062 (deposition)

» Anchor Savings Bank, FSB v. United States, United States Court of Federal Claims, No. 95-39C (deposition and trial)

» The Long Island Savings Bank, FSB, et al. v. United States, United States Court of Federal Claims, No. 92-517C (deposition, declaration and trial)

» The Globe Savings Bank, FSB, et al. v. United States, United States Court of Federal Claims, No. 91-1550C (deposition and trial)

» Caroline Hunt Trust Estate v. United States, United States Court of Federal Claims, No. 95-531C (deposition and trial)

» Chase Manhattan Mortgage Corporation and Chase Manhattan Mortgage Company of the Southeast v. Advanta Corp., et al., U.S. District Court for the District of Delaware, No. 01-507, (deposition and trial)

» LaSalle Talman Bank, F.S.B. v. United States, United States Court of Federal Claims, No. 92-652C (deposition and trial)

» Blitz Holdings Corp. and GCM Corporation, LTD. v. Grant Thornton, L.L.P., et al., 280th Judicial District, Harris County, Texas, No. 2002-32582 (deposition)

» WestFed Holdings, Inc., et al. v. United States, United States Court of Federal Claims, No. 92-820C (deposition, affidavit and trial)

» Bank United, et al. v. United States, United States Court of Federal Claims, No. 95-473C (deposition and trial)

» Standard Federal Bank v. United States, United States Court of Federal Claims, No. 92-844C (deposition)

» Homer J. Holland and Howard R. Ross v. United States, United States Court of Federal Claims, No. 95-524C (deposition)

» H. C. Bailey, et al. v. United States, United States Court of Federal Claims, No. 92-577C (deposition)

» Transamerica Home Loan v. ITT Industries, Inc., U.S. District Court for the Southern District of New York, No. 98 Civ. (deposition)

# DAVID A. KENNEDY

**DAVID A. KENNEDY**

**Current Position:**

David A. Kennedy the Chief Executive Officer and Co-Chairman of alseT IP, a group that acquires / invests in royalty streams owned by leading research institutions, corporations, companies and inventors secured by intellectual property royalties. Mr. Kennedy's core responsibility is the overall leadership of the alseT IP team, with a particular focus on the identification, evaluation and pursuit of new business opportunities.

**Work Experience:**

Mr. Kennedy has provided consulting and/or accounting services to many companies in a variety of industries. Below are selected examples of some of these companies.

Representative Types of Companies

- Real Estate
- Savings and Loan Associations
- Banks
- High Tech
- Pharmaceutical / Biotechnology
- Federal Government Agencies
- Manufacturing
- Telecommunications
- Mortgage Banking

**Accounting and Auditing Experience:**

Mr. Kennedy's public accounting experience has included management of annual audits of numerous public and private companies and financial institutions. He was responsible for the audits of financial statements, annual reports to shareholders, 10K's and other public filings. He also managed operational reviews and acquisition due diligence projects for financial institutions and other companies.

**Litigation and Bankruptcy Consulting Experience:**

Mr. Kennedy has consulted with companies and counsel in many industries on a variety of matters and issues including civil litigation and bankruptcy. His experience includes damage and liability analysis in numerous matters, including breach of contract, director and officer liability, bank and thrift valuations, real estate project analysis, professional malpractice and bankruptcy matters. His responsibilities for management of these engagements have included assessment of available

information, overall planning of work to be performed, supervision of the execution of work, analyses, summarization of financial and economic information and preparation of expert reports.

He has also served as an accountant to Trustees, Receivers and creditor committees in a number of bankruptcy matters. His work in these matters has included asset valuation, determining the dates of insolvency, analysis of alleged preferential payments and fraudulent conveyances.

**Previous Experience:**

**alseT IP**
*Chief Executive Officer and Co-Chairman, 2005 - Present*

**IPAC, LLC**
*Owner, 2003 - 2005*

**InteCap, Inc.**
*Founder and Managing Director, 1998 - 2003*

**Peterson Worldwide LLC**
*Vice President, 1996 - 1998*
*Principal, 1994 - 1996*

**Coopers & Lybrand**
*Manager of Litigation Services, 1989 - 1992*
*General Practice Auditor, 1985 - 1989*

Experience included management of annual audits of numerous public and private companies and financial institutions. Responsible for the preparation of financial statements, reports on internal controls and recommendations for improved operations, annual reports to shareholders, 10k's and other public filings. Managed operational reviews and acquisition due diligence projects for financial institutions and other companies.

Worked on both litigation support consulting and audit engagements. Responsibilities included engagement planning, evaluation of internal controls, execution of engagements, supervision of staff, annual financial statement and other report preparation and tax return preparation. Industries included financial institutions, telecommunications, manufacturing and real estate.

**Education:**

B.S Business Administration
University of Georgia, Athens, Georgia (1985)
Major: Accounting

**Professional Credentials & Affiliations:**

Certified Public Accountant in Georgia
American Institute of Certified Public Accountants
Georgia Society of Certified Public Accountants
Licensing Executives Society
Technology Association of Georgia

**Testimony Experience:**

Mr. Kennedy has served as an expert witness and/or litigation consultant in a number of engagements requiring testimony on financial and economic issues, lost profits calculations and/or determinations of economic damages. A list of Mr. Kennedy's testimony experience from 1995 to present is included herein.

| CASE | TYPE OF CASE | DATE OF TESTIMONY | TYPE OF TESTIMONY |
|---|---|---|---|
| **Riverwood International Corporation** v. MeadWestvaco Corporation | Patent Infringement<br><br>Preliminary Injunction | August 27, 2003 | Deposition – United States District Court for the Northern District of Georgia |
| **Go Medical Industries PTY, Ltd. et al. v.** Inmed Corp. d/b/a Rüsch, et al. | Breach of contract<br><br>Patent infringement<br><br>Trademark infringement<br><br>Breach of fiduciary duty | February 9, 2004 | Trial – United States District Court for the Northern District of Georgia |
| **Commissariat a l'Energie Atomique** v. Tottori Sanyo Electronics Co. Ltd. | Patent Infringement<br><br>Preliminary Injunction | February 24, 2004 | Declaration – United States District Court for the District of Delaware |
| Citizens Federal Bank, et al v. **United States of America** | Breach of contract<br><br>Lost profits and restitution damages analyses | June 22, 2004 | Deposition – United States Court of Federal Claims |
| Alfred D. Hughes and El Paso Holding Corp., et al. v. **United States of America** | Breach of contract<br><br>Restitution and reliance damages analyses | June 25 – July 1, 2004 | Trial – United States Court of Federal Claims |

| CASE | TYPE OF CASE | DATE OF TESTIMONY | TYPE OF TESTIMONY |
|---|---|---|---|
| **Hauck Manufacturing Company** v. Astec Industries, Inc., Astec Inc., Bruce Irwin, Frank T.Y. Sun and Sun Valley Technology, Inc. | Misappropriation of Trade Secrets | July 16, 2004 | Deposition – United States District Court for the Eastern District of Tennessee at Chattanooga |
| **Hauck Manufacturing Company** v. Astec Industries, Inc., Astec Inc., Bruce Irwin, Frank T.Y. Sun and Sun Valley Technology, Inc. | Misappropriation of Trade Secrets | October 15, 2004 | Hearing – United States District Court for the Eastern District of Tennessee at Chattanooga |
| Citizens Federal Bank, et al v. **United States of America** | Breach of contract<br><br>Lost profits and restitution damages analyses | October 27, 2004 | Trial – United States Court of Federal Claims |
| **Hauck Manufacturing Company** v. Astec Industries, Inc., Astec Inc., Bruce Irwin, Frank T.Y. Sun and Sun Valley Technology, Inc. | Misappropriation of Trade Secrets | November 4 and 8, 2004 | Trial – United States District Court for the Eastern District of Tennessee at Chattanooga |
| **Nokia Corporation** v. InterDigital Communications Corporation and InterDigital Technology Corporation | Royalty audit | January 20, 2005 | Arbitration – ICC International Court of Arbitration |
| First Federal Lincoln Bank v. **United States of America** | Breach of contract<br><br>Lost profits damages analysis | June 2, 2006 | Trial – United States Court of Federal Claims |
| First Annapolis Bancorp, et al. v. **United States of America** | Breach of contract<br><br>Thrift failure analysis | April 28, 2007 | Trial – United States Court of Federal Claims |

| CASE | TYPE OF CASE | DATE OF TESTIMONY | TYPE OF TESTIMONY |
|---|---|---|---|
| Astoria Federal Savings & Loan Association v. **United States of America** | Breach of contract<br><br>Reliance and lost profits damages analyses | May 22-24, 2007 | Trial – United States Court of Federal Claims |

# ANTHONY SAUNDERS

February 2007

# ANTHONY SAUNDERS

## Office

Department of Finance
Kaufman Management Center
Stern School of Business, New York University
44 West 4th St., Rm. 9-91
New York, N.Y. 10012
(212) 998-0711 (office)
(212) 998-0312 (office/secretary)
(212) 995-4232 (fax)
E-mail: asaunder@stern.nyu.edu
Web site: http://www.stern.nyu.edu/~asaunder

## Primary Areas of Interest

Financial institutions, international finance/banking and financial economics.

## Education

London School of Economics, 1968-71, BS, 1971, Monetary Economics
London School of Economics, 1971-72, MS, 1972, Money and Finance
London School of Economics, 1976-81, Ph.D., 1981, Thesis title:
"The Behavior and Performance of the London Clearing Banks, 1965-1977"

## Current Position

Stern School of Business, New York University
John M. Schiff, Professor of Finance
and Chairman of the Department of Finance (1995-96 and 97- )

## Previous Positions

Stern School of Business, New York University
Assistant Professor of Finance (1978-1982)
Associate Professor of Finance (1982-1987)
Professor of Finance (1987- )
Professor of International Business and Finance (1988 -)
Director of Undergraduate Studies in Finance (1983-1985)
Acting Director of the Salomon Brothers Center for the Study of Financial Institutions (September 1984-85)
Associate Director of the Salomon Brothers Center for the Study of Financial Institutions (1985- )

Courses taught: Money and Banking: BS
Risk Management in Financial Institutions: MBA
Seminar in Banking: Ph.D.
Introduction to Finance: MBA
Credit Risk: EMBA
NYU Executive Programs on Risk Management

**Advisory Positions**

President Elect – Financial Management Association (2008)
Nobel Prize in Economics, Nomination Committee (2000- )
Investment Advisory Board, Zurich Financial Services (2003- )
Research Advisor, FDIC – Center for Financial Research (2004- )
Research Advisor, Federal Reserve Bank of Philadelphia, (1984-1989).
Board of Academic Consultants, Federal Reserve Bank of New York, (2000-2002).
Board of Academic Consultants, Federal Reserve Board of Governors, (1989- ).
Council of Research Advisors, Federal National Mortgage Association, (1989- ).
Council of Advisors, Italian Bankers Association (ABI), (1994- ).

**Visiting Positions**

Visiting Scholar
Office of the Comptroller of the
Currency-U.S. Treasury
June-September 1981

Visiting Consultant Office of
Research Department,
International Monetary Fund
June-September 1983

Research Adviser
Federal Reserve Bank of Philadelphia
Research Department
September 1984-December 1989

Visiting Chair of International Banking
Stockholm School of Economics
Stockholm, Sweden
September 1985-August 1986

Visiting Professor
INSEAD, France
February 1986

Visiting Professor (Honorary)
City University Business School
London, England 1986-to date

Distinguished Visiting Professor
of International Banking and Finance
June-August 1988 ISEAS, Singapore

Visiting Professor
University of Otago
New Zealand, June-July 1989

Downing Fellowship
Dept. of Economics
University of Melbourne
Australia, 1992-93

Visiting Professor
University of Bocconi
Milan, Italy, May 1993

Visiting Professor
Hong Kong University of Science
and Technology
Hong Kong, August 1995

Visiting Professor of Risk Management
University of St. Andres
Argentina, 1996

Visiting Professor
Athens Laboratory of Business Administration (ALBA)
Greece, 1998 to date

Visiting Professor
Financial Markets Group (FMG)
London School of Economics
May 1997

Visiting Scholar
Federal Reserve Bank of New York
September 2000 - 2002

**Consulting Experience (selected)**

| | | |
|---|---|---|
| 2007 | Hogan and Hartson | CSFB vs. Calyon Bank Loans and Securitization (consultant) |
| 2006 | Black and Fine | Sumitumo, Copper Prices and Banks (expert witness) |
| 2006 | Crotchett, Pitre, Simon and McCarthy | Silvercreek vs. Salomon Smith Barney et al (expert witness) |
| 2006 | Greer, Herz and Adams | Structured Finance Products, Texas Pension Funds, Enron and Banks (expert witness) |
| 2006 | Milberg Weiss | PMA (class action) expert witness |
| 2006 | Grant and Eisenhofer | Structured Finance Products, Ohio Pension Funds, Enron and Banks (expert witness) |
| 2006 | Pepe and Hazard | Structured Finance Products, CRRA, Enron and Banks (expert witness) |
| 2006 | Pepe and Hazard | Enron's Creditworthiness (expert witness) |
| 2006 | Government of New Zealand (IRD) | Structured Finance Products, Westpac, Deutsche Bank and BNZ (expert witness) multiple cases |
| 2005 | Debevoise Plimpton | Valuation of Life Insurance Contracts (consultant) |
| 2005 | Pepe and Hazard | ENRON and the rating agencies (consultant) |
| 2005-2006 | King and Spalding | Reports on Restructuring of HYNIX (expert reports) |
| 2005-2007 | Department of Justice | Goodwill and FIRREA, Carteret Savings Bank and Ambase (expert witness) |
| 2005 | Milberg Weiss | Asia Pulp and Paper (class action) expert witness |

| | | |
|---|---|---|
| 2004 | Department of Justice | ENRON: Bayley et al, Nigerian Barges - criminal case (expert witness) |
| 2003 - 2004 | Department of Justice | Goodwill and FIRREA, Perpetual Savings Bank (expert witness) |
| 2004 | Milberg Weiss | Nortel (class action) expert witness |
| 2003 | Hale and Dorr | Hynix dumping of DRAMS (expert report) |
| 2001- 2006 | Department of Justice | Losses Related to the Goodwill Provisions of the Financial Institutions, Reform and Recovery Act (expert witness), 5th-3rd D and N Banks |
| 2000 | JP Morgan | Emerging Market Securities as an Asset Class (report) |
| 2000 | World Bank | Financial System Crisis in Thailand (report) |
| 1999 | World Bank | Deposit Insurance in Mexico (advisory) |
| 1998 | Central Bank of Argentina | Credit Risk Measurement (advisory) |
| 1998 - 2000 | Oliver Wyman | Oliver Wyman Institute (advisory) |
| 1997 | JP Morgan | Restrictions on Pension Fund Managers (report) |
| 1997 | Latham and Watkins | Financial Condition of Korean Banks (expert witness) |
| 1997 | World Bank | Financial Sector Reform in Ethiopia (report) |
| 1997 | Perkins Coie | Securitization of Aircraft Finance (report) |
| 1997 | J.P. Morgan | Modeling Credit Risk (report) |
| 1997 | Inter-American Development Bank | Interest Rate Margin Determination (report) |
| 1996 - 1997 | Decof and Grimm | Failure of Rhode Island Savings Bank (expert witness) |
| 1996 | World Bank | Bank Capital Structures in Developing and Developed Countries (report) |

| | | |
|---|---|---|
| 1995 | World Bank | Financial Sector Restructuring in Uganda (report) |
| 1995 | European Capital Markets Inst. | Clearance and Settlement Integration in the European Community (report) |
| 1994 | NY State Bankers Assoc. | The Effects of Local Taxation on Bank Location and Activities (report) |
| 1994 | World Bank/Govt. of China | Reform of Equity Markets in the Peoples Republic of China (report) |
| 1994 | Aetna Life | Concentration Risk Measurement in Insurance Co. (report) |
| 1994 | Strock, Strock and Lavan | Ellerman Arbitration (Securitization) (expert witness) |
| 1994 | Patterson, Belknap, Webb and Tyler | Gotthalf v. Telerate (Futures Markets and Derivatives) (expert witness) |
| 1994 | Milberg, Weiss, *etal* | Salomon Inc. Litigation (Treasury Auctions) (expert witness) |
| 1994 | NY State Bankers Association | Financial Regulation and Bank Profitability (report) |
| 1993 | World Bank | Financial Sector Reform in Kenya (report) |
| 1992 | EBRD | Bank Restructuring in Eastern Europe (advisory) |
| 1992 | Euroclear | Settlement and clearance Issues in Global Securities Markets (report) |
| 1992 | EBRD/Govt. of Poland | Chief Consultant in Charge of Designing the Polish Deposit Insurance System (advisory) |
| 1991 | City of New York | National and Global Competitiveness of New York City as a Financial Center (report) |
| 1991 | Litwin and Holsinger | Haas *etal* v. Bankers Trust (expert witness) |
| 1990 | Citicorp | Universal Banking (advisory) |
| 1989 | The World Bank | Venture Capital in LDC's (report) |
| 1989 | The World Bank | Financial Liberalization in Tanzania (report) |
| 1989 | Citicorp | Strategy Over the Next Five Years for the Institutional Banking Group (report) |

| | |
|---|---|
| 1989 Office of Technology Assessment U.S. Congress | Banks and Securities Markets (report) |
| 1988 Blank, Rome, Comisky & McCauley | Security Pacific vs. Delco Wire (expert witness) |
| 1988 World Bank-IFC | Financial Liberalization in Mauritius (report) |
| 1988 Oxford Analytica | U.S. Bank Developments (advisory) |
| 1987 World Bank-IFC | Modeling Optimal Debt Rescheduling for Bank (report) |
| 1987 Parker-Chapin, Flattau and Klimpl | ESM v. Grant Thornton (expert witness) |
| 1986 Budd Larner | Legality of Deposit Brokerage (expert witness) |
| 1986-89 Philadelphia Fed | Research Advisor on Matters Concerning Bank Structure, Competition and Deregulation (advisory) |
| 1986 World Bank-IFC | Financial Deregulation in Kenya (advisory) |
| 1986 Skandaviska Enskilada Banken | Strategy for International Banking Operations in Scandinavia (advisory) |
| 1986 Office of Technology Assessment/U.S. Congress | Regulation of Foreign Banks Entering the U.S. and *vice-versa* in the Context of Technology and International Bank Services (advisory) |
| 1985 Association of Italian Banks | The Use of Futures Contracts for Hedging Bank Risk (report) |
| 1985 World Bank-IFC | The Theoretical Foundations for Securities Markets as Facilitators of Economic Growth (report) |
| 1985 World Bank-IFC | The Underpricing of Unseasoned New Issues:Theory and U.S. Evidence 1978-1983 (report) |
| 1985 Morgan Guaranty | The Glass-Steagall Act: Safety and Soundness and Conflicts of Interest Issues (report) |
| Executive Teaching: | Credit Suisse, Deutsche Bank, Morgan Guaranty, Chase Manhattan, Australian Merchant Bankers |

Association, Morgan Stanley, Euromoney, B.P., Swiss National Bank, Malaysian Bankers Assoc., KPMG, Lehman Bros., Citicorp, Smith Barney, Arthur Andersen, Union Bank of Switzerland,

IBMEC, (Brazil), INSEAD, PGB/PAGIF (Portugal), Dianos, Swiss National Bank Foundation, and others

**Research**

Ranked No 1 as the "Most Prolific Author" in 16 core Finance Journals over 50 years.....see, P.L. Cooley and J.L. Heck "Prolific Authors in the Finance Literature: A Half Century of Contributions" *Journal of Finance Literature*, Vol 1, Winter 2005, pp 46-69.

**Publications (selected)**

**(i) Journals**

"The Long Run Behavior of Debt-Underwriting Spreads (with D. Palia and D. Kim), *Journal of Financial and Quantitative Analysis* (forthcoming).

"So What Do I Get? The Bank's View of Lending Relationships" (with S. Bharath, S. Dahiya and A. Srinivasan), *Journal of Financial Economics* (forthcoming).

"The Economics of Credit Cards, Debt Cards and ATMs: A Survey and Some Evidence" (with N. Massoud and B. Scholnick), *Journal of Banking and Finance* (forthcoming).

"The Impact of Institutional Ownership on Corporate Operating Performance" (with A. Marcus, M. Cornett and H. Tehranian), *Journal of Banking and Finance* (forthcoming).

"The Use of ATMs in Bank Strategy: Is There a Customer Relationship Effect?" (with N. Massoud and B. Scholnick), *Journal of Business,* 2006.

"Should Banks Be Diversified? Evidence from Individual Bank Loan Portfolios" (with V. Acharya and I. Hasan), *Journal of Business*, 2006.

"Bank Borrowers and Loan Sales: New Evidence on the Uniqueness of Bank Loans" (with S. Dahiya and M. Puri), *Journal of Business*, 2004.

"Commercial Bank Underwriting of Credit - Enhanced Bonds: Are There Benefits to the Issuer" (with R. Stover), *Journal of International Money and Finance*, 2004.

"Incorporating Systematic Influences into Risk Measurement: A Survey of the Literature" (with L. Allen), *Journal of Financial Services Research*, 2004.

"The Role of Financial Advisors in Mergers and Acquisitions" (with L. Allen and J. Jagtiani and S. Peristiani), *Journal of Money, Credit and Banking*, 2004.

"Financial Distress and Bank Lending Relationships" (with S. Dahiya and A. Srinivasan), *Journal of Finance*, 2003.

"Issues in the Credit Risk Modeling of Retail Markets" (with L. Allen and G. Delong), *Journal of Banking and Finance,* 2003.

"The Effects of Cross-Border Bank Mergers on Bank Risk and Value" (with Y. Amihud and G. DeLong), *Journal of International Money and Finance*, 2003.

"Are Emerging-Market Equities a Separate Asset Class?" (with I. Walter), *Journal of Portfolio Management*, Spring 2002

"Credit Ratings and the BIS Capital Adequacy Reform Agenda" (with E. Altman), *Journal of Banking and Finance*, May 2002.

"Price Formation in the OTC Corporate Bond Markets: A Field Study of the Inter-Dealer Market" (with A. Srinivasan and I. Walter), *Journal of Economics and Business*, January/February 2002.

"An Analysis of Bank Charter Value and Its Risk Constraining Incentives," *Journal of Financial Services Research*, 2001.

"An Analysis and Critique of the BIS Proposal on Capital Adequacy and Ratings," *Journal of Banking and Finance,* 2001.

"The Determinants of Bank Interest Margins: An International Study" (with L. Schumacher), *Journal of International Money and Finance*, 2000.

"Low Inflation: The Behavior of Financial Markets and Institutions," *Journal of Money, Credit and Banking,* 2000.

"Financial Fragility and Mexico 1994 Peso Crisis: An Event Window Analysis of Market Valuation Effects" (with B.Wilson and G. Caprio), *Journal of Money, Credit and Banking*, 2000.

"A Theory of Bank Regulation and Management Compensation" (with K. John and L. Senbet), *Review of Financial Studies*, 2000.

"Mexico's 'Tequila' Bank Crisis: Devaluation or Diversification Problems" (with B. Wilson and G. Caprio), *The Economic Journal,* 2000.

"Bank Entry Competition and the Market for Corporate Securities Underwriting" (with A. Gande and M. Puri), *Journal of Financial Economics*, 1999. (Winner of the Fama - DFA award for the best paper in Corporate Finance and Asset Pricing in the JFE for 1999).

"Bank Capital Structure: A Comparative Analysis of US, UK, and Canada" (with B. Wilson), *Journal of Banking and Finance*, 1999.

"Highly Leveraged Loan Transaction Spreads" (with L. Angbazo and J.P. Mei), *Journal of Banking and Finance*, 1998.

"The Effects of Bank Mergers and acquisitions on small business Lending" (with A. Berger, etal), *Journal of Financial Economics*, 1998.

"Credit Risk Measurement: Developments over the last 20 years" (with E. Altman), *Journal of Banking and Finance,* 1998.

"Bank Underwriting of Debt Securities: Modern Evidence," (with A. Gande, M. Puri and I. Walter), *Review of Financial Studies*, 1997.

"An Investigation of the Performance of the U.S. Property-Casualty Insurance Industry" (with N.K. Chidambaran and T. Pugel), *Journal of Risk and Insurance*, 1997.

"Contagious Bank Runs and Panics: Evidence from the 1929-33 Period" (with B. Wilson), *Journal of Financial Intermediation*, 1997.

"Excessive Gambling with Unfavorable Odds: Financial Institutions and Real Estate Investments" (with J.P. Mei), *Review of Economics and Statistics*, 1997.

"Alternative Models for Clearance and Settlement: The Case of the Single European Capital Market" (with I. Giddy and I. Walter), *Journal of Money, Credit and Banking*, 1996.

"Bank Equity Stakes in Borrowing Firms and Financial Distress" (with M. Berlin and K. John), *Review of Financial Studies*, 1996.

"If History Could be Re-run: Pricing Deposit Insurance in 1933" (with B. Wilson), *Journal of Financial Intermediation*, 1995.

"Bank Risk and Too Big to Fail Guarantees: An Asset Pricing Perspective" (with J.P. Mei), *Journal of Real Estate Finance and Economics*, 1995.

"The Effect of Bank Capital Requirements on Bank Off-Balance Sheet Financial Innovations," *Journal of Banking and Finance,* 1995.

"When Does the Prime Rate Change" (with L. Mester), *Journal of Banking and Finance*, 1995.

"Deposit Insurance and Regulatory Forbearance: Are Caps on Insured Deposits Optimal?" (with J.F. Dreyfus and L. Allen), *Journal of Money, Credit and Banking*, 1994.

"Universal Banking and Firm Risk Taking" (with K. John and T. John), *Journal of Banking and Finance*, 1994.

"Banking and Commerce: An Overview of the Policy Issues," *Journal of Banking and Finance*, 1994.

"Time Variation of Risk Premiums for Insurance Companies" (with J.P. Mei), *Journal of Risk and Insurance*, 1994.

"Managers, Owners and the Pricing of Risky Debt: An Empirical Analysis" (with E. Bagnani, N. Milonas, and N. Travlos), *Journal of Finance*, 1994.

"Banking Sector and Restructuring in Eastern Europe" (with A. Sommariva), *Journal of Banking and Finance*, 1993.

"Forbearance and Valuation of Deposit Insurance as a Callable Put" (with L. Allen), *Journal of Banking and Finance*, 1993.

"Prime Rate Changes: Is There An Advantage in Being First?" (with P. Nabar and S. Park), *Journal of Business*, 1993.

"Bank Window-Dressing: Theory and Evidence" (with L. Allen), J*ournal of Banking and Finance*, 1992.

"The Pricing of Retail Deposits: Concentration and Information" (with Allen and Udell), *Journal of Financial Intermediation*, 1992.

"Deposit Insurance Reform" (with Berlin, Udell), *Journal of Banking and Finance*, August 1991.

"Additions to Bank Loan-Loss Reserves: Good News or Bad New?" (with T. Grammatikos), *Journal of Monetary Economics*, 1990.

"Ownership Control, Regulation and Bank Risk-Taking" (with Strock and Travlos), *Journal of Finance*, 1990.

"Are Banks Special: The Separation of Banking from Commerce and Interest Rate Risk" (with Yourougou), *Journal of Economics and Business, 1990.*

"The Underpricing of New Issues in Singapore" (with J. Lim), *Journal of Banking and Finance*, 1990.

"Bank Size, Collateral and Net Purchase Behavior in the Federal Funds Market: Empirical Evidence (with Allen and Peristiani), *Journal of Business*, 1989.

"The Effects of Shifts in Monetary Policy and Reserve Accounting Regimes on Bank Reserve Management in the Federal Funds Market" (with T. Urich), *Journal of Banking and Finance,* 1989.

"The Effects of DIDMCA on the Profitability and Risk of Large Commercial Banks and Thrift Institutions' (with J. Aharony and I. Swary), *Journal of Banking and Finance,* 1988.

"The Hedging Performance of ECU Futures" (with S. Sienkiewicz), *Journal of Futures Markets,* 1988.

"Intra- and Inter-Industry Effects of Bank Securities Market Activities: The Case of Discount Brokerage" (with M. Smirlock), *Journal of Financial and Quantitative Analysis*, 1987.

"New Tests of the Parity Hypothesis and Fiscal Policy Effects" (with J. Merrick), *Journal of Monetary Economics,* 1986.

"The Returns and Risks of U.S. Banks' Foreign Currency Activities" (with T. Grammatikos and I. Swary), *Journal of Finance,* 1986.

"The Determinants of Country Risk: A Selective Survey of the Literature," *Journal of Banking and Finance (Supplement)*, 1986.

"An Examination of the Contagion Effect in the International Loan Market," *Journal of Banking and Finance (Supplement)*, 1986.

"The Effects of a Shift in Monetary Policy Regime on the Profitability and Risk of Commercial Banks" (with J. Aharony and I. Swary), *Journal of Monetary Economics*, 1986.

"The Large-Small Bank Dichotomy in the Federal Funds Market" (with L. Allen), *Journal of Banking and Finance,* 1986.

"Futures Price Variability: A Test of Maturity and Volume Effects" (with T. Grammatikos), *Journal of Business,* 1986.

"A Micro-Model of the Federal Funds Market" (with T. Ho), *Journal of Finance,* 1985.

"The Effects of the International Banking Act on Domestic Bank Profitability and Risk" (with J. Aharony and I. Swary), *Journal of Money, Credit and Banking,* 1985.

"Bank Regulation and Monetary Policy," *Journal of Money, Credit and Banking,* 1985.

"On Constructing the Group Utility Function of a Loan Syndicate" (with D. Gandhi and R. Hausman), *Journal of Banking and Finance,* 1985.

"On the Constancy of the International Real Rate of Interest" (with R. Tress), *Journal of Monetary Economics,* 1984.

"Fixed Rate Loan Commitments, Takedown Risk and the Dynamics of Hedging with Futures" (with T. Ho), *Journal of Financial and Quantitative Analysis,* 1983.

"Asymmetric Information, Regulatory Lag and the Value of Incentive Contracts" (with K. John), *Journal of Finance,* 1983.

"Stability and the Hedging Performance of Foreign Exchange Futures (with T. Grammatikos), *Journal of Futures Markets,* 1983.

"The Determinants of Bank Interest Margins: Theory and Empirical Evidence" (with T. Ho), *Journal of Financial and Quantitative Analysis*, November 1981.

"The Growth of Organizational Forms of Foreign Banks in the U.S." (with L. Goldberg), *Journal of Money, Credit and Banking,* August 1981.

"The Investors' Gains from International Portfolio Investment" (with D. Gandhi, *et al.*), *Journal of Banking and Finance,* June 1981.

"A Catastrophe Model of Bank Failure" (with T. Ho), *Journal of Finance,* December 1980.

"Determinants of Foreign Bank Activity in the United States," *Journal of Banking and Finance,* December 1980.

"The Causes of U.S. Bank Expansion Overseas: The Case of Great Britain" (with L. Goldberg), *Journal of Money, Credit and Banking,* November 1980.

"A Stochastic Dominance Analysis of Unit Trust Performance" (with R. Woodward and C. Ward), *Journal of Financial And Quantitative Analysis*, June 1980.

"Bid Behavior and the Determination of Treasury Bill Rates" (with C. Ward), *Oxford Bulletin of Economics and Statistics,* August 1979.

"Risk, Regulation and Performance of Clearing Banks, 1965-1975" (with C. Ward), *Journal of Industrial Economics,* December 1976.

**(ii) Books/Monographs**

*Technology and the Regulation of Financial Markets* (with L. White), Lexington Books, 1985 (reprinted by Beard Books, 2003).

*Off Balance Sheet Activities* (with J. Ronen and A. Sondhi), Dow-Jones, 1990.

*IPO's and Venture Capitalists: A Test of the Dynamic Strategy Hypothesis* (with J. Lim), ICFA, 1990.

*The Management and Regulation of Banks:* A Book of Reading (with G. Udell and L. White), Bristlecone Books, 1992.

*Universal Banking in the U.S.?* (with I. Walter), Oxford University Press, 1994.

*Financial Institutions Management: A Risk Management Approach*, Irwin/McGraw-Hill, (1st edition), 1994 (2nd edition), 1996 (3rd edition), 1999 (4th edition), 2002 (5th edition), 2005 (6th edition), 2007.

*Financial System Design: Universal Banking Considered* (with I. Walter), Irwin, 1996.

*China's Emerging Capital Markets* (with A. Kumar, etal), Financial Times Publishing, 1997.

*Fundamentals of Financial Institutions Management* (with M. Cornett), Irwin/McGraw-Hill, (1st edition), 1999.

*Credit Risk Measurement: Value at Risk and Other New Paradigms*, John Wiley and Sons, (1st edition), 1999 (2nd edition), 2002.

*Financial Markets and Institutions: A Modern Perspective* (with M. Cornett), Irwin/McGraw-Hill, (1st edition), 2000 (2nd edition), 2003, (3rd edition) 2006.

*Understanding Market, Credit and Operational Risk* (with K. Boudoukh and L. Allen) Blackwell, (1st edition), 2003.

**(iii) Articles in Books (selected)**

"The Effect of a Dual Exchange Market on Spot and Commodity Prices in the US and UK" (with D. Emanual), *Proceedings of the International Research Seminar on Futures Markets*, Chicago Board of Trade, 1981.

"A Catastrophe Theory in Banking and Finance" (with T. Ho) in G. Szego and A. Cellina (eds.), *New Techniques for Economic Analysis,* Academic Press, 1982.

"Conflicts of Interest: The Case of Commercial *Bank* and Their Corporate Securities Underwriting Affiliates" in I. Walter (ed.), *Deregulating Wall Street*, John Wiley and Sons, 1985.

"An Economic Perspective on Bank Uniqueness and Corporate Securities Activities" in I. Walter (ed.), *Deregulating Wall Street*, John Wiley and Sons, 1985.

"Conflicts of Interest: The Case of Securities Activities of Commercial Banks," *Federal Reserve Bank of Philadelphia Review*, August/September, 1985.

"Seasonality in the Federal Funds Market: The Weekend Game and Other Effect" (with T. Urich) in E. Dimson (ed.), Evidence *on Stock Market Anomalies*, North-Holland, 1987.

"Bank Holding Companies: Structure, Performance and Reform" in W. Haraf (ed.), *Restructuring the Financial System*, AEI: Washington, D.C. 1989.

"The Inter Bank-Market, Contagion Effects and Financial Crisis" in Portes and Swaboda (ed.), *Threats to International Financial stability*, CEPR and CUP, 1987.

"LDC Debt Rescheduling" (with M. Subrahmanyam), *Federal Reserve Bank of Philadelphia Review*, November/December, 1988.

"SESDAQ: The Early Evidence" (with J. Lim) in Chang and Rhee (eds.), *Pacific Basin Capital Markets Research,* Elsevier, 1989.

"Forward Foreign Exchange Markets in Developing Countries" in R. O'Brien and T. Datta (eds.), *International Economics and Financial Markets,* O.U.P., 1989.

"Why Are So Many New Issues Underpriced?" *Federal Reserve Bank of Philadelphia Review,* 1990.

"German Banking and Monetary Policy" in C. Barfied and M. Perlman (eds.) *Capital Markets and Trade: The U.S. Faces a United Europe,* AEI: Washington, D.C. 1992.

"Bank Deregulation and Monetary Policy" and "Discount Brokers" in the *New Palgrave Dictionary of Money and Finance,* 1993.

"The Reconfiguration of Banking and Capital Markets in Eastern Europe" (with I. Walter) in *The Transformation of the Socialist Economies,* H. Siebert (ed.) J.C.B. Mohr, Tubingen, Germany, 1992.

"Clearance and Settlement (with I. Giddy and I. Walter) in *The European Equity Markets*, B. Steil (ed), RIIA, London, 1996.

"A Survey of Cyclical Effects in Credit Risk Models in *Credit Ratings* (M. Ong (ed.)), Risk Books: London, 2003.

**(iv) Working Papers**

"Investment Banking Relationships and Merger Fees" (with A. Srinivasan).

"Informational Efficiency of Loans Versus Bonds: Evidence from Secondary Market Prices" (with E. Altman and A. Gande). Presented at the AEA, 2007.

"Bank Debt and Corporate Governance" (with V. Ivashina et al), *Review of Financial Studies*, revise and resubmit.

"Are Initial Returns and Underwriting Spreads Complements or Substitutes?" (with D. Palia).

"The Costs of Being Late: The Case of Credit Card Penalty Fees" (with N. Massoud and B. Scholnick). Presented at the AFA, 2007.

"Lending Relationships and Contract Terms: Does Size Matter"? (with S. Bharath, S. Dahiya and A. Srinivasan). Presented at the RFS/Wharton/FRBNY Conference, September 2006, *Review of Financial Studies*, revise and resubmit.

"Did the Introduction of Fixed Rate Deposit Insurance Increase Bank Risk?" (with G. DeLong).

"Are Banks Still Special When There Is a Secondary Market for Bank Loans?" (with A. Gande).

**Editorial Positions**

Editor, Journal of Banking and Finance (1994 -)
Editor, Financial Markets, Instruments and Institutions (1992 -)
Editor, Salomon Brothers Center Monograph in Finance and Economics (1984-91)
Advisory Editor, Journal of Money, Credit and Banking (2001 -)
Associate Editor, Journal of Money, Credit and Banking (1995-2001)
Associate Editor, Financial Management (1993 -)
Associate Editor, Journal of Financial Services Research (1986 -)
Associate Editor, Asia Pacific Journal of Management (1990 -)
Associate Editor, International Review of Financial Analysis (1990 -)
Associate Editor, Journal of Housing Research (1991 -)
Associate Editor, Review of Business Studies (1990 -)
Associate Editor, Journal of International Financial Management and Accounting (1991-)
Associate Editor, Journal of Banking and Finance (1986-1994)
Associate Editor, The Financier (1996 -)
Associate Editor, Review of Financial Markets (1996 -)
Associate Editor, Journal of Multinational Finance (1997 -)

**Research Fellowships**

Yamaichi Senior Research Fellow in Finance 1988-1991
Salomon Brothers Center Research Fellow 1986-1987
Bank and Financial Analysts Research Fellow 1987-1988

**Ph.D. Supervision**

V. Ivashina (Chair), C. Harm (Chair), J. Lim (Chair), A. Moskowitz, D. Palia (Chair), M. Puri (Chair), B. Soubra, P. Yourougou (Chair), A. Gande, N. Travlos, J. Meehan, T. Grammatikos, S. Dahiya (Chair), A. Cebenoyan (Chair), A. Mozumdar, E. Kraizberg (Chair), G. DeLong (Chair), G. Vasudevan, H. Sim (Chair), J. Rungkasiri, L. Angbazo (Chair), N. Horrell (Chair), V. Gargalas (Chair), A. Srinivasan (Chair), S. Bharath (Chair),V. Acharya, T.T. Ram Mohan, J. Sunder, L. Allen (Chair), F. Alvaraz (Chair), D. Ross (Chair), Y. Lu (Chair).

**Journal Referee (selected)**

American Economic Review
Financial Management
Financial Review
Journal of Banking and Finance
Journal of Business
Journal of Economics and Business
Journal of Economics and Organizational Behavior
Journal of Finance

Journal of Financial Economics
Journal of Financial Intermediation
Journal of Financial and Quantitative Analysis
Journal of Financial Research
Journal of Futures Markets
Journal of International Business Studies
Journal of International Money and Finance
Journal of Money, Credit and Banking
Journal of Monetary Economics
Journal of Portfolio Management
Journal of Real Estate Finance and Economics
Management Science
Public Finance Quarterly
Southern Economic Journal
Review of Financial Studies

**Keynote Speaker (last 5 years)**

Spanish Finance Association, Santiago, Spain (2002)
Multinational Finance Association, Cyprus (2002)
Symposium on Finance, Banking and Insurance, Karlsruhe, Germany (2002)
Spanish Finance Association, Segovia, Spain (2001)
Australasian Finance Association, Sydney, Australia (2006, 2004, 2003, 2002)
Pacific Basin Finance, Accounting and Economics Conference, Taiwan (2003)
Italian Quantitative Economics and Finance Association (AMESAS), Italy (2004)
Risk Management Conference, Hofstra University, NY (2006)
Journal of Banking and Finance, 30th Anniversary Conference, Beijing (2006)
Citigroup Distinguished Speaker, University of Edinburgh, November 2006
Campus for Finance, WHU, Otto Beisheim School of Management, Germany, January 2007.

# ROY C. SMITH

New York University
Stern School of Business

# ROY C. SMITH

Roy C. Smith has been on the faculty of the New York University Stern School of Business as a Clinical Professor of Finance and International Business since September 1987. In February 1999, he was appointed the *Kenneth Langone Professor of Entrepreneurship and Finance*

## Education:

B.S., U.S. Naval Academy, 1960

M.B.A., Harvard University, 1966

## Prior business experience:

Prior to assuming the appointment at NYU, Mr. Smith was a General Partner of Goldman, Sachs & Co. specializing in international investment banking and corporate finance. Upon his retirement from the firm to join the faculty, he was the senior international partner. During his career at Goldman Sachs he set up and directed the firm's business in Japan and the Far East, headed business development activities in Europe and the Middle East, and served as President of Goldman Sachs International Corp. while resident in the firm's London office from 1980 to 1984.

## Other academic experience:

Mr. Smith was an Adjunct Professor of Finance at New York University in 1979-80, and was a founding member, and later chairman of the Board of Advisors of the Center for U.S.- Japan Business and Economic Studies. He has been a lecturer and Visiting Professor of Finance at several universities in Europe, including INSEAD in Fontainebleau, IESE in Barcelona and for shorter durations at Kiel University, Swiss Banking School in Zurich, and IMI in Geneva.

## Research:

Principal areas of research include i) global capital market activity, ii) entrepreneurial finance and venture capital, iii) finance and capital markets in emerging markets, and iv) corporate governance, and business ethics in financial services.

## Publications -- books:

*The Global Bankers* (New York: E.P. Dutton, 1989)

*The Money Wars* (New York: E.P. Dutton, 1990)

*Comeback: The Restoration of American Banking Power in the New World Economy* (Cambridge: Harvard Business School Press, 1993)

*The Wealth Creators* (New York: St Martin's Press, 2001)

*Adam Smith and the Origins of American Enterprise* (New York: St. Martin's Press, 2002)

Co-authored with Ingo Walter:

*Investment Banking in Europe: Restructuring in the 1990s* (Oxford: Basil Blackwell, 1989)

*Global Financial Services* (New York: Harper & Row, 1990)

*Global Banking* (New York, Oxford University Press, 1997; Second Edition, 2003; Third Edition, 2008 (forthcoming)

*Street Smarts* (Cambridge, Harvard Business School Press, 1997)

*Global Banking Casebook* (London, Macmillan, 1998)

*High Finance in the Euro-Zone* (London, FT-Prentice Hall), 2000

*Governing the Modern Corporation* (New York, Oxford University Press, 2006)

Publications -- selected articles:

"International Equity Transactions," *Journal of International Securities Markets*, Spring 1988.

"Competitive Postures of Global Banking Institutions," Journal of International Securities Markets, Autumn 1989.

"Investment Banks and Merchant Banks," in Robert Z. Aliber (ed.) *Handbook of International Finance* (New York: John Wiley, 1989)

"European Investment Banking: Structure, Transactions Flow, and Regulation," in Jean Dermine (ed), *European Banking in the 1990s*, (Oxford: Basil Blackwell, 1990). With Ingo Walter

"Japan, Land of the Setting Sun," *The New York Times*, October 21, 1990.

"Economic Restructuring in Europe and the Market for Corporate Control" in Karel Cool, Damien Neven and Ingo Walter (eds.), *Economic Restructuring of Europe in the 1990s* (London: Macmillan, 1991). With Ingo Walter

"Reconfiguration of Global Financial Markets in the 1990s," American Express International Bank Essay Contest in International Finance, Third Prize (out of 300 submissions). Published in Peter B. Kenen (ed.) *Essays in International Finance* (Cambridge: Cambridge University Press, 1991). With Ingo Walter

"The European Market for Mergers and Acquisitions," in C. Wihlborg, M. Fratianni, T. Willett (eds.), *Financial Regulation and Monetary Arrangements after 1992* (New York: North Holland, 1991)

"Integration of the World Financial Markets□Past, Present and Future," in Frederick Choi (ed), *Handbook of International Accounting* (New York: John Wiley & Sons, 1991)

"The First European Merger Wave Has Begun," Center for Economic Analysis, Washington University, March 1991

"Privatization Programs of the 1980s□-- Lessons for the Treuhandanstalt," International Economic Institute, Kiel University. March 1991

"Wall Street Ethics Today," Salomon Center Working Paper, New York University, 1992

"Bank Industry Linkages: Models for Eastern European Economic Restructuring" (with Ingo Walter), Salomon Center Working Paper, New York University, 1992

"After the Ball," *The Wilson Quarterly*, Autumn 1992

"Les Occidentaux font Fausse Route," *Le Figaro*, (with Ingo Walter) Oct 16, 1992 [also published in Spain and Switzerland, as "A Hard Road for Eastern European Privatization"]

"Why Japanese Companies Finance Abroad," in Ingo Walter (ed), *Restructuring Japan's Financial Markets* (Homewood, Ill., Business One Irwin, 1993)

What Traders Do," with William Silber, Salomon Center Working Paper, September 1994.

"Giant Ape Threatens Downtown Tokyo," *The Asian Wall Street Journal*, April 13, 1995

"A Big Bank is Not an End in Itself," (with William Silber), *The New York Times*, August 31, 1995

"Risk Volatility and Global Economic Stability," *The Washington Quarterly,* Autumn, 1995

"The Crash of Emerging Markets," *The Washington Quarterly*, Winter, 1996

"World Financial Integration," in F. Choi (ed.), *International Accounting and Finance Handbook, Second Edition*, New York, J.Wiley, 1997

"Event Investing," (with Richard Nye), in Ronald Lake, (ed*), Evaluating and Implementing Hedge Fund Strategies,* London, Euromoney Books, 1996

"International Financing for Cross-Border M&A Transactions," in D. Ben Daniel and A. Rosenbloom, (eds), *International M&A, Joint Ventures and Beyond*, New York, J. Wiley, 1997.

"Risks and Rewards in Emerging Market Investments," with Ingo Walter, *Journal of Applied Corporate Finance*, Fall 1997

"The European Securities Industry Under a Single Currency," in *European Capital Markets with a Single Currency, an ECMI Report*, eds. Jean Dermine and Pierre Hilton, Oxford University Press, (Oxford Univ. Press,1999)

"Restructuring Japanese Financial Institutions," *The Washington Quarterly*, Spring 1999

"Global Wholesale Finance, Structure, Conduct, Performance," (with Ingo Walter), SUERF Conference proceedings, Vienna, 2000

"Strategic Directions in Investment Banking – A Retrospective Analysis," *Journal of Applied Corporate Finance,* Spring 2001

"International Financing for Cross-Border M&A Transactions," (with Yonghong Mao) in David BenDaniel,

Arthur Rosenbloom, and James Hanks (eds.), *International M&A, Joint Ventures and Beyond,* (Second Edition), New York, John Wiley & Sons, 2002

"Capitalism Will Clean Itself Up," *The Financial Times,* April 13, 2002 (with Ingo Walter)

"Market Forces will Clean Up America's Corporate Governance Mess," *The Financial Post,* (Toronto), April 19, 2002, (with Ingo Walter)

"O'Neill's Resignation Offers Opportunity," *Newsday*, Dec. 8, 2002.

"Attacking Wall Street with a Blunt Instrument," *The Financial Times*, Feb. 7, 2003.

"Deutschland braucht eine 'Business Judgment Rule,'" [Germany Needs a Business Judgment Rule] *Borsen-Zeitung,* Nr. 8, January 2006.

"Four Years After Enron," *The Independent Review*, Summer 2006 (with Ingo Walter)

"Worth Every Last Million," *The Washington Post*, January 21, 2007

"Enterprise Capital in Emerging Markets," *The Independent Review,* Summer 2007 (forthcoming)

Teaching:

"Global Banking and Capital Markets" (fall and spring terms), with Ingo Walter, taught 1987-2004; taught alone since 2004.

"Investment Banking" (each term), taught 1987-1998

Executive MBA in Finance, Global Investment Banking", taught annually 1988 -2000, 2002-2006 with Ingo Walter

"Markets, Ethics and Law," 1995-2006 (Co-author with Prof. Bruce Buchanan and Prof. Robert Lamb of *Cases and Readings in Markets, Ethics and Law)*, and its successor: "Professional Responsibility."

"Entrepreneurial Finance," designed and implemented full-term course, 1997-2006.

"Managing Financial Businesses," designed and implemented full-term course, 1998- 2002.

"International Investment Banking" at INSEAD (France) during sabbatical 1999 and at IESE (Spain) during sabbatical 2004, and at Bocconi Univ. (Italy) during sabbatical in 2007.

"Venture Capital," 2001-2002, 2005-2006

Previous teaching at Stern:

"Mergers and Acquisitions," mini-course taught every fall from 1989 - 1993.

"International Corporate Finance," spring 1989, with Richard M. Levich, 30 students

"Oral Communication for Financial Executives," fall and spring terms, 1989-90, with Chris Kelly, 20 students

Executive MBA in Management, "Mergers and Acquisitions," 1990-1992.

Case Writing:

Have authored or co-authored approximately 85 cases in investment banking and international finance published by the Salomon Center and more recently the Berkley Center. Several of these have been published in case anthologies edited by others.

Awards:

Stern School of Business: "Teaching Award for Special Teaching Services," 1991

Third Place Award, American Express International Bank Essay Contest: 1991

European Case of the Year: 1993, with Ingo Walter

First and only Clinical professor at New York University ever to be granted an academic chair, the Kenneth Langone Professor of Entrepreneurship and Finance, 1999.

Certificate Of Filing

I hereby certify that on July 9, 2007, a copy of the foregoing Defendant's Identification Of Expert Witnesses was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Levitt
David A. Levitt