IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBASE CORPORATION AND CARTERET BANCORP, INC.,

Plaintiffs,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

Plaintiff-Intervenor

v.

UNITED STATES OF AMERICA,

Defendants.

Case No. 93-531
Hon. Judge Loren Smith

## NOTICE OF CHANGE OF ADDRESS

Counsel for plaintiffs AmBase Corporation and Carteret Bancorp Inc., Charles J. Cooper, David H. Thompson, and Vincent J. Colatriano of Cooper & Kirk, PLLC, hereby provide notice to the Court and all parties that their mailing address has changed. All telephone numbers and e-mail addresses for counsel remain unchanged. The new mailing address is as follows:

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

The new facsimile number is as follows:

(202) 220-9605

August 23, 2007

Respectfully Submitted,

/s/ Charles J. Cooper
Charles J. Cooper
David H. Thompson
Vincent J. Colatriano
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August 2007, I caused to be served by the Court's electronic filing system copies of the foregoing on the following counsel:

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW – Room 12006
Attn: Classification Unit – 8th Floor
Washington, DC 20530

Andrew Gilbert, Esq.
FDIC Legal Division
550 17th Street, NW
Room 2098
Washington, DC 20429

/s/ Jeffrey A. Bartlett

Jeffrey A. Bartlett