**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMBASE CORPORATION AND CARTERET BANCORP, INC.** | ) | |
| **Plaintiffs,** | ) | |
| **and** | ) | |
| **FEDERAL DEPOSIT INSURANCE CORPORATION,** | ) | |
| **Plaintiff-Intervenor,** | ) | **Civil Action No. 93-531** |
| **v.** | ) | **(Judge Loren Smith)** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR ENLARGEMENT OF DEADLINES FOR SUBMISSION OF EXPERT REPORTS AND FOR DEPOSITIONS OF DEFENDANTS' EXPERT WITNESSES**

Pursuant to RCFC 6.1, the defendant, United States, respectfully moves for an enlargement of four days (i.e., from September 17 to September 21, 2007) in which to serve expert reports and an enlargement of seven days (i.e., from October 12 to October 19, 2007) of the deadline for the depositions of the Government's expert witnesses. This is the first request for an enlargement of the discovery period for defendant's expert witnesses. Government counsel has discussed this request with counsel for the plaintiffs and plaintiff intervenor and is authorized to state that they have no objection to the motion for enlargement.

The reason for the motion is that the Counsel-of Record and other Government counsel will be unable to complete their review of the Government's experts' reports in time to circulate the reports by September 17 because of a religious holiday on September 13 and 14, 2007. The.

Government requires four extra days to complete its internal review of the experts' reports and prepare the supporting documents to be exchanged in the course of expert discovery. The Government points out that plaintiff also required and was allowed four extra days to circulate the expert report of Professor Charles Calomiris.

With respect to the deadline for the depositions of the Government's expert witnesses, under the current schedule, only four weeks are provided for plaintiffs and plaintiff-intervenor to take the depositions of three Government experts. An additional week is required, however, because of the heavy teaching and consulting schedules of the Government's experts and the need to separate the depositions so that selected counsel can appear at the appropriate depositions. Enlarging the deadline for deposing the Government's expert witnesses is unlikely to adversely affect the remaining trial or pre-trial schedule. Accordingly, there will be no prejudice if the time for deposing the Government's expert witnesses is enlarged by seven days.

For these reasons, we respectfully request that our unopposed motion for enlargement be granted.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

s/ David A. Levitt
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-0309

Attorneys For Defendant

September 11, 2007

## CERTIFICATE OF FILING

I hereby certify that on September 11, 2007, a copy of the foregoing "Government's Unopposed Motion For Enlargement Of Deadlines For Submission Of Expert Reports And For Depositions Of Defendants' Expert Witnesses" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Levitt