# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| AMBASE CORPORATION AND CARTERET BANCORP, INC., | |
| *Plaintiffs,* | |
| and | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | Case No. 93-531C |
| | Senior Judge Smith |
| *Plaintiff-Intervenor,* | Filed: September 13, 2007 |
| v. | |
| THE UNITED STATES, | |
| *Defendant.* | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Enlargement of Deadlines for Submission of Expert Reports and for Depositions of Defendant's Expert Witnesses. Defendant shall serve expert reports on or before September 21, 2007. The deadline for depositions of the Government's expert witnesses shall be extended to October 19, 2007.

It is so ORDERED.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE