IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMBASE CORPORATION and<br>CARTERET BANCORP, INC.<br><br>Plaintiffs,<br><br>FEDERAL DEPOSIT INSURANCE CORP.,<br>Successor to the rights of<br>CARTERET SAVINGS BANK, F.A.<br><br>Plaintiff Intervener<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Case No. 93-531C<br>Senior Judge Smith |

UNOPPOSED MOTION BY FDIC FOR AN ENLARGEMENT OF TIME
TO FILE STATEMENTS WITH REGARD TO SUMMARY JUDGMENT

Plaintiff-intervenor Federal Deposit Insurance Corporation (“FDIC”), successor to the rights of Carteret Savings Bank, F.S.A., respectfully requests a seven-day enlargement of time, through November 7, 2007, for the parties to file their statements with regard to summary judgment.

Counsel for defendant United States, and counsel for plaintiffs AmBase Corporation and Carteret Banccorp, Inc., has each stated that they do not oppose this motion, provided that it does not affect the date of the oral argument currently scheduled for November 14, 2007.

The parties’ briefs are currently due on October 31, 2007, pursuant to this Court’s prior order. The FDIC requests this extension due to unexpected and conflicting commitments of counsel responsible for this case.

This is the FDIC’s first request for an enlargement of time with respect to this filing.

Therefore, the FDIC requests that this motion for enlargement be granted, and that the Court extend the time for the parties to submit their respective positions regarding summary judgment to and through November 7, 2007.

Respectfully submitted,

___/s/ Andrew Gilbert
Andrew Gilbert
Counsel of Record for plaintiff-intervenor
Federal Deposit Insurance Corporation
550 Seventeenth Street, NW, MB-3060
Washington, DC 20429
(202) 898-3871
AGilbert@FDIC.gov

Of Counsel:
John V. Thomas
Deputy General Counsel
Dorothy Ashley Doherty
Counsel
Federal Deposit Insurance Corporation

October 30, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMBASE CORPORATION and<br>CARTERET BANCORP, INC.<br><br>Plaintiffs, | ) | |
| FEDERAL DEPOSIT INSURANCE CORP.,<br>Successor to the rights of<br>CARTERET SAVINGS BANK, F.A.<br><br>Plaintiff Intervener | ) | Case No. 93-531C<br>Senior Judge Smith |
| v. | ) | |
| THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | |

[PROPOSED] ORDER

Plaintiff-intervenor Federal Deposit Insurance Corporation ("FDIC"), as successor to the rights of Carteret Savings Bank, F.S.A., having moved for a seven-day enlargement of time, through November 7, 2007, for the parties to submit their respective positions with regard to summary judgment, and good cause appearing therefore, it is hereby

ORDERED that the time for the parties to file their statements with regard to summary judgment is hereby is extended to November 7, 2007.

______________________________
Loren A. Smith
Senior Judge

Dated: ___________________, 2007