# In the United States Court of Federal Claims

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC.<br><br>*Plaintiffs,*<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | * | Case No. 93-531C<br><br>Senior Judge Smith<br><br>Filed: November 2, 2007 |

**ORDER**

The Court **GRANTS** FDIC's Motion for an Enlargement of time to File Statements with Regard to Summary Judgment. FDIC shall filed its statements on or before November 7, 2007.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE