**Federal Home Loan Bank Board**

1700 G Street, N W
Washington, D.C. 20552

Federal Home Loan Bank System
Federal Home Loan Mortgage Corporation
Federal Savings and Loan Insurance Corporation

September 30, 1982

TO: Federal Home Loan Bank Board

FROM: H. Brent Beesley, Director, FSLIC

SUBJECT: FSLIC Assisted Merger of:

| | |
|---|---|
| Barton S&LA<br>Newark, New Jersey<br>FHLBB No. 4971 | Assets: $170 million<br>Net Worth: ($990,000)<br>NW/Assets: (0.6%)<br>(Data as of August 31, 1982) |

and

Unassisted Supervisory Merger of:

| | |
|---|---|
| First FS&LA of Delray Beach<br>Delray Beach, Florida<br>FHLBB No. 5403 | Assets: $810,100,986<br>Net Worth: $ 1,269,385<br>NW/Assets .16%<br>(Data as of August 31, 1982) |

into

| | |
|---|---|
| Carteret S&LA, F.A.<br>Newark, New Jersey<br>FHLBB No. 4702 | Assets: $2.3 billion<br>Net Worth: $36.4 million<br>NW/Assets: 1.6%<br>(Data as of August 31, 1982) |

A. RECOMMENDATIONS

It is recommended that the Bank Board:

1. Approve the mergers of Barton S&LA, Newark, New Jersey, ("Barton"), a mutual association chartered in the state of New Jersey, and First FS&LA of Delray Beach, Delray Beach, Florida ("First"), a federally chartered mutual association, into Carteret S&LA, F.A., Newark, New Jersey ("Carteret"), also a federally chartered mutual association, and the resulting increase in accounts of an insurable type by Carteret (see Merger Agreements, attached as Exhibit 1).

2. Authorize the Director, the Deputy Director, and the Director, Problem and Rehabilitation Division, Office of the Federal Savings and Loan Insurance Corporation, or the designee of any of them ("Director"), to:

Pertinent financial information regarding Carteret is presented in the following table.

CARTERET S&LA, F.A.
SELECTED FINANCIAL RESULTS AS REPORTED

| | Semi-Annual Period Ended | | | | Two Months Ended |
|---|---|---|---|---|---|
| | 12-31-80 | 6-30-81 | 12-31-81 | 6-30-82 | 8-31-82 |
| ;av. Dep. | $1,098,228,402 | $1,334,234,331 | $1,502,009,142 | $1,681,835,435 | $1,811,667,673 |
| łet Income | 118,060 | (4,677,309) | (5,448,513) | (8,474,182) | (1,465,998) |
| łet Worth | 43,751,989 | 43,299,388 | 40,137,934 | 31,663,753 | 36,485,857 |
| ıssets | 1,457,923,372 | 1,706,831,316 | 1,931,715,757 | 2,144,127,618 | 2,321,141,657 |
| IW/Assets | 3.0% | 2.5% | 2.1% | 1.5% | 1.0% |
| ıiq. Assets | 215,402,819 | 290,703,677 | 407,516,380 | 501,532,019 | 496,670,000 |
| ıiq. Ass/Ass. | 14.8% | 17.0% | 21.1% | 23.4% | 21.4 |
| 'HLB Adv. | 188,966,667 | 191,562,499 | 201,922,500 | 204,645,000 | 214,670,000 |
| ther Borr. | 89,366,732 | 91,516,040 | 141,471,390 | 158,535,273 | 164,982,951 |
| otal Bor./Ass. | 19.1% | 16.6% | 17.8% | 16.9% | 16.4% |
| 'OM/Avg Sav & Bor. | 9.2% | 11.1% | 12.1% | 11.9% | NA |
| nt Inc/Avg Loans & Invest. | 10.3% | 11.4% | 12.2% | 12.3% | NA |

Additional financial information regarding Carteret is attached as Exhibit 19.

L. VIABILITY

As shown by the preceding table, Carteret's operating losses are largely attributable to a rapidly increasing cost of money coupled with a much slower increase in its yield on major earning assets. Despite these problems, we are reasonably confident that Carteret's management possesses the necessary expertise to deal with any problems which might confront it as the result of the proposed mergers.

The table below highlights Carteret's financial condition after the proposed mergers and demonstrates that Barton and First will be absorbed without detrimental affect.

| | ($ in millions) | |
|---|---|---|
| Loans and Investments | $ 2,937.6 | |
| Goodwill | 269.0 | |
| Total Assets | 3,290.4 | |
| Liabilities | 3,251.6 | |
| Net Worth | 50.2 | (After FSLIC contribution) |
| NW/Total Assets | 1.55% | |

WOR839 0358 FL AMBASE 93-531C WIN BOX # WC00003943 ACC # 483-94-05 OLD BOX # 4 OF 50 OTS DC # 1104 OTS
DOCUMENTS FOR 1ST 30 CASES CONFIDENTIAL MATERIAL--SUBJECT TO PROTECTIVE ORDER