Confidential Materials – Subject to Protective Order

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBASE CORPORATION and CARTERET BANCORP, INC.<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | No. 93-531<br><br>Judge Loren Smith |

**Declaration of Professor Anthony Saunders**

September 21, 2007

Confidential Materials - Subject to Protective Order

## Exhibit 3
## Carteret's Assets, Net Income, and Return on Assets, 1981-1988

| Fiscal Year | Total Assets (000s) | Net Income (000s) | Return on Assets |
|---|---|---|---|
| 1981 | $1,885,724 | ($18,178) | -0.96% |
| 1982 | $3,341,256 | ($23,228) | -0.70% |
| 1983 | $4,267,314 | $34,809 | 0.82% |
| 1984 | $5,045,678 | $7,521 | 0.15% |
| 1985 | $5,121,801 | $25,222 | 0.49% |
| 1986 | $5,537,547 | $46,091 | 0.83% |
| 1987 | $5,910,170 | $33,417 | 0.57% |
| 1988 | $6,444,142 | $19,988 | 0.31% |

Note: Fiscal year ends on September 30. Return on assets = Net Income/Total Assets.
Sources: Carteret Savings & Loan Association Annual Report 1983 (WOP291 0783-0826 at WOP291 0785), Carteret Savings & Loan Association Annual Report 1984 (WOR781 1045-1089 at WOR781 1073), Carteret Savings & Loan Association Annual Report 1985 (FAM002 1644-1687 at FAM002 1673-74), Carteret Savings Bank Annual Report 1986 (FAM002 1724-1767 at FAM002 1726), Carteret Bancorp Inc. 1987 Annual Report (FAM002 1780-1829 at FAM002 1783), Carteret Bancorp Inc. and Subsidiary, FHLB Docket #02-4702, Consolidated Financial Statements, September 30, 1988 (FAM002 1849-1887 at FAM002 1852-53).