Confidential Materials – Subject to Protective Order

# EXHIBIT 3

# CARTERET FINANCIAL DATA, SELECTED METRICS, 1981 - 1992

Confidential Materials - Su

**EXHIBIT 3: Carteret Financial Data, Selected Metrics, 1981 - 1992**

**Table 1, Page 1 of 3: Balance Sheet Data**

| | -----Mutual Assn------- | | ---------Federal Savings Association-------- | | | | | ---Carteret Bancorp--- | | ---Bancorp after Acq--- | | -----Carteret Savings Bank----- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (in millions) | 1981 | 1982 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1988 (A) | 1989 | 1989 | 1990 | 1991 | 1992 |
| ASSETS | | | | | | | | | | | | | | | |
| Cash and investment securities | $ 478.1 | $ 692.1 | $ 604.9 | $ 813.8 | $ 427.3 | $ 478.0 | $ 455.8 | $ 814.4 | $ 568.9 | $ 443.4 | $ 532.1 | $ 533.1 | $ 353.1 | $ 661.4 | $ 1,432.6 |
| Loans | | | | | | | | | | | | | | | |
| First Mortgage Loans | 995.5 | 1,931.8 | 2,108.7 | 2,460.0 | 3,065.8 | 2,932.3 | 3,191.8 | 3,341.9 | 3,750.8 | 4,170.8 | 4,114.3 | 4,114.3 | 2,929.3 | 2,186.7 | 1,842.1 |
| MBS (B) | 330.0 | 552.1 | 490.4 | 952.7 | 1,315.3 | 1,301.2 | 1,403.4 | 1,212.7 | 1,091.8 | 1,038.5 | 463.3 | 462.6 | 1,422.6 | 1,528.7 | 944.3 |
| Second Mortgage Loans (C) | 12.4 | 27.5 | 27.0 | 30.2 | 50.7 | 20.7 | (D) 209.2 | 310.0 | 398.9 | 411.4 | 97.2 | 97.2 | | | |
| Consumer loans | 14.8 | 23.3 | 23.5 | 58.4 | 107.1 | 175.0 | 274.9 | 60.3 | 50.0 | 48.5 | 43.4 | 43.4 | | | |
| Higher Education Loans | 21.6 | 30.7 | 32.6 | 28.3 | 38.4 | 42.6 | 45.9 | 55.0 | 71.7 | 77.6 | 3.8 | 3.8 | | | |
| Loans on Savings Accounts | 9.7 | 10.1 | 11.7 | 9.7 | 10.3 | 7.8 | 8.5 | | | | | | | | |
| Collateral Note Receivable | | | | 76.5 | 73.2 | 77.1 | 70.6 | | | | | | | | |
| Commercial Loans | | | | 20.0 | 193.5 | 244.7 | 313.9 | 337.9 | 391.6 | 386.8 | 319.1 | 319.0 | | | |
| Insurance Premium Finance Loans | | | | | | | | | 310.6 | 281.3 | 84.8 | 84.8 | | | |
| Other Loans in Valuation Allowances | 13.3 | 25.6 | (359.0) | (573.5) | (669.8) | (678.7) | (772.7) | (796.4) | (806.7) | (856.0) | (498.9) | (464.3) | 187.8 | 157.8 | 507.0 |
| Total Loans (E) | 1,397.4 | 2,601.2 | 2,335.2 | 3,062.4 | 4,184.3 | 4,122.7 | 4,536.2 | 3,308.8 | 4,166.9 | 4,520.5 | 4,163.8 | 4,198.2 | 3,117.1 | 2,344.5 | 2,349.1 |
| FHLB Stock | 11.2 | 23.0 | 23.0 | 25.1 | 31.7 | 37.4 | 38.1 | 39.6 | 39.6 | 39.6 | 39.7 | 39.7 | 99.1 | 99.5 | 44.3 |
| Offices and premises | 17.1 | 40.7 | 37.0 | 43.8 | 48.5 | 46.4 | 47.4 | 48.6 | 60.0 | 66.0 | 64.0 | 56.0 | 35.4 | 29.1 | 25.1 |
| Other Real Estate | 1.8 | 2.7 | 6.0 | 6.6 | | | | | | | | | | | |
| Deferred losses on sale of investments | 12.4 | 11.8 | | | | | | | | | | | | | |
| Capitalized Costs of Future Servicing, net | | | | | | | | 90.6 | 112.2 | 108.2 | 119.9 | 119.9 | 101.5 | 81.3 | 64.1 |
| Other assets | 12.1 | 23.4 | 34.0 | 10.9 | 47.8 | 49.4 | 127.2 | 133.4 | 154.0 | 272.5 | 281.4 | 186.3 | 110.8 | 61.9 | 58.9 |
| Miscellaneous Assets (F) | | | 66.6 | 61.3 | 58.7 | 146.6 | 93.0 | 47.0 | 51.1 | (10.2) | 299.0 | 363.0 | 293.2 | 376.3 | 341.4 |
| Excess of Cost over Net Assets Acquired | - | 228.8 | 234.6 | 243.4 | 247.4 | 241.3 | 239.8 | 215.0 | 199.6 | 181.1 | 170.2 | 173.6 | 101.0 | 94.4 | 2.0 |
| Total Assets | 1,930.1 | 3,623.9 | 3,341.3 | 4,267.3 | 5,045.7 | 5,121.8 | 5,537.5 | 5,910.1 | 6,444.1 | 6,659.6 | 6,133.4 | 6,132.4 | 5,633.8 | 5,277.1 | 5,261.8 |
| Annual Rate of Increase of Total Assets | | 87.76% | | 27.71% | 18.24% | 1.51% | 8.12% | 6.73% | 9.0% | | -8.0% | -7.9% | -8.1% | -6.3% | -0.3% |
| Net Tangible Assets | 1,930.1 | 3,395.1 | 3,106.7 | 4,023.9 | 4,798.3 | 4,880.5 | 5,297.7 | 5,695.1 | 6,244.5 | 6,478.5 | 5,963.2 | 5,958.8 | 5,532.8 | 5,182.7 | 5,259.8 |
| LIABILITIES | | | | | | | | | | | | | | | |
| Deposits | 1,515.7 | 2,932.2 | 2,728.5 | 3,496.6 | 4,034.7 | 3,987.5 | 4,165.6 | 4,358.8 | 4,317.3 | 4,364.1 | 4,276.5 | 4,272.4 | 3,031.0 | 2,933.8 | 2,390.6 |
| Borrowed Funds | | | | | | | | | | | | | | | |
| Advances from FHLB | 201.9 | 340.1 | 372.0 | 368.6 | 438.3 | 394.1 | 471.5 | 498.1 | 564.1 | 717.9 | 694.4 | 701.4 | 1,967.3 | 1,891.1 | 2,635.3 |
| Repos | 135.3 | 134.6 | | | | | | 91.2 | 233.3 | 274.2 | 143.3 | 143.3 | | 51.1 | - |
| Other | 6.6 | 21.8 | 218.4 | 284.8 | 448.7 | 514.9 | 600.4 | 632.5 | 1,044.3 | 1,057.0 | 730.7 | 718.6 | 440.7 | 354.0 | 276.8 |
| Total | 343.8 | 496.5 | 590.4 | 653.4 | 887.0 | 909.0 | 1,071.9 | 1,221.8 | 1,841.7 | 2,049.1 | 1,568.4 | 1,563.3 | 2,408.0 | 2,296.2 | 2,912.1 |
| Total Liabilities | 1,890.0 | 3,557.0 (G) | 3,318.9 | 4,150.0 | 4,921.7 | 4,896.4 | 5,237.5 | 5,580.6 | 6,159.1 | 6,413.2 | 5,885.0 | 5,835.7 | 5,438.9 | 5,229.9 | 5,302.8 |
| EQUITY & RETAINED EARNINGS | | | | | | | | | | | | | | | |
| Subsidiary Pfd. Stock | | | | | | 39.6 | 39.3 | 39.3 | | | | | | | |
| Net Worth Balance at Year End | 40.1 | 66.9 | 22.3 | 117.3 | 124.0 | 185.8 | 260.8 | 290.3 | 285.0 | 246.5 | 288.4 | 296.7 | 194.9 | 47.1 | (41.0) |
| Book Value per share | | | | 17.2 | 17.3 | 19.6 | 23.6 | 23.8 | 21.7 | | | | | | |
| Shares Outstanding | | | | 6.8 | 7.2 | 9.5 | 11.0 | 12.2 | 13.1 | | | | | | |
| Tangible New Worth | 40.1 | (161.9) | (212.3) | (126.1) | (123.4) | (55.5) | 21.0 | 75.3 | 85.4 | 65.4 | 118.2 | 123.1 | 93.9 | (47.3) | (43.0) |

Confidential Materials - Sut

**EXHIBIT 3: Carteret Financial Data, Selected Metrics, 1981 - 1992**

**Table 1, Page 2 of 3: Income Statement Data and Selected Ratios**

| | -----Mutual Assn------ | | ---------Federal Savings Association------- | | | | | ---Carteret Bancorp--- | | ---Bancorp after Acq--- | | -----Carteret Savings Bank----- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1981 | 1982 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1988 (A) | 1989 | 1989 | 1990 | 1991 | 1992 |
| ANNUAL P/L DATA | | | | | | | | | | | | | | | |
| Net Income/Loss | (9.2) | 8.7 | (23.3) | 34.8 | 7.5 | 25.2 | 46.1 | 33.4 | 20.0 | 14.9 | 43.0 | 8.4 | (131.8) | (160.3) | (1.4) |
| Provisions for Loan Losses | | | | 1.0 | 0.9 | 4.3 | 11.1 | 8.4 | 14.1 | 2.1 | 27.5 | 27.5 | 122.3 | 171.6 | 39.0 |
| Fully diluted EPS (as reported in current year) | | | | 5.1 | 1.1 | 2.7 | 3.9 | 2.4 | 1.5 | | | | | | |
| Gross Interest Income on Loans & Inv. | 186.2 | 273.9 | 239.8 | 412.3 | 514.6 | 547.4 | 512.8 | 502.0 | 528.7 | 250.1 | 668.5 | 645.1 | 541.6 | 446.6 | 345.6 |
| Net Interest Spread | | | (4.0) | 41.8 | 61.1 | 78.0 | 113.4 | 131.4 | 117.3 | 58.9 | 121.6 | 99.0 | 102.9 | 89.8 | 103.8 |
| Net Interest Income/Total Assets | | | -0.1% | 1.0% | 1.2% | 1.5% | 2.0% | 2.2% | 1.8% | 0.9% | 2.0% | 1.6% | 1.8% | 1.7% | 2.0% |
| Net Gain/Loss on Securities or Loans Sold | | | 2.2 | 46.4 | 4.6 | 10.5 | 10.2 | 21.8 | 51.9 | 6.8 | 64.1 | 54.6 | 5.3 | 9.2 | 14.7 |
| Funds Provided from Operation (H) | | | 166.1 | 315.3 | 343.0 | 355.4 | 371.3 | 342.8 | 332.9 | (24.7) | (34.4) | (29.5) | (69.1) | 19.5 | 23.0 |
| Cash Dividends Declared | | | | | | | 8.2 | 2.7 | 1.8 | 22.9 | 1.3 | | | | |
| RATIOS | | | | | | | | | | | | | | | |
| Return on Year Ending Assets | -0.5% | 0.2% | -0.7% | 0.8% | 0.1% | 0.5% | 0.8% | 0.6% | 0.3% | 0.2% | 0.7% | 0.1% | -2.3% | -3.0% | 0.0% |
| Return on Year Ending Equity | -22.9% | 13.0% | -104.5% | 29.7% | 6.0% | 13.6% | 17.7% | 11.5% | 7.0% | 6.0% | 14.9% | 2.8% | -67.6% | -340.3% | 3.4% |
| Mortgage Loans/Total Assets | 69.3% | 69.3% | 63.1% | 57.6% | 60.8% | 57.3% | 57.6% | 56.5% | 58.2% | 62.6% | 67.1% | 67.1% | 52.0% | 41.4% | 35.0% |
| Deposits/Total Assets | 78.5% | 80.9% | 81.7% | 81.9% | 80.0% | 77.9% | 75.2% | 73.8% | 67.0% | 65.5% | 69.7% | 69.7% | 53.8% | 55.6% | 45.4% |
| Borrowed Funds/Total Assets | 17.8% | 13.7% | 17.7% | 15.3% | 17.6% | 17.7% | 19.4% | 20.7% | 28.6% | 30.8% | 25.6% | 25.5% | 42.7% | 43.5% | 55.3% |
| Shareholders Equity/Total Assets | 2.1% | 1.8% | 0.7% | 2.7% | 2.5% | 3.6% | 4.7% | 4.9% | 4.4% | 3.7% | 4.7% | 4.8% | 3.5% | 0.9% | -0.8% |
| Deposits/Net Tangible Assets | 78.5% | 86.4% | 87.8% | 86.9% | 84.1% | 81.7% | 78.6% | 76.5% | 69.1% | 67.4% | 71.7% | 71.7% | 54.8% | 56.6% | 45.5% |
| Borrowed Funds/Net Tangible Assets | 17.8% | 14.6% | 19.0% | 16.2% | 18.5% | 18.6% | 20.2% | 21.5% | 29.5% | 31.6% | 26.3% | 26.2% | 43.5% | 44.3% | 55.4% |
| Net Worth minus Intangible Assets | 40.1 | -161.9 | -212.3 | -126.1 | -123.4 | -55.5 | 21.0 | 75.3 | 85.4 | 65.4 | 118.2 | 123.1 | 93.9 | -47.3 | -43.0 |

Confidential Materials - Su

**EXHIBIT 3: Carteret Financial Data, Selected Metrics, 1981 - 1992**

**Table 1, Page 3 of 3: Stock Price Data and Regulatory Ratios**

| | | -----Mutual Assn------- | | ---------Federal Savings Association------- | | | | | ---Carteret Bancorp--- | | ---Bancorp after Acq--- | | -----Carteret Savings Bank----- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1981 | 1982 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1988 (A) | 1989 | 1989 | 1990 | 1991 | 1992 |
| STOCK PRICE | | | | | | | | | | | | | | | | |
| High-Low | (I) | | | | 9.06-11.06 | 6.38-10.69 | 8.63-18.13 | 13.75-22.63 | 10-20.63 | 13.75-18.5 | | | | | | |
| Price/EPS | | | | | 1.78-2.17 | 6.07-10.17 | 3.22-6.76 | 3.55-5.85 | 4.20-8.67 | 8.99-12.09 | | | | | | |
| Price/BV | | | | | 0.53-0.64 | 0.37-0.96 | 0.44-0.92 | 0.58-0.96 | 0.42-0.87 | 0.63-0.85 | | | | | | |
| Div/sh | | | | | | 5% stk div | 5% stk div<br>15%stk div | $0.75/sh<br>10% stk div | | | | | | | | |
| REGULATORY RATIOS | | | | | | | | | | | | | | | | |
| Excess Reg. NW | | | | | 86.2 | 86.4 | 125.6 | 180.2 | | 160.8 | | | | | | |
| Liquidity Ratio (5% Required) | | | 20.0 | 25.5 | 18.7 | 7.3 | 12.0 | 10.0 | 12.0 | | | | | | | |
| One-year Gap (% of Total Assets) | | | | | | 48.0% | 29.0% | | | | | | | | | |
| Scheduled Items/Total Assets | (J) | | | 0.33 | 0.49 | 0.28 | 0.35 | 0.95 | | | | | | | | |
| AVERAGE FEDERAL FUNDS RATE | | 16.4% | 12.2% | 12.2% | 9.1% | 10.2% | 8.1% | 6.8% | 6.7% | 7.6% | | 9.2% | 9.2% | 8.1% | 5.7% | 3.5% |

**Notes**

(A) Carteret became a wholly-owned subsidiary of Home Group on August 8, 1988 [per AMB013970]. Data presented in this column is for that time period through December 31, 1988 and are shown as reported in the 1989 Annual Report. Data for "Bancorp after Acq." reflects the revaluation done as a result of the acquisition.
(B) MBS amounts are recorded separate from Loans in the years 1987 and after. They MBS value for these years is not included in the calculation for Total Loans, but are included in Total Assets.
(C) Second Mortgage Loans includes Home Equity Loans.
(D) The 1986 Home Equity Loan value appears as reported in the 1987 Annual Report.
(E) Other Loans in Valuation Allowances line item added to incorporate all applicable remaining loan balances.
(F) Miscellaneous Assets includes all other assets not categorized above.
(G) Total Liabilities calculated for the years 1981 and 1982 to reflect Assets - Liabilities = Net Worth.
(H) 1981-1987 are Statements of Changes in Financial Position. 1988 forward are Statements of Cash Flow.
(I) Stock Price information is from Professor Calomiris's supporting documentation.
(J) First reported in 1986 Annual Report [AMB030100 -139].

**Sources**

Carteret Savings and Loan Association 1982 Annual Report [AMB029909 - 928]
Carteret Savings and Loan Association 1983 Annual Report [AMB029929 - 972]
Carteret Savings and Loan Association 1984 Annual Report [AMB029973 - 30006]
Carteret Savings and Loan Association 1985 Annual Report [AMB030057 - 099]
Carteret Savings Bank 1986 Annual Report [AMB030100 - 139]
Carteret Bancorp Inc. 1987 Annual Report [FAM002 1780 - 1829]
Carteret Bancorp Inc. 1988 Annual Report [AMB013960 - 995]
Carteret Bancorp Inc. 1989 Annual Report [C-AM-A-0394512 - 541]
Carteret Savings Bank 1989 Annual Report [WOT671 1260 - 1288]
Carteret Savings Bank 1990 Annual Report [C-AM-A-0394477 - 510]
Carteret Savings Bank 1991 Annual Report [KH053771 - 804]
Carteret Savings Bank 1992 Annual Report [CAM5070002 - 019]

Confidential Materials - St

**EXHIBIT 3: Carteret Financial Data, Selected Metrics, 1981 - 1992**

**Table 2, Page 1 of 2: Yields Received, Rates Paid, and Capital Markets Usage**

| (As reported in each year) | | --Mutual-- | --------Federal Savings Association-------- | | | | | —Carteret Bancorp— | | Carteret Bancorp after Acq. | -----Carteret Savings Bank----- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 (A) | 1989 | 1989 | 1990 | 1991 | 1992 |
| Weighted Average Yield: | | | | | | | | | | | | | | |
| Loans Receivable | | 10.42 | 12.74 | 12.37 | 12.50 | 12.12 | 10.29 | 10.52 | 10.08 | 11.08 | 10.51 | 10.62 | 9.24 | |
| Total Investments | | 15.57 | 12.52 | 9.72 | 9.59 | 8.06 | 6.24 | | | | | | | |
| Total Earning Assets | | 11.61 | 12.69 | 11.79 | 12.17 | 11.59 | 9.89 | | | | | | | |
| Weighted Average Rate Paid: | | | | | | | 7.43 | 7.19 | 7.61 | | | | | |
| Deposits | | 12.22 | 11.67 | 10.13 | 10.59 | 8.51 | 7.43 | | 7.64 | 7.86 | 7.97 | 7.48 | 6.12 | 4.36 |
| Other Borrowings | | 13.07 | 11.75 | 10.53 | 10.28 | 9.96 | 7.73 | | 9.29 | 9.07 | 8.8 | 8.48 | 9.14 | |
| Total Interest Bearing Liabilities | | 12.37 | 11.68 | 10.19 | 10.54 | 8.75 | 7.49 | | | | | | | |
| Average Yield on Loans and Investments | | 11.40 | 11.80 | 11.93 | 12.06 | 11.84 | 10.90 | | | | | | | |
| Average Cost of Money | | 11.20 | 11.97 | 9.97 | 10.20 | 9.63 | 8.25 | | | | | | | |
| Net Interest Spread | | 0.20 | (0.17) | 1.96 | 1.86 | 2.21 | 2.65 | 3.33 | 2.47 | | | | | |
| Capital Markets Usage -- 1981-1998 (Amounts in $ millions) | | | | | | | | | | | | | | |
| Federal Funds Borrowed | | | | | 20.0 | | | | 15.0 | | | | | |
| Collateralized Commercial Paper | (B) | | | | 12.5 | 80.3 | 9.4 | | 228.0 | 58.6 | 58.6 | - | - | - |
| NJ Mortgage Finance Agency MTNs (Mortgage Backed) | (C) (D) | | 4.4 | 2.9 | 2.5 | | 89.0 | 134.0 | 136.2 | 186.3 | 188 | 173.3 | 86.1 | 77.2 |
| 6-8 YearsCollateralized Floating Rate Euro-notes (Interest at 1/16% above 6 mo. LIBOR), subject to 5 1/4% minimum) | (E) | | | | | | 125.0 | 125.0 | 125.0 | 81.0 | 81 | - | - | - |
| 10 Year Collateralized Floating Rate Notes (Interest at 1/8% over 6 mo. LIBOR, subject to a 5 1/4% minimum) | | | | | | 125.0 | 125.0 | 125.0 | 125.0 | - | 0 | - | - | - |
| Student Loan Marketing Assn. | | | | | 20.0 | 25.0 | 35.0 | 40.0 | 50.0 | 43.0 | 43 | - | - | - |
| NJ Economic Development Bonds due 2012 | (F) | | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8.0 | 8 | 8.0 | - | - |
| Other Borrowings | | | | 1.6 | 5.3 | 4.8 | 6.3 | 3.1 | 1.9 | 1.1 | 1.2 | 1.2 | 1.1 | - |
| Preferred Stock (of Subsidiary) | | | - | - | - | 40.0 | 40.0 | 40.0 | - | - | - | - | - | - |
| Total Amount Outstanding | | | 175.1 | 239.7 | 402.3 | 429.1 | 467.2 | 435.1 | 709.1 | 378.0 | 380 | 182.5 | 87.2 | 77.2 |
| Weighted Avg. Rate (%) | | | 11.64 | 9.71 | 11.43 | 8.18 | 6.95 | 7.91 | 8.24 | 9.07 | 8.8 | 8.48 | 9.14 | 9.14 |
| Issuance of Serial Convertible Preferred Stock ($25 par value) (Net of cost of issuance) | | | | | | 21.2 | | | | | | | | |
| Issuances of Common Stock (Net of cost of issuance) | | | | | | 11.0 | 28.7 | | | | | | | |
| Unused (Collateralized) Credit Facilities from Banks | | | | | | 70.0 | | | 85.0 | 175.0 | 175 | | | |
| IPF -- Commercial Paper (Due within 1 Year) | | | | | | | | | 228.0 | - | - | | | |
| IPF -- Junior Subordinated Debt due 1991 | | | | | | | | | 20.0 | - | - | | | |

**Sources**

Carteret Savings and Loan Association 1982 Annual Report [AMB029909 - 928]
Carteret Savings and Loan Association 1983 Annual Report [AMB029929 - 972]
Carteret Savings and Loan Association 1984 Annual Report [AMB029973 - 30006]
Carteret Savings and Loan Association 1985 Annual Report [AMB030057 - 099]
Carteret Savings Bank 1986 Annual Report [AMB030100 - 139]
Carteret Bancorp Inc. 1987 Annual Report [FAM002 1780 - 1829]
Carteret Bancorp Inc. 1988 Annual Report [AMB013960 - 995]
Carteret Bancorp Inc. 1989 Annual Report [C-AM-A-0394512 - 541]
Carteret Savings Bank 1989 Annual Report [WOT671 1260 - 1288]
Carteret Savings Bank 1990 Annual Report [C-AM-A-0394477 - 510]
Carteret Savings Bank 1991 Annual Report [KH053771 - 804]
Carteret Savings Bank 1992 Annual Report [CAM5070002 - 019]

**Notes**

(A) Values from September 30, 1988 Annual Report
(B) $300 million available as of June 1989
(C) June 1986 facility of $200 million, amended to $300 million on October 1988
(D) Medium Term Notes after 1988
(E) All notes redeemed in September 1990
(F) Carteret exercised option to redeem early in November 1991

Confidential Materials - Sul

**EXHIBIT 3: Carteret Financial Data, Selected Metrics, 1981 - 1992**

**Table 2, Page 2 of 2: Changes in Balance Sheet Items, Selected Time Periods**

| | 1982 | 1987 | 1989 | Ratios 1987/1982 | Ratios 1989/1987 |
|---|---|---|---|---|---|
| ASSETS | | | | | |
| First Mortgages | 1,865 | 3,342 | 4,114 | 1.79 | 1.23 |
| MBS | 490 | 1,213 | 463 | 2.48 | 0.38 |
| Commercial Loans | 1 | 338 | 319 | 338.00 | 0.94 |
| Second Mortgages | 27 | 310 | 97 | 11.48 | 0.31 |
| Total Assets | 3,341 | 5,910 | 6,133 | 1.77 | 1.04 |
| LIABILITIES | | | | | |
| Deposits | 2,729 | 4,359 | 4,272 | 1.60 | 0.98 |
| FHLBB Borrowings | 372 | 498 | 701 | 1.34 | 1.41 |
| Repos | 1 | 91 | 143 | 91.00 | 1.57 |
| Cap Markets, etc. | 218 | 633 | 719 | 2.90 | 1.14 |
| Net Worth | 22 | 290 | 297 | 13.00 | 1.02 |
| Net Income | (23) | 33 | 8 | N/A | 0.25 |

**Notes**
In cases where the 1982 Annual Report showed a zero value, a "1" has been used to calculate the ratio.

**Sources**
Carteret Savings and Loan Association 1982 Annual Report [AMB029909 - 928]. Fiscal Year Ending December 31, 1982
Carteret Bancorp Inc. 1987 Annual Report [FAM002 1780 - 1829]. Fiscal Year Ending September 30, 1987
Carteret Savings Bank 1989 Annual Report [WOT671 1260 - 1288]. Fiscal Year Ending December 30, 1989

Confidential Materials - Su

**EXHIBIT 3: Carteret Financial Data, Selected Metrics, 1981 - 1992**

**Table 3, Page 1 of 2: Allowances for Loan Losses**

| | | --------Federal Savings Association------ | | | | ---Carteret Bancorp--- | | Carteret Bancorp after Acq. | | ----Carteret Savings Bank---- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1989 | 1990 | 1991 | 1992 |
| Balance, Beginning of Period | 231 | 447 | 1,299 | 2,001 | 5,421 | 10,804 | 14,061 | 22,972 | 22,972 | 40,834 | 100,422 | 64,643 |
| Additions due to Business Combinations | 62 | | | | | | 1,120 | | | | | |
| Provisions Charged to Operations | 420 | 1,010 | 875 | 4,293 | 11,123 | 8,415 | 14,141 | 27,545 | 27,545 | 122,349 | 79,701 | 37,037 |
| Recoveries of Amts Previously Charged Off | 18 | 13 | 75 | 51 | 197 | 490 | 510 | 888 | 888 | 1,212 | | |
| Transfer to Reserve for Real Est Losses | | | | (200) | | | | | | (54,173) | (47,532) | (23,696) |
| Losses Charged | (284) | (171) | (248) | (724) | (5,937) | (5,648) | (6,994) | (10,571) | (10,571) | (9,800) | (67,948) | (18,387) |
| Balance, End of Period | 447 | 1,299 | 2,001 | 5,421 | 10,804 | 14,061 | 22,838 | 40,834 | 40,834 | 100,422 | 64,643 | 59,597 |
| Non-Accrual Loans | | | | | | | | | | | | |
| Residential First Mortgage | | | | | | | | | | | 53,610 | 48,007 |
| Commercial Real Estate Loans | | | | | | | | | | | 60,804 | 33,265 |
| Corporate Loans | | | | | | | | | | | 20,209 | 747 |
| Consumer Loans | | | | | | | | | | | 4,370 | 3,328 |
| Total Non-accrual loans | | | | | | | | 98,792 | 98,792 | 115,078 | 138,993 | 85,347 |
| Loans, 90 days or more past due, still accruing | | | | | | | | 33,275 | 33,275 | 34,314 | 28,300 | 14,454 |
| Total Nonperforming Loans | | | | | | | | 132,067 | 132,067 | 149,392 | 167,293 | 99,801 |
| Restructured Loans | | | | | | | | 177,704 | 177,704 | 122,867 | 63,955 | 103,069 |
| Total Nonperforming and Restructured Loans | | | | | | | | 309,771 | 309,771 | 272,259 | 231,248 | 202,870 |
| Contractual Interest Due | | | | | | | | 10,719 | 10,719 | 30,165 | 15,680 | |
| Interest Recognized | | | | | | | | (1,779) | (1,779) | (13,135) | (3,808) | |
| Interest Foregone | | | | | | | | 8,940 | 8,940 | 17,030 | 11,872 | |
| Real Estate Held for Sale | | | | | | | | 43,810 | 43,810 | 40,778 | 20,561 | 5,799 |
| Real Estate Owned | | | | | | | | 54,316 | 54,316 | 100,427 | 109,687 | 153,970 |
| In-substance Foreclosed Loans | | | | | | | | - | - | 151,016 | 227,813 | 204,021 |
| | | | | | | | | 98,126 | 98,126 | 292,221 | 358,061 | 363,790 |
| Allowance for Losses on Real Estate | | | | | | | | | | | | |
| Allowance for Losses on Real Estate | | | | | | | | | | | | |
| Real Estate Held for sale | | | | | | | | | | (6,300) | | |
| Real Estate Owned | | | | | | | | | | (19,723) | (150) | (14,261) |
| In-substance Foreclosed Loans | | | | | | | | | | (34,450) | (19,788) | (26,662) |
| | | | | | | | | | | (60,473) | (19,938) | (40,923) |
| Allowance for Possible Losses on Real Estate | | | | | | | | | | | | |
| Balance at Beginning of Year | | | | | | | | | | - | 60,473 | 19,938 |
| Provisions Charged to Operations | | | | | | | | | | - | 91,933 | 2,043 |
| Losses Charged Off | | | | | | | | | | - | (180,000) | (4,754) |
| Reclassified from Loans Receivable | | | | | | | | | | 54,173 | 47,532 | 23,696 |
| Reclassified from Other General Reserves | | | | | | | | | | 6,300 | - | - |
| Balance at End of Year | | | | | | | | | | 60,473 | 19,938 | 40,923 |

**EXHIBIT 3: Carteret Financial Data, Selected Metrics, 1981 - 1992**

**Table 3, Page 2 of 2: Allowances for Loan Losses - Sources**

**Sources**
Carteret Savings and Loan Association 1982 Annual Report [AMB029909 - 928]
Carteret Savings and Loan Association 1983 Annual Report [AMB029929 - 972]
Carteret Savings and Loan Association 1984 Annual Report [AMB029973 - 30006]
Carteret Savings and Loan Association 1985 Annual Report [AMB030057 - 099]
Carteret Savings Bank 1986 Annual Report [AMB030100 - 139]
Carteret Bancorp Inc. 1987 Annual Report [FAM002 1780 - 1829]
Carteret Bancorp Inc. 1988 Annual Report [AMB013960 - 995]
Carteret Bancorp Inc. 1989 Annual Report [C-AM-A-0394512 - 541]
Carteret Savings Bank 1989 Annual Report [WOT671 1260 - 1288]. Fiscal Year Ending December 30, 1989
Carteret Savings Bank 1990 Annual Report [C-AM-A-0394477 - 510]
Carteret Savings Bank 1991 Annual Report [KH053771 - 804]
Carteret Savings Bank 1992 Annual Report [CAM5070002 - 019]