# CARTERET SAVINGS BANK FA

1989 Annual Report

KH 053706

$7,375,000, respectively, and the elimination of $16,470,000, $0 and $21,147,000, respectively, of unaccreted discounts. Such discounts, therefore, are not available for accretion in future years.

The amortization and accretion of premiums, discounts, goodwill and core deposit value related to various acquisitions decreased Carteret's income by $9,834,000, $1,636,000 and $5,499,000 for the year ended December 31, 1989, the three months ended December 31, 1988 and the year ended September 30, 1988, respectively. The remaining balances of premiums, discounts, goodwill and core deposit value related to the acquisitions are summarized as follows:

| (in thousands) | December 31, 1989 | 1988 |
|---|---|---|
| Discount on loans receivable | ($2,025) | ($23,506) |
| Discount on mortgage-backed securities | 0 | (9) |
| Discount on real estate owned | 0 | (321) |
| Goodwill-supervisory | 164,342 | 177,453 |
| Goodwill-non-supervisory | 9,309 | 11,336 |
| Core deposit value | 5,803 | 7,193 |
| Premium on deposits | 26 | 37 |
| Discount on borrowed funds | 0 | (7) |

6. Investment Securities

Investment securities consist of the following:

| (dollars in thousands) | December 31, 1989 Carrying Value | Market Value | Weighted Average Yield | December 31, 1988 Carrying Value | Market Value | Weighted Average Yield |
|---|---|---|---|---|---|---|
| U.S. Government and agency obligations | $ 68,170 | $ 68,052 | 7.84% | $115,104 | $112,413 | 7.23% |
| Public utility and corporate obligations | 85,606 | 83,586 | 8.97 | 147,022 | 144,295 | 9.26 |
| Preferred stock, non-sinking fund | 121 | 121 | | 121 | 121 | |
| | $153,897 | $151,759 | 8.47% | $262,247 | $256,829 | 8.37% |

The non-sinking fund preferred stock is carried at the lower of cost or market in the aggregate. Net realized gains on the sales of non-sinking fund preferred stock amounted to $0, $6,301,000, and $154,000 for the year ended December 31, 1989, the three months ended December 31, 1988 and the year ended September 30, 1988, respectively.

U.S. Government securities, asset-backed securities and collateralized mortgage obligations which are included in the corporate obligations category shown above, are pledged as collateral for securities sold under agreements to repurchase (see note 12).

KH 053717

14. Subsidiary Preferred Stock

Carteret Equity Corporation is a wholly-owned subsidiary of Carteret. On September 25, 1985, Carteret Equity Corporation issued 80 shares, $1.00 par value, at $500,000 per share, of Preferred Auction Rate Stock ("PARS"). Dividends on the PARS were cumulative and were reset every 49 days based on the results of an auction conducted on the business day preceding the commencement of each dividend period. On September 7, 1988, Carteret Equity Corporation exercised its option to redeem the PARS. The total redemption price of the PARS was $40,020,000.

15. Stockholder's Equity

On August 9, 1989, the Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA") was signed into law. FIRREA mandated a number of significant changes in the federal regulation of financial institutions, including the imposition of more stringent capital requirements. Under FIRREA, effective December 7, 1989, Carteret must maintain tangible, core and risk-based capital, as defined, of 1.5%, 3.0% and 6.4%, respectively. The risk-based capital requirement increases to 7.2% on December 31, 1990 and 8.0% on December 31, 1992. Failure to meet these requirements could result in the placement of restrictions and legal sanctions on an institution by the OTS. Carteret also is restricted as to the payment of any dividends without the prior approval of the OTS.

At December 31, 1989, Carteret's tangible and core capital under the provisions of FIRREA was $124,490,000 and $213,872,000, respectively, or 2.1% and 3.5%, respectively. At December 31, 1989, Carteret exceeded the tangible and core capital requirements by $35,108,000 and $32,427,000, respectively. In addition, Carteret's risk-based capital calculated under the provisions of FIRREA was $259,162,000 (unaudited) at December 31, 1989, or 6.5% (unaudited). Carteret exceeded the risk-based capital requirement by $2,638,000 (unaudited) at December 31, 1989.

16. Benefit Plans

Carteret has a noncontributory defined benefit pension ("DBP") plan covering full-time employees and a supplemental pension ("SP") plan for certain key officers. Benefits are based upon years of service and compensation. Carteret's policy is to fund pension expense annually in an amount equal to at least the minimum contribution required by the Employee Retirement Income Security Act of 1974.

Pension expense is comprised of the following:

| (in thousands) | Year Ended December 31, 1989 | Three Months Ended December 31, 1988 | Year Ended September 30, 1988 |
|---|---|---|---|
| Net pension expense included the following components: | | | |
| Service cost-benefits earned during the period | $ 1,068 | $ 245 | $1,151 |
| Interest cost on projected benefit obligation | 1,100 | 311 | 1,020 |
| Actual return on plan assets | (1,871) | (276) | 479 |
| Net amortization and deferral | 210 | (7) | (2,181) |
| Net periodic pension expense included in compensation and employee benefits expense | $ 507 | $ 273 | $ 469 |

KH 053726