OMB NO. 3069-[illegible]
EXPIRES: 05/[illegible]

FEDERAL HOME LOAN BANK BOARD
THRIFT FINANCIAL REPORT
Statement of Condition
As of March 31, 1989

DISTRICT/DOCKET: 02/04702

NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label)
CARTERET SAVINGS BANK, FA
200 SOUTH STREET
MORRISTOWN, N.J. 07960

PREPARED BY:
CARLA M. O'CONNOR
PHONE NUMBER (Include Area Code)
(201) 326-1551

SECTION A
ASSETS

(REPORT IN THOUSANDS OF DOLLARS)

| | | | BIL MIL THOU |
|---|---|---|---|
| MORTGAGE LOANS, CONTRACTS, AND MORTGAGE POOL SECURITIES | | | |
| CONSTRUCTION LOANS ON: | | | |
| 1-4 Dwelling Units | | 022 | 45,471 |
| 5 or More Dwelling Units | | 024 | 115,769 |
| Nonresidential | | 026 | 316,138 |
| PERMANENT MORTGAGES ON: | | | |
| 1-4 Dwelling Units: | | | |
| First Mortgages and Closed-End Junior Liens | | 031 | 2,779,509 |
| Revolving, Open-End Loans | | 033 | 0 |
| 5 or More Dwelling Units | | 034 | 137,748 |
| Nonresidential (Except Land) | | 036 | 503,34[illegible] |
| Land | | 050 | 61,188 |
| MORTGAGE POOL SECURITIES: | | | |
| Insured or Guaranteed by an Agency or Instrument of the United States | | 070 | 928,778 |
| Privately Issued | | 080 | 435,223 |
| ACCRUED INTEREST RECEIVABLE | | 090 | 45,782 |
| ADVANCES FOR TAXES AND INSURANCE | | 100 | 16,015 |
| CONTRA-ASSETS TO MORTGAGE LOANS, CONTRACTS, AND MORTGAGE POOL SECURITIES: | | | |
| Loans in Process | 110 | | 157,344 |
| Unamortized Yield Adjustments | 121 | | 62,909 |
| Valuation Allowances for Mortgages Held For Sale | 129 | | 0 |
| Other Valuation Allowances | 131 | | 15,146 |
| NET MORTGAGE LOANS, CONTRACTS, AND MORTGAGE POOL SECURITIES (140 = 022 thru 100 minus 110 thru 131) | | 140 | 5,149,569 |
| NONMORTGAGE LOANS | | | |
| COMMERCIAL LOANS: | | | |
| Secured (Other than Mortgage) | | 150 | 146,207 |
| Unsecured | | 160 | 6,330 |
| CONSUMER LOANS: | | | |
| CLOSED-END: | | | |
| Loans on Deposits | | 170 | 5,521 |
| Home Improvement Loans | | 180 | 0 |
| Education Loans | | 190 | 15,089 |
| Auto Loans | | 200 | 5,745 |
| Retail Mobile Home Loans | | 230 | 0 |
| Other | | 210 | 135,509 |
| OPEN-END: | | | |
| Revolving Loans Secured by 1-4 Dwelling Units | | 218 | 307,701 |
| Credit Cards and Other | | 221 | 9,322 |
| FINANCING LEASES: | | | |
| Consumer | | 240 | 0 |
| Nonconsumer | | 250 | 0 |
| ACCRUED INTEREST RECEIVABLE | | 260 | 10,491 |
| CONTRA-ASSETS TO NONMORTGAGE LOANS: | | | |
| Loans in Process | 270 | | 0 |
| Unamortized Yield Adjustments | 281 | | 152 |
| Valuation Allowances | 290 | | 8,592 |
| NET NONMORTGAGE LOANS (300 = 150 thru 260 minus 270 thru 290) | | 300 | 629,121 |

MEMO ITEMS

| | | |
|---|---|---|
| Troubled Debt Restructured: | | |
| During the Quarter | 905 | 22,402 |
| Cumulative Outstanding Balance | 906 | 64,883 |
| Facilitated Sales of Real Estate | 907 | 0 |
| Securities Reported in Section A Issued by REMICs | 908 | 351,197 |

| | | | BIL MIL THOU |
|---|---|---|---|
| REPOSSESSED ASSETS AND OTHER REAL ESTATE | | | |
| Repossessed Real Estate | | 310 | 16,839 |
| Other Repossessed Assets | | 320 | 0 |
| Real Estate Held for Development/Investment/Resale: | | | |
| Residential Property | | 342 | 0 |
| Nonresidential Property | | 344 | 0 |
| Valuation Allowances | 355 | | 1,543 |
| CASH, DEPOSITS, & INVESTMENT SECURITIES | | | |
| Cash and Noninterest-Earning Deposits | | 360 | 92,7[illegible] |
| US Government and Agency Securities | | 370 | 123,0[illegible] |
| Equity Securities, Except FHLB Stock | | 382 | 121 |
| Mortgage Derivatives: | | | |
| CMOs | | 385 | 124,0[illegible] |
| Principal-Only (PO) Strips | | 388 | 0 |
| Interest-Only (IO) Strips and Residuals | | 389 | 7,82[illegible] |
| Other Investment Securities & Deposits | | 391 | 143,64[illegible] |
| Accrued Interest Receivable | | 390 | 5,05[illegible] |
| Valuation Allowances | 400 | | 0 |
| SERVICE CORPORATIONS/SUBSIDIARIES | | | |
| Equity Investment | | 406 | 114,7[illegible] |
| Unsecured Loans | | 408 | 1,[illegible] |
| Valuation Allowances | 409 | | 0 |
| FIXED ASSETS, Net of Depreciation | | | |
| Office Buildings and Land | | 410 | 2[illegible] |
| Leasehold Improvements | | 420 | 10,5[illegible] |
| Furniture, Fixtures, and Equipment | | 440 | 16,[illegible] |
| OTHER ASSETS | | | |
| Financial Futures/Options: | | | |
| Initial Margin | | 460 | 1[illegible] |
| Maintenance Margin | | 470 | [illegible] |
| Financial Options Fees Paid | | 480 | |
| Deferred Net Losses (Gains) on Futures/Options Hedging Assets | | 510 | 1,2[illegible] |
| Deferrals Pursuant to 563c. 14 | | 525 | 8,54 |
| Intangible Assets: | | | |
| Purchased Loan Servicing | | 542 | 108,31 |
| Goodwill and Other | | 544 | 189,31 |
| Leased Property: | | | |
| Consumer | | 550 | |
| Nonconsumer | | 560 | |
| Excess Loan Servicing | | 578 | |
| Other Assets | | 580 | 56,44 |
| Valuation Allowances | 590 | | |
| TOTAL ASSETS (800 = 140 + 300 + 310 thru 344 + 360 thru 391 + 390 + 406 + 4[illegible] + 410 thru 580 minus 355, 400, 409, 590) | | 800 | 6,82[illegible] |

AM00050345

MEMO ITEMS

| | | |
|---|---|---|
| Amount Eligible for Regulatory Liquidity | 900 | [illegible] |
| Assets Acquired For Stock: | | |
| Real Estate | 910 | |
| Other | 920 | |
| FHA/VA and Other Federally Insured or Guaranteed Loans Included on Lines A022 thru A050 | 935 | 13,[illegible] |
| Debt Securities Rated Below Investment Grade, Plus Those Held by Service Corporations/Subsidiaries | 936 | 15,[illegible] |
| Foreign Loans and Investments Included in Section A | 938 | [illegible] |
| Check This Item if the Reporting Institution Has Any Ownership Interest in a Service Corporation, Subsidiary, or Real Estate Joint Venture (Except Finance Subsidiaries) | 94[illegible] | |

FEDERAL HOME LOAN BANK BOARD
THRIFT FINANCIAL REPORT
Statement of Operations
For the Quarter
Ending March 31, 1989
(REPORT IN THOUSANDS OF DOLLARS)

DISTRICT/DOCKET: 02/04702

NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label)
CARTERET SAVINGS BANK, FA
200 SOUTH STREET
MORRISTOWN, N.J. 07960

## SECTION D INCOME

| | | BIL MIL THOU |
|---|---|---|
| **OPERATING INCOME** | | |
| Mortgage Loans and Contracts: | | |
| Interest | 012 | 86,145 |
| Adjustments | 022 | 2,377 |
| Mortgage Pool Securities: | | |
| Interest | 028 | 26,908 |
| Adjustments | 031 | 1,925 |
| Interest on Nonmortgage Loans: | | |
| Commercial Loans | 040 | 5,385 |
| Consumer Loans (Open and Closed-End) | 050 | 16,703 |
| Interest/Dividends on Investments and Deposits | 060 | 8,330 |
| Income from Financing Leases | 070 | 0 |
| Loan Servicing Fees | 090 | 3297 |
| Other Loan Fees and Charges | 100 | 3,252 |
| Service Charges and Fee Income from Transaction Accounts | 110 | 744 |
| Accretion of Deferred Gains on: | | |
| Futures/Options Hedging Assets | 120 | 45 |
| Futures/Options Hedging Liabilities | 130 | 86 |
| Net Income (Loss) from: | | |
| Mortgages Held for Sale (Excluding Trading Accounts) | 132 | 0 |
| Matched Interest-Rate Swaps | 138 | (45) |
| Office Building Operations | 140 | 35 |
| Real Estate Held for Investment | 150 | 0 |
| REO (Other Than Sales) | 160 | 0 |
| Service Corporations/Subsidiaries | 170 | 615 |
| Leasing Operations | 180 | 0 |
| Other Operating Income | 190 | 2,762 |
| **NONOPERATING INCOME** | | |
| Profit on Sale of: | | |
| Foreclosed Real Estate (REO) | 200 | 467 |
| Other Repossessed Assets | 210 | 0 |
| Other Real Estate Held | 220 | 0 |
| Investment Securities | 230 | 5,342 |
| Loans | 240 | 1,307 |
| Other Assets | 250 | 133 |
| Other Nonoperating Income | 280 | 0 |
| TOTAL INCOME (800 = 012 thru 280) | 800 | 165,813 |

## MEMO ITEMS

| | | |
|---|---|---|
| Profit on Sale of Loans and Other Assets Acquired via Pushdown/Purchase Accounting Included in Income Above | 900 | 0 |
| Discounts on Assets Acquired via Pushdown/Purchase Accounting Included in Income Above | 910 | 1,726 |
| Net Income (Loss) from Assets Acquired for Stock Included in Income above | 920 | 0 |

## SECTION E EXPENSE

| | | BIL MIL THOU |
|---|---|---|
| **OPERATING EXPENSE** | | |
| Directors' Fees | 010 | 0 |
| Officers' and Employees' Compensation | 020 | 13,924 |
| Legal Expense | 030 | 4?1 |
| Directors', Officers', and Employees' Expense | 040 | 567 |
| Office Occupancy Expense | 050 | 3,920 |
| Furniture, Fixtures, Equipment, and Automobile Expense | 060 | 3,991 |
| Marketing Expense | 070 | 789 |
| Professional Services | 090 | 1,852 |
| Loan Servicing Fees | 100 | 218 |
| Amortization of Goodwill | 110 | 3,765 |
| Amortization of Deferred Losses on: | | |
| Futures/Options Hedging Assets | 120 | 71 |
| Futures/Options Hedging Liabilities | 130 | 4 |
| Other Operating Expense | 140 | 6,902 |
| **INTEREST CHARGES ON:** | | |
| Deposits | 150 | 85,171 |
| Penalties on Early Withdrawal of Deposits | 160 | 216 |
| Advance Payments by Borrowers for Taxes and Insurance | 170 | 0 |
| Advances from FHLBank | 180 | 17,957 |
| Subordinated Debentures (Incl. Mandatory Convertible) | 190 | 0 |
| Mortgage-Backed Securities | 200 | 0 |
| Other Borrowed Money | 210 | 22,406 |
| Other Definitional Capital Instruments, Net | 212 | 0 |
| Capitalized Interest | 220 | 0 |
| **NONOPERATING EXPENSE** | | |
| Net Provision for Losses on Assets | 225 | 1,?70 |
| Losses on Sale of: | | |
| Foreclosed Real Estate (REO) | 231 | 574 |
| Other Repossessed Assets | 241 | 0 |
| Other Real Estate Held | 251 | 0 |
| Investment Securities | 261 | 1,332 |
| Loans | 271 | 2,550 |
| Other Assets | 281 | 53 |
| Amortization of Deferrals Pursuant to 563c.14 | 295 | 179 |
| Other Nonoperating Expense | 310 | 21 |
| **INCOME TAXES** | | |
| Federal | 320 | (776) |
| State, Local and Other | 330 | 213 |
| TOTAL EXPENSE (800 = 010 thru 150 + 170 thru 212 + 225 thru 330 minus 160 and 220) | 800 | 166,868 |

| | | |
|---|---|---|
| NET INCOME (LOSS) (810 = D800 Minus E800) | 810 | (1,055) |
| Cash Dividends on: | | |
| Perpetual Preferred Stock | 812 | 0 |
| Common Stock | 814 | 1,275 |
| SFAS No. 12 Adjustments to Marketable Equity Securities | 840 | 0 |
| Other Adjustments to Retained Earnings | 844 | 9,?94 |
| NET CHANGE IN RETAINED EARNINGS (860 = 810 minus 812 and 814 plus 840 and 844) | 860 | 7,464 |

AM00050347

FHLBB Form 1313
Rev. January 1989

FEDERAL HOME LOAN BANK BOARD
THRIFT FINANCIAL REPORT

Month Ending March 31, 1989
(REPORT IN THOUSANDS OF DOLLARS)

DISTRICT/DOCKET 02/04702

NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label)
CARTERET SAVINGS BANK, FA
200 SOUTH STREET
MORRISTOWN, N.J. 07960

SECTION F
SUPPLEMENTAL MONTHLY DATA (Continued)

| BALANCES AS OF END OF MONTH | | BIL MIL THOU |
|---|---|---|
| Delinquent Loans: | | |
| Mortgage | | |
| Construction and Land (Past Due) | 451 | 43,481 |
| Permanent Loans Secured by: | | |
| 1-4 Dwelling Unit Property (60 days) | 452 | 35,670 |
| All Other (Past Due) | 453 | 25,355 |
| Nonmortgage (60 days) | 460 | 41,467 |
| Restructured Loans Included on Lines 451 thru 460 above and Reported on Line A906 | 462 | 0 |
| Letters of Credit Issued and Outstanding: | | |
| Commercial | 467 | 2,339 |
| Standby Collateralized by Cash or Segregated Deposits | 468 | 0 |
| Other Standby | 469 | 10,807 |
| Unused Lines of Credit Provided Consumers | 471 | 331,636 |

| BALANCES AS OF END OF MONTH | | BIL MIL THOU |
|---|---|---|
| Broker-Originated Deposits: | | |
| Total | 473 | 0 |
| Amounts Issued in Denominations of $100,000 or Less in Line F473 | 477 | 0 |
| Amounts Issued in Denominations Greater Than $100,000 and Sold by Brokers to Investors in Participating Shares of $100,000 or Less in Line F473 | 478 | 0 |
| IRA/Keogh Accounts | 480 | 456,210 |
| Number of Deposit Accounts: | | ACTUAL NUMBER |
| With Balances of $100,000 or Less | 520 | 456,08[illegible] |
| With Balances Greater Than $100,000 | 530 | 3,79[illegible] |
| Unpledged Assets Eligible as Collateral for FHLBank Advances | 550 | 833,2[illegible] |
| Assets Maturing in 6 Months or Less | 560 | 358,9[illegible]0 |
| Equity Risk Investments | 580 | 124,2[illegible] |
| Advances & Other Borrowed Money Due in 1 Year or Less | 590 | 1,135,804 |

INTEREST RATES PAID ON SELECTED TYPES OF NEW DEPOSITS RECEIVED

| DEPOSIT ACCOUNT | | MOST COMMON INTEREST RATE PAID | | FREQUENCY OF INTEREST COMPOUNDING (Enter Code) | | If Code 6 is Entered in Preceding Column, Enter NUMBER OF MONTHS TO MATURITY |
|---|---|---|---|---|---|---|
| Interest-Bearing Transaction (NOW/SUPER-NOW) Accounts | 600 | 5.35 % | 650 | 3 | | |
| Money Market Deposit Accounts (MMDAs) | 601 | 8.13 % | 651 | 3 | | |
| Fixed-Rate, Fixed-Term Certificate Accounts Classified by Balance and Original Maturity: | | | | | | |
| Balances Less Than $80,000: | | | | | | |
| 32-91 Days | 610 | 9.18 % | 660 | 7 | | |
| 92-182 Days | 611 | 0.00 % | 661 | 0 | | |
| 183 Days Through 1 Year | 612 | 9.76 % | 662 | 3 | | |
| Over 1 Year Through 2 Years | 613 | 9.66 % | 663 | 3 | 693 | 0 |
| Over 2 Years Through 3 Years | 614 | 8.88 % | 664 | 3 | 694 | 0 |
| Over 3 Years | 615 | 8.88 % | 665 | 3 | 695 | 0 |
| Balances From $80,000 to $100,000: | | | | | | |
| 1 Month | 620 | 9.70 % | 670 | 7 | | |
| Over 1 Month Through 2 Months | 621 | 9.93 % | 671 | 7 | | |
| Over 2 Months Through 3 Months | 622 | 10.00 % | 672 | 7 | | |
| Balances Greater Than $100,000: | | | | | | |
| 1 Month | 630 | 9.70 % | 680 | 7 | | |
| Over 1 Month Through 2 Months | 631 | 9.93 % | 681 | 7 | | |
| Over 2 Months Through 3 Months | 632 | 10.00 % | 682 | 7 | | |
| Over 3 Months Through 6 Months | 633 | 0.00 % | 683 | 0 | | |
| Over 6 Months Through 12 Months | 634 | 0.00 % | 684 | 0 | | |

FREQUENCY OF COMPOUNDING CODES:
1 = Continuous or Daily (365/360 Basis)
2 = Continuous or Daily (365 or 360 Basis)
3 = Monthly
4 = Quarterly
5 = Semiannually
6 = Simple interest at maturity Greater than 12 months - Specify Months
7 = Annually or Simple Interest where term is 12 months or less

QUESTIONS CONCERNING ACTIVITY DURING THE MONTH
(Enter Y if activity engaged in this month; enter N if it was not)

DURING THIS MONTH:

1. Has there been:
   a. a change in control of the institution? 910 N
   b. a change in the chief executive officer? 915 N
   c. any change in the composition of the board of directors? 920 N
2. Has the institution formed or acquired an interest in:
   a. a service corporation? 925 N
   b. a joint venture? 930 N
   c. a finance subsidiary? 935 N
   d. any other subsidiary? 940 N
3. Were brokers used to acquire loans? 945 Y
4. Were any loans made to or investments made in any holding company, subsidiary, joint venture, or other affiliate of the institution? 950 N
5. Was the institution the "lead" lender in any transaction consummated this month? 955 Y
6. Was (a) any single loan or commitment made, or (b) any total of loans or commitments made to one borrower that exceeded either $1 million or two percent of the institution's assets at the end of the preceding month? 960 Y
7. Were (a) any assets, etc., acquired by merger included in the balance sheet for the first time this month, or (b) any branch purchased or sold? 965 N

FHLBB Form 1313
Rev. January 1989



AM00050349

FEDERAL HOME LOAN BANK BOARD
THRIFT FINANCIAL REPORT

As of March 31, 1989

INSTRUCTIONS
1. REPORT DOLLAR BALANCES IN THOUSANDS (e.g., $4,570,939,806 is $ 4,570,940 ).
2. REPORT PERCENTAGES TO TWO(2) DECIMAL PLACES (e.g., 12.436% is 12.44 % ).
3. SEE INSTRUCTIONS FOR FURTHER CLARIFICATION OF MATURITY CLASSIFICATION AND CALCULATION OF WEIGHTED AVERAGE CONTRACT RATE.

DISTRICT/DOCKET
02/04702

NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label)
CARTERET SAVINGS BANK, FA
200 SOUTH STREET
MORRISTOWN , N.J. 07960

## SECTION H: MATURITY AND YIELD/COST INFORMATION, PART I: ASSETS

Remaining Time Before Asset Matures or Can Be Repriced

| ASSETS | SIX MONTHS OR LESS | MORE THAN SIX MONTHS THRU ONE YEAR | MORE THAN ONE YEAR THRU THREE YEARS | MORE THAN THREE YEARS THRU FIVE YEARS | MORE THAN FIVE YEARS THRU TEN YEARS | MORE THAN TEN YEARS THRU TWENTY YEARS | MORE THAN TWENTY YEARS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| MORTGAGE LOANS AND CONTRACTS | | | | | | | | |
| First Mortgage Loans: | | | | | | | | |
| Balloon and Adjustable Rate | 022 $ 532,094 | 023 $ 965,318 | 024 $ 584,291 | 025 $ 32,703 | 026 $ 7,000 | 027 $ 19,755 | 028 $ 1,534 | 030 $ 2,142,695 |
| (all property types) . . . | 032 8.63 % | 033 8.80 % | 034 9.25 % | 035 9.39 % | 036 7.86 % | 037 9.28 % | 038 10.16 % | |
| Fixed Rate: | | | | | | | | |
| 1-4 Dwelling Units . . . . | 062 $ 256 | 063 $ 121 | 064 $ 810 | 065 $ 12,544 | 066 $ 23,224 | 067 $ 542,837 | 068 $ 1,440,075 | 070 $ 2,019,867 |
| | 072 9.02 % | 073 9.06 % | 074 7.46 % | 075 7.42 % | 076 9.10 % | 077 9.10 % | 078 8.96 % | |
| Balances by Selected Coupon Rates: | | | | | | | | |
| Less than 8.00% | | | | | | 083 $ 21,308 | 084 $ 212,649 | |
| 8.00% thru 10.00% | | | | | | 085 $ 405,114 | 086 $ 1,114,191 | |
| 10.01% thru 12.00% | | | | | | 087 $ 111,121 | 088 $ 101,418 | |
| 12.01% thru 14.00% | | | | | | 089 $ 4,515 | 090 $ 11,424 | |
| 14.01% thru 16.00% | | | | | | 091 $ 773 | 092 $ 366 | |
| Greater than 16.00% | | | | | | 093 $ 6 | 094 $ 27 | |
| Other Residential and | 102 $ 574,524 | 103 $ 37,875 | 104 $ 233,775 | 105 $ 171,615 | 106 $ 14,285 | 107 $ 12,652 | 108 $ 57 | 110 $ 1,044,783 |
| All Nonresidential . . . . | 112 12.41 % | 113 10.33 % | 114 10.50 % | 115 10.64 % | 116 9.27 % | 117 9.82 % | 118 9.00 % | |
| Second Mortgage Loans . . . | 142 $ 1 | 143 $ 0 | 144 $ 4 | 145 $ 251 | 146 $ 94 | 147 $ 180 | 148 $ 0 | 150 $ 530 |
| | 152 12.63 % | 153 0.00 % | 154 14.74 % | 155 12.62 % | 156 9.45 % | 157 10.04 % | 158 0.00 % | |
| NONMORTGAGE LOANS | | | | | | | | |
| Consumer . . . . . . . . . | 182 $ 340,341 | 183 $ 875 | 184 $ 8,191 | 185 $ 5,401 | 186 $ 28,440 | 187 $ 95,639 | 188 $ 0 | 190 $ 478,887 |
| | 192 13.44 % | 193 14.03 % | 194 13.00 % | 195 12.85 % | 196 12.45 % | 197 11.46 % | 198 0.00 % | |
| Commercial . . . . . . . . | 222 $ 106,488 | 223 $ 0 | 224 $ 0 | 225 $ 0 | 226 $ 0 | 227 $ 0 | 228 $ 0 | 230 $ 106,488 |
| | 232 12.52 % | 233 0.00 % | 234 0.00 % | 235 0.00 % | 236 0.00 % | 237 0.00 % | 238 0.00 % | |
| INVESTMENT SECURITIES . . . . | 262 $ 104,994 | 263 $ 54,532 | 264 $ 98,880 | 265 $ 22,803 | 266 $ 0 | 267 $ 2,643 | 268 $ 114,836 | 270 $ 398,688 |
| | 272 9.22 % | 273 7.04 % | 274 9.13 % | 275 8.52 % | 276 0.00 % | 277 6.25 % | 278 7.99 % | |
| TOTAL FINANCIAL ASSETS . . . | 302 $ 1,658,698 | 303 $ 1,058,721 | 304 $ 925,951 | 305 $ 245,317 | 306 $ 73,043 | 307 $ 673,706 | 308 $ 1,556,502 | 310 $ 6,191,938 |
| IMPACT OF HEDGING ACTIVITIES. | 342 $ 10,000 | 343 $ 0 | 344 $ 0 | 345 $ 0 | 346 $ 0 | 347 $ 0 | 348 $ (10,000) | 350 $ 0 |
| DEFERRED LOAN FEES, PREMIUMS AND UNACCRETED DISCOUNTS . . | 392 $ 988 | 393 $ 894 | 394 $ 1,003 | 395 $ 4,898 | 396 $ 46,916 | 397 $ 3,666 | 398 $ 4,696 | 400 $ 63,061 |

FHLBB Form 1313
Rev. December 1988



AM00050351

AM050351

| FEDERAL HOME LOAN BANK BOARD THRIFT FINANCIAL REPORT As of March 31, 1989 (REPORT IN THOUSANDS OF DOLLARS) | DISTRICT/DOCKET 02/04702 | NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label) CARTERET SAVINGS BANK, FA 200 SOUTH STREET MORRISTOWN , N.J. 07960 |
|---|---|---|

SECTION K

DATA REQUIRED FOR CALCULATION OF MINIMUM CAPITAL REQUIREMENT AND AGGREGATE EQUITY RISK INVESTMENT

Note: It is not possible to complete this form prior to reading the related instructions carefully.

BALANCES AS OF THE END OF THIS QUARTER

| | FOR EQUITY RISK INVESTMENT LIMITATION | | FOR MINIMUM REGULATORY CAPITAL REQUIREMENT | |
|---|---|---|---|---|
| | | BIL MIL THOU | | BIL MIL THO |
| EQUITY RISK INVESTMENT | | | | |
| Equity Securities . . . . . . . . . . . . . . . . . . . . . . | 001 | 121 | 002 | 12 |
| Real Estate Except Real Estate Foreclosed and Real Estate in Judgment . . . | 003 | 0 | 004 | |
| Service Corporations and Operating Subsidiaries . . . . . . . . . . . | 005 | 109,168 | 006 | 109,16 |
| Nonresidential Construction Loans As Defined in 561.19 With Loan-To-Value Ratios Greater Than 80 Percent Except Those Legally Committed To Or in Portfolio On Or Before February 27, 1987 . . . . . . . . . . . | 013 | 14,596 | 014 | 14,59 |
| Land Loans As Defined in 561.18 With Loan-To-Value Ratios Greater Than 80 Percent Except Those Legally Committed To Or in Portfolio On Or Before February 27, 1987. . . . . . . . . . . . . . . | 015 | 400 | 016 | 40 |
| Net Adjustment for Losses (Including Prior Periods) . . . . . . . . . | 007 | 0 | 008 | |
| AGGREGATE EQUITY RISK INVESTMENT (AS DEFINED FULLY IN REG. 563.9-8(b)) . . . (009 = 001 + 003 + 005 + 007 + 013 + 015; 011 = 002 + 004 + 006 + 008 + 014 + 016) | 009 | 124,285 | 011 | 124,28 |

SLOW CREDIT

| | | |
|---|---|---|
| Slow Mortgage Loans and Contracts as Defined by Regulation 561.16 Secured by Owner-Occupied 1-4 Dwelling Unit Properties (Include Only 20% of Insured and Guaranteed Loans as Defined by Regulations 561.20 and 561.21) | 012 | 15,88 |
| Slow Consumer Credit as Defined by Regulation 561.16a (Include Only 20% of Insured Loans as Defined by Regulation 561.20). . . . . . . . . . . . . . . . . . . . . . . | 031 | 3,34 |

OTHER DATA

| | | |
|---|---|---|
| Aggregate Equity Risk Investment in Equity Securities, Real Estate Except That In Foreclosure or Judgment, and Service Corporations and Operating Subsidiaries Outstanding at December 10, 1984 . . | 950 | 12.8 |
| Aggregate Prospective Equity Risk Investment in Equity Securities, Real Estate Except That in Foreclosure or Judgment, and Service Corporations and Operating Subsidiaries Outstanding at December 10, 1984 . | 951 | |
| Principal Amount of Loans Sold with Recourse . . . . . . . . . . . . . . . . . . | 930 | 0 |
| Finance Subsidiary Financing not to be Included in Parent's Liabilities for Purposes of Regulation 563.13(b)(1)(i) . . . . . . . . . . . . . . . . . . . . . . | 931 | 0 |
| Financing by Nonfinance Subsidiaries to be Included in Parent's Liabilities for Purposes of Regulation 563.13(b)(1)(i) . . . . . . . . . . . . . . . . . . . . . . | 932 | 0 |
| Total Liabilities for Purposes of Regulation 563.13(b)(1)(i) at End of Quarter (K940 = 8800 - K931 + K932) | 940 | 6,549,81 |
| Nonresidential Construction Loans with Loan-to-Value Ratios Greater Than 80 Percent . . . . . . | 944 | 14,59 |
| Land Loans With Loan-to-Value Ratios Greater Than 80 Percent . . . . . . . . . . . | 946 | 40 |
| Aggregate Equity Risk Investments in Equity Securities, Real Estate Except That in Foreclosure or Judgment, and Service Corporations and Operating Subsidiaries Made After June 30, 1986 (as defined in Regulation 563.9-8(b)(1)) on the Books of This Institution at the End of This Quarter . . . . . | 952 | 0 |
| Aggregate Land Loans Made After June 30, 1986 on the Books of This Institution at the End of This Quarter | 953 | 61,18 |
| Aggregate Nonresidential Construction Loans Made After June 30, 1986 on the Books of This Institution at the End of This Quarter . . . . . . . . . . . . . . . . . . . . . . | 954 | 47,73 |
| Nonresidential Construction and Land Loans With Loan-To-Value Ratios Greater Than 80 Percent Legally Committed To Or in Portfolio On Or Before February 27, 1987, Which Have Not Yet Been Disbursed . . | 955 | 0 |
| 1987 Base Factor of This Institution (Under Former Regulation) . . . . | 956 | 122,69 |
| Total Liabilities of This Institution at the Close of December 1986. . AM00050353 . | 957 | 5,339,23 |
| Liability Factor Used by This Institution This Quarter . . . . . . . | 958 | 3.96 % |
| One-Year Cumulative Hedged Gap Six Months Prior to the Close of This Quarter (Bracket Negatives): | | |
| As Calculated by Your Federal Home Loan Bank . . . . . . . . . . . . . . . . . . . | 961 | [19.27]% |
| As Calculated by This Institution. . . . . . . . . . . . . . . . . . . . . . | 962 | [16.52]% |
| Three-Year Cumulative Hedged Gap Six Months Prior to the Close of This Quarter (Bracket Negatives): | | |
| As Calculated by Your Federal Home Loan Bank . . . . . . . . . . . . . . . . . . . | 963 | [17.45]% |
| As Calculated by This Institution. . . . . . . . . . . . . . . . . . . . . . | 964 | [15.20]% |
| Amount of Liabilities Acquired by Bulk Purchase from Another Institution (e.g., Branch Purchase) During This Quarter. . . . . . . . . . . . . . . . . . . . . . . . | 968 | 0 |
| Amount of Liabilities Sold in Bulk to Another Institution (e.g., Branch Sale) During This Quarter . . | 969 | 0 |
| Total Liabilities Six Months Prior to the Close of This Quarter . . . . . . . . . . . . . | 970 | 5,877,13 |
| Scheduled Item Factor Pursuant to Regulation 563.13(b)(4)(i)(F)(20% of 9/30/87 Adjusted Scheduled Items) | 972 | 9,34 |
| Minimum Capital Requirement . . . . . . . . . . . . . . . . . . . . . . . . | 975 | 196,49 |

SOURCE: Controller's Dept.
CARTERET FEDERAL SAVINGS BANK
INST: 8602 CAT CODE: 11-080

BOX: 63 FILE: 11
DESC: Thrift Financial Reports
1988

SOURCE: Controller's Dept

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK BOARD<br>THRIFT FINANCIAL REPORT<br>Statement of Condition<br>As of December 31, 1989 | DISTRICT/DOCKET<br>02/04702 | NAME AND ADDRESS OF INSTITUTION (Please use Preprinted Label)<br>CARTERET SAVINGS BANK,<br>200 SOUTH STREET<br>MORRISTOWN , N.J. 07960 |
| PREPARED BY:<br>CARLA M. O'CONNOR | | |
| PHONE NUMBER (Include Area Code)<br>(201) 326-1551 | | |

SECTION A
ASSETS

(REPORT IN THOUSANDS OF DOLLARS)

| | Line | BIL MIL THOU |
|---|---|---|
| MORTGAGE LOANS, CONTRACTS, AND MORTGAGE POOL SECURITIES | | |
| CONSTRUCTION LOANS ON: | | |
| 1-4 Dwelling Units | 022 | 40,018 |
| 5 or More Dwelling Units | 024 | 143,643 |
| Nonresidential | 026 | 300,824 |
| PERMANENT MORTGAGES ON: | | |
| 1-4 Dwelling Units: | | |
| First Mortgages and Closed-End Junior Liens | 031 | 2,826,180 |
| Revolving, Open-End Loans | 033 | 0 |
| 5 or More Dwelling Units | 034 | 125,640 |
| Nonresidential (Except Land) | 036 | 495,059 |
| Land | 050 | 51,926 |
| MORTGAGE POOL SECURITIES: | | |
| Insured or Guaranteed by an Agency or Instrument of the United States | 070 | 330,342 |
| Privately Issued | 080 | 88,130 |
| ACCRUED INTEREST RECEIVABLE | 090 | 43,647 |
| ADVANCES FOR TAXES AND INSURANCE | 100 | 13,032 |
| CONTRA-ASSETS TO MORTGAGE LOANS, CONTRACTS, AND MORTGAGE POOL SECURITIES: | | |
| Loans in Process | 110 | 113,352 |
| Unamortized Yield Ajustments | 121 | 19,800 |
| Valuation Allowances for Mortgages Held For Sale | 129 | 0 |
| Other Valuation Allowances | 131 | 33,097 |
| NET MORTGAGE LOANS, CONTRACTS, AND MORTGAGE POOL SECURITIES (140 = 022 thru 100 minus 110 thru 131) | 140 | 4,292,212 |
| NONMORTGAGE LOANS | | |
| COMMERCIAL LOANS: | | |
| Secured (Other than Mortgage) | 150 | 113,805 |
| Unsecured | 160 | 458 |
| CONSUMER LOANS: | | |
| CLOSED-END: | | |
| Loans on Deposits | 170 | 5,910 |
| Home Improvement Loans | 180 | 0 |
| Education Loans | 190 | 10,913 |
| Auto Loans | 200 | 6,261 |
| Retail Mobile Home Loans | 230 | 0 |
| Other | 210 | 70,335 |
| OPEN-END: | | |
| Revolving Loans Secured by 1-4 Dwelling Units | 218 | 70,602 |
| Credit Cards and Other | 221 | 8,699 |
| FINANCING LEASES: | | |
| Consumer | 240 | 0 |
| Nonconsumer | 250 | 0 |
| ACCRUED INTEREST RECEIVABLE | 260 | 11,361 |
| CONTRA-ASSETS TO NONMORTGAGE LOANS: | | |
| Loans in Process | 270 | 0 |
| Unamortized Yield Adjustments | 281 | 55 |
| Valuation Allowances | 290 | 8,718 |
| NET NONMORTGAGE LOANS (300 = 150 thru 260 minus 270 thru 290) | 300 | 289,571 |

MEMO ITEMS

| | Line | Amount |
|---|---|---|
| Troubled Debt Restructured: | | |
| During the Quarter | 905 | 57,295 |
| Cumulative Outstanding Balance | 906 | 176,511 |
| Facilitated Sales of Real Estate | 907 | 0 |
| Securities Reported in Section A Issued by REMICS | 908 | 309,052 |

| | Line | BIL MIL THOU |
|---|---|---|
| REPOSSESSED ASSETS AND OTHER REAL ESTATE | | |
| Repossessed Real Estate | 310 | 32,943 |
| Other Repossessed Assets | 320 | 0 |
| Real Estate Held for Development/Investment/Resale: | | |
| Residential Property | 342 | 0 |
| Nonresidential Property | 344 | 0 |
| Valuation Allowances | 355 | 0 |
| CASH, DEPOSITS, & INVESTMENT SECURITIES | | |
| Cash and Noninterest-Earning Deposits | 360 | 139,703 |
| US Government and Agency Securities | 370 | 68,170 |
| Equity Securities, Except FHLB Stock | 382 | 121 |
| Mortgage Derivatives: | | |
| CMOs | 385 | 376,562 |
| Principal-Only (PO) Strips | 388 | 36,800 |
| Interest-Only (IO) Strips and Residuals | 389 | 16,470 |
| Other Investment Securities & Deposits | 391 | 245,341 |
| Accrued Interest Receivable | 390 | 2,807 |
| Valuation Allowances | 400 | 0 |
| SERVICE CORPORATIONS/SUBSIDIARIES | | |
| Equity Investment | 406 | 57,168 |
| Unsecured Loans | 408 | 39,588 |
| Valuation Allowances | 409 | 0 |
| FIXED ASSETS, Net of Depreciation | | |
| Office Buildings and Land | 410 | 30,312 |
| Leasehold Improvements | 420 | 7,664 |
| Furniture, Fixtures, and Equipment | 440 | 15,875 |
| OTHER ASSETS | | |
| Financial Futures/Options: | | |
| Initial Margin | 460 | 0 |
| Maintenance Margin | 470 | 0 |
| Financial Options Fees Paid | 480 | 0 |
| Deferred Net Losses (Gains) on Futures/Options Hedging Assets | 510 | 2,206 |
| Deferrals Pursuant to 563c. 14 | 525 | 8,108 |
| Intangible Assets: | | |
| Purchased Loan Servicing | 542 | 98,626 |
| Goodwill and Other | 544 | 177,115 |
| Leased Property: | | |
| Consumer | 550 | 0 |
| Nonconsumer | 560 | 0 |
| Excess Loan Servicing | 578 | 21,255 |
| Other Assets | 580 | 147,427 |
| Valuation Allowances | 590 | 8,583 |
| TOTAL ASSETS (800 = 140 + 300 + 310 thru 344 + 360 thru 391 + 390 + 406 + 408 + 410 thru 580 minus 355, 400, 409, 590) | 800 | 6,097,441 |

MEMO ITEMS

| | Line | Amount |
|---|---|---|
| Amount Eligible for Regulatory Liquidity | 900 | 330,570 |
| Assets Acquired For Stock: | | |
| Real Estate | 910 | 0 |
| Other | 920 | 0 |
| FHA/VA and Other Federally Insured or Guaranteed Loans Included on Lines A022 thru A050 | 935 | 12,444 |
| Debt Securities Rated Below Investment Grade, Plus Those Held by Service Corporations/Subsidiaries | 936 | 0 |
| Foreign Loans and Investments Included in Section A | 938 | 0 |
| Check This Item if the Reporting Institution Has Any Ownership Interest in a Service Corporation, Subsidiary, or Real Estate Joint Venture (Except Finance Subsidiaries) | 941 | X |

FHLBB Form 1313

10 WATERVIEW BLVD.
PARSIPPANY, N.J. 07054

WOQ665 2300 F AMBASE 93-531C CARTERET FSB DOCKET # 10505 TRANS 921299 WIN BOX # WC00004871 ACC # NE-JC-180 REGIONAL BOX # NEJ103 OTS DOCUMENTS FOR 1ST 30 CASES COMPLIANCE; GENERAL FILE; C E F; C R A 901299

CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

FEDERAL HOME LOAN BANK BOARD
THRIFT FINANCIAL REPORT
Statement of Operations
For the Quarter
Ending December 31, 1989
(REPORT IN THOUSANDS OF DOLLARS)

DISTRICT/DOCKET
02/04702

NAME AND ADDRESS OF IN...TUTION (Please Use Preprinted Label)
CARTERET SAVINGS BANK, FA
200 SOUTH STREET
MORRISTOWN , N.J. 07960

## SECTION B INCOME

| | Line | BIL MIL THOU |
|---|---|---|
| **OPERATING INCOME** | | |
| Mortgage Loans and Contracts: | | |
| Interest | 012 | 96,023 |
| Adjustments | 022 | 4,631 |
| Mortgage Pool Securities: | | |
| Interest | 028 | 16,350 |
| Adjustments | 031 | 405 |
| Interest on Nonmortgage Loans: | | |
| Commercial Loans | 040 | 5,823 |
| Consumer Loans (Open and Closed-End) | 050 | 6,930 |
| Interest/Dividends on Investments and Deposits | 060 | 13,580 |
| Income from Financing Leases | 070 | 0 |
| Loan Servicing Fees | 090 | 3,214 |
| Other Loan Fees and Charges | 100 | 3,005 |
| Service Charges and Fee Income from Transaction Accounts | 110 | 713 |
| Accretion of Deferred Gains on: | | |
| Futures/Options Hedging Assets | 120 | 2 |
| Futures/Options Hedging Liabilities | 130 | 41 |
| Net Income (Loss) from: | | |
| Mortgages Held for Sale (Excluding Trading Accounts) | 132 | 0 |
| Matched Interest-Rate Swaps | 138 | [1,012] |
| Office Building Operations | 140 | 68 |
| Real Estate Held for Investment | 150 | 0 |
| REO (Other Than Sales) | 160 | [207] |
| Service Corporations/Subsidiaries | 170 | 809 |
| Leasing Operations | 180 | 0 |
| Other Operating Income | 190 | 2,138 |
| | | 152,423 |
| **NONOPERATING INCOME** | | |
| Profit on Sale of: | | |
| Foreclosed Real Estate (REO) | 200 | 321 |
| Other Repossessed Assets | 210 | 0 |
| Other Real Estate Held | 220 | 0 |
| Investment Securities | 230 | 11,383 |
| Loans | 240 | 9,036 |
| Other Assets | 250 | 153 |
| Other Nonoperating Income | 280 | 0 |
| **TOTAL INCOME** (800 = 012 thru 280) | 800 | 173,326 |

## SECTION E EXPENSE

| | Line | BIL MIL THOU |
|---|---|---|
| **OPERATING EXPENSE** | | |
| Directors' Fees | 010 | 0 |
| Officers' and Employees' Compensation | 020 | 14,413 |
| Legal Expense | 030 | 474 |
| Directors', Officers', and Employees' Expense | 040 | 591 |
| Office Occupancy Expense | 050 | 4,375 |
| Furniture, Fixtures, Equipment, and Automobile Expense | 060 | 4,118 |
| Marketing Expense | 070 | 1,972 |
| Professional Services | 090 | 2,059 |
| Loan Servicing Fees | 100 | 173 |
| Amortization of Goodwill | 110 | 3,761 |
| Amortization of Deferred Losses on: | | |
| Futures/Options Hedging Assets | 120 | 32 |
| Futures/Options Hedging Liabilities | 130 | 0 |
| Other Operating Expense | 140 | 1,987 |
| **INTEREST CHARGES ON:** | | |
| Deposits | 150 | 89,522 |
| Penalties on Early Withdrawal of Deposits | 160 | 186 |
| Advance Payments by Borrowers for Taxes and Insurance | 170 | 0 |
| Advances from FHLBank | 180 | 16,205 |
| Subordinated Debentures (Incl. Mandatory Convertible) | 190 | 0 |
| Mortgage-Backed Securities | 200 | 0 |
| Other Borrowed Money | 210 | 20,007 |
| Other Definitional Capital Instruments, Net | 212 | 0 |
| Capitalized Interest | 220 | 0 |
| **NONOPERATING EXPENSE** | | |
| Net Provision for Losses on Assets | 225 | 17,984 |
| | | 177,645 |
| Losses on Sale of: | | |
| Foreclosed Real Estate (REO) | 231 | 766 |
| Other Repossessed Assets | 241 | 0 |
| Other Real Estate Held | 251 | 0 |
| Investment Securities | 261 | 1,957 |
| Loans | 271 | 221 |
| Other Assets | 281 | 524 |
| Amortization of Deferrals Pursuant to 563c.14 | 295 | 178 |
| Other Nonoperating Expense | 310 | 0 |
| **INCOME TAXES** | | |
| Federal | 320 | [805] |
| State, Local and Other | 330 | [355] |
| **TOTAL EXPENSE** (800 = 010 thru 150 + 170 thru 212 + 225 thru 330 minus 160 and 220) | 800 | 179,973 |

## MEMO ITEMS

| | Line | Amount |
|---|---|---|
| Profit on Sale of Loans and Other Assets Acquired via Pushdown/Purchase Accounting Included in Income Above | 900 | 0 |
| Discounts on Assets Acquired via Pushdown/Purchase Accounting Included in Income Above | 719 | 336 |
| Net Income (Loss) from Assets Acquired for Stock Included in Income above | 920 | 0 |

| | Line | Amount |
|---|---|---|
| **NET INCOME (LOSS)** (810 = D800 Minus E800) | 810 | [6,647] |
| Cash Dividends on: | | |
| Perpetual Preferred Stock | 812 | 0 |
| Common Stock | 814 | 0 |
| SFAS No. 12 Adjustments to Marketable Equity Securities | 840 | 0 |
| Other Adjustments to Retained Earnings | 844 | 204 |
| **NET CHANGE IN RETAINED EARNINGS** (860 = 810 minus 812 and 814 plus 840 and 844) | 860 | [6,443] |

FHLBB Form 1313
Rev. June 1989



WOQ665 2302 AMBASE 93-531C CARTERET FSB DOCKET # 10505 TRANS 921299 WIN BOX # WC00004871 ACC # NE-JC-180
REGIONAL BOX # NEJ103 OTS DOCUMENTS FOR 1ST 30 CASES COMPLIANCE; GENERAL FILE; C E F, C R A 901299
CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

FEDERAL HOME LOAN BANK BOARD
THRIFT FINANCIAL REPORT

Month Ending December 31, 1989
(REPORT IN THOUSANDS OF DOLLARS)

DISTRICT/DOCKET: 02/04702

NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label)
CARTERET SAVINGS BANK, FA
200 SOUTH STREET
MORRISTOWN, N.J. 07960

SECTION F
SUPPLEMENTAL MONTHLY DATA (Continued)

**BALANCES AS OF END OF MONTH**

| Item | Line | BIL MIL THOU |
|---|---|---|
| Delinquent Loans: | | |
| Mortgage | | |
| Construction and Land (Past Due) | 451 | 75,335 |
| Permanent Loans Secured by: | | |
| 1-4 Dwelling Unit Property (60 days) | 452 | 55,029 |
| All Other (Past Due) | 453 | 51,934 |
| Nonmortgage (60 days) | 460 | 20,392 |
| Restructured Loans Included on Lines 451 thru 460 above and Reported on Line A906 | 462 | 36,575 |
| Letters of Credit Issued and Outstanding: | | |
| Commercial | 467 | 0 |
| Standby Collateralized by Cash or Segregated Deposits | 468 | 0 |
| Other Standby | 469 | 25,647 |
| Unused Lines of Credit Provided Consumers | 471 | 239,478 |

**BALANCES AS OF END OF MONTH**

| Item | Line | BIL MIL THOU |
|---|---|---|
| Broker-Originated Deposits: | | |
| Total | 473 | 63,961 |
| Amounts Issued in Denominations of $100,000 or Less in Line F473 | 477 | 63,961 |
| Amounts Issued in Denominations Greater Than $100,000 and Sold by Brokers to Investors in Participating Shares of $100,000 or Less in Line F473 | 478 | 0 |
| IRA/Keogh Accounts | 480 | 488,842 |
| Number of Deposit Accounts: | | ACTUAL NUMBER |
| With Balances of $100,000 or Less | 520 | 577,347 |
| With Balances Greater Than $100,000 | 530 | 4,569 |
| Unpledged Assets Eligible as Collateral for FHLBank Advances | 550 | 897,946 |
| Assets Maturing in 6 Months or Less | 560 | 583,020 |
| Equity Risk Investments | 580 | 112,772 |
| Advances & Other Borrowed Money Due in 1 Year or Less | 590 | 463,993 |

**INTEREST RATES PAID ON SELECTED TYPES OF NEW DEPOSITS RECEIVED**

| DEPOSIT ACCOUNT | Line | MOST COMMON INTEREST RATE PAID | Line | FREQUENCY OF INTEREST COMPOUNDING (Enter Code) | Line | If Code 6 is Entered in Preceding Column, Enter NUMBER OF MONTHS TO MATURITY |
|---|---|---|---|---|---|---|
| Interest-Bearing Transaction (NOW/SUPER-NOW) Accounts | 600 | 5.35 % | 650 | 3 | | |
| Money Market Deposit Accounts (MMDAs) | 601 | 7.04 % | 651 | 3 | | |
| Fixed-Rate, Fixed-Term Certificate Accounts Classified by Balance and Original Maturity: | | | | | | |
| Balances Less Than $80,000: | | | | | | |
| 32-91 Days | 610 | 8.01 % | 660 | 7 | | |
| 92-182 Days | 611 | 0.00 % | 661 | 0 | | |
| 183 Days Through 1 Year | 612 | 8.00 % | 662 | 3 | | |
| Over 1 Year Through 2 Years | 613 | 0.00 % | 663 | 0 | 693 | 0 |
| Over 2 Years Through 3 Years | 614 | 7.72 % | 664 | 3 | 694 | 0 |
| Over 3 Years | 615 | 7.72 % | 665 | 3 | 695 | 0 |
| Balances From $80,000 to $100,000: | | | | | | |
| 1 Month | 620 | 8.11 % | 670 | 7 | | |
| Over 1 Month Through 2 Months | 621 | 8.05 % | 671 | 7 | | |
| Over 2 Months Through 3 Months | 622 | 8.00 % | 672 | 7 | | |
| Balances Greater Than $100,000: | | | | | | |
| 1 Month | 630 | 8.11 % | 680 | 7 | | |
| Over 1 Month Through 2 Months | 631 | 8.05 % | 681 | 7 | | |
| Over 2 Months Through 3 Months | 632 | 8.00 % | 682 | 7 | | |
| Over 3 Months Through 6 Months | 633 | 0.00 % | 683 | 0 | | |
| Over 6 Months Through 12 Months | 634 | 0.00 % | 684 | 0 | | |

FREQUENCY OF COMPOUNDING CODES:
1 = Continuous or Daily (365/360 Basis)
2 = Continuous or Daily (365 or 360 Basis)
3 = Monthly
4 = Quarterly
5 = Semiannually
6 = Simple interest at maturity Greater than 12 months - Specify Months
7 = Annually or Simple Interest where term is 12 months or less

**QUESTIONS CONCERNING ACTIVITY DURING THE MONTH**

[illegible] this month; enter N if it was not)

DURING THIS MONTH:

| Question | Line | Answer |
|---|---|---|
| 1. Has there been: | | |
| a. a change in control of the institution? | 910 | N |
| b. a change in the chief executive officer? | 915 | N |
| c. any change in the composition of the board of directors? | 920 | Y |
| 2. Has the institution formed or acquired an interest in: | | |
| a. a service corporation? | 925 | N |
| b. a joint venture? | 930 | N |
| c. a finance subsidiary? | 935 | N |
| d. any other subsidiary? | 940 | N |
| 3. Were brokers used to acquire loans? | 945 | Y |
| 4. Were any loans made to or investments made in any holding company, subsidiary, joint venture, or other affiliate of the institution? | 950 | N |
| 5. Was the institution the "lead" lender in any transaction consummated this month? | 955 | N |
| 6. Was (a) any single loan or commitment made, or (b) any total of loans or commitments made to one borrower that exceeded either $1 million or two percent of the institution's assets at the end of the preceding month? | 960 | Y |
| 7. Were (a) any assets, etc., acquired by merger included in the balance sheet for the first time this month, or (b) any branch purchased or sold? | 965 | N |

FHLBB Form 1313
Rev. June 1989

CHA[illegible] TO WA[illegible] BANK, FA
[illegible]VIEW BLVD.
PARSIPPANY, N.J. 07054

WOQ665 2304 AMBASE 93-531C CARTERET FSB DOCKET # 10505 TRANS 921299 WIN BOX # WC00004871 ACC # NE-JC-180
REGIONAL BOX # NEJ103 OTS DOCUMENTS FOR 1ST 30 CASES COMPLIANCE; GENERAL FILE; C E F; C R A 901299
CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

# ...ICE OF THRIFT SUPERVISION
## Thrift Financial Report

...of [redacted] 89

**INSTRUCTIONS**
1. REPORT DOLLAR BALANCES IN THOUSANDS, e.g., $ 4,570,839,988 is .......... $4,570,840
2. REPORT PERCENTAGES TO TWO (2) DECIMAL PLACES, e.g., 10.2659% is .......... 10.26%
3. SEE INSTRUCTIONS FOR FURTHER CLARIFICATION OF MATURITY CLASSIFICATION AND CALCULATION OF WEIGHTED AVERAGE CONTRACT RATE:

DISTRICT/DOCKET

NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label)

submitted May 21 1990 (1)
due to Reclass

[redacted]

Remaining Time Before Asset Matures or Can Be Repriced - (Maturity/Repricing)

| Assets | 3 Months or Less | More Than 3 Months through 6 Months | More Than 6 Months through 1 Year | More Than 1 Year through 3 Years | More Than 3 Years through 5 Years | More Than 5 Years through 10 Years | More Than 10 Years through 20 Years | More Than 20 Years | Total Nonperforming Loans |
|---|---|---|---|---|---|---|---|---|---|
| ...GAGE LOANS AND CONTRACTS | | | | | | | | | |
| Mortgage Loans: | | | | | | | | | |
| ...table-Rate: 1-4 Dwelling Units | | | | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] (3) | [redacted] | [redacted] | 008 $ 0 | 009 $ 1,826,084 |
| Portfolio Rate | 010 9.96 % | 011 9.55 % | 014 9.84 % | 013 9.11 % | 014 10.81 % | 015 0 % | 016 0 % | 017 0 % | 018 $ 29 077 |
| Lifetime Cap | 039 16.40 % | 040 14.86 % | 041 14.48 % | 042 14.56 % | 043 11.33 % | 044 0 % | 045 0 % | 046 0 % | |
| ...ted Avg. Remaining Term (in Months) | 047 327 Months | 048 328 Months | 049 317 Months | 050 244 Months | 051 297 Months | 052 0 Months | 053 0 Months | 054 0 Months | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] (1) | [redacted] | [redacted] | $ 0 | |
| ...aging Market Indices, (COFI) | 127 $ 788,619 | 128 $ 65,646 | 129 $ 0 | 130 $ 0 | 131 $ 0 | 132 $ 0 | 133 $ 0 | 134 $ 0 | 135 $ 854,265 |
| Portfolio Rate | 159 9.38 % | 160 9.70 % | 161 0 % | 162 0 % | 163 0 % | 164 0 % | 165 0 % | 166 0 % | 167 $ 562 |
| Lifetime Cap | 168 13.94 % | 169 13.50 % | 170 0 % | 171 0 % | 172 0 % | 173 0 % | 174 0 % | 175 0 % | |
| Weighted Avg. Remaining Term (in Months) | 199 352 Months | 200 352 Months | 201 0 Months | 202 0 Months | 203 0 Months | 204 0 Months | 205 0 Months | 206 0 Months | |
| Balances by Rate Adjustment Frequency | 207 $ 547,211 | 208 $ 307,054 | 209 $ 0 | 210 $ 0 | 211 $ 0 | 212 $ 0 | 213 $ 0 | 214 $ 0 | |
| ...ed Rate: 1-4 Dwelling Units | 239 $ 244 | 240 $ 220 | 241 $ 1876 | 242 $ 4,792 | 243 $ 6,617 | 244 $ 28,324 | 245 $ 267,984 | 246 $ 737,675 | 247 $ 547,732 |
| | 249 7.13 % | 249 6.96 % | 250 9.21 % | 251 7.16 % | 252 7.32 % | 253 9.26 % | 254 9.50 % | 255 9.79 % | 258 $ 10,549 |
| Balances by Selected Coupon Rates | | | | | | | | | |
| Less than 8.00% | | | | | | 257 $ 1,954 | 258 $ 18,394 | 259 $ 13,863 | |
| 8.00% to 8.99% | | | | | | 279 $ 5,467 | 280 $ 51,120 | 281 $ 41,225 | |
| 9.00% to 9.99% | | | | | | 282 $ 12,289 | 283 $ 99,469 | 284 $ 95,813 | |
| 10.00% to 10.99% | | | | | | 285 $ 6,379 | 286 $ 77,866 | 287 $ 65,085 | |
| 11.00% to 11.99% | | | | | | 288 $ 1,602 | 289 $ 14,608 | 290 $ 15,062 | |
| ...% to 13.99% | | | | | | 291 $ 420 | 292 $ 4,635 | 293 $ 4,403 | |
| 14.00% or more | | | | | | 294 $ 213 | 295 $ 2,692 | 296 $ 2,224 | |
| Weighted Avg. Remaining Term (in Months) | | | | | | 297 83 Months | 298 177 M | 299 334 Months | |
| ...or Residential and All Nonresidential [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 318 $ 83 | 319 $ 689,658 |
| | 320 11.81 % | 321 10.51 % | 322 10.48 % | 323 10.31 % | 324 10.87 % | 325 11.67 % | 326 8.94 | 327 10.00 % (4) | 328 $ 91,661 (6) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 162 | 337 [redacted] |
| | 351 10.72 % | 352 7.59 % | 353 10.99 % | 354 10.34 % | 355 9.62 % | 356 0 % | 357 9.31 % | 358 8.64 % | 359 $ 18,406 |
| ...ond Mortgage Loans | 360 $ 179 | 361 $ 17 | 362 $ 102 | 363 $ 3 | 364 $ 6 | 365 $ 0 | 366 $ 20 | 367 $ 14 | 368 $ 341 |
| | 369 11.85 % | 370 11.63 % | 371 10.56 % | 372 15.00 % | 373 14.00 % | 374 0 % | 375 12.88 % | 376 12.00 % | 377 $ 0 |

...m 1313 (Rev June 1988)



WOQ665 2306 AMBASE 93-531C CARTERET FSB DOCKET # 10505 TRANS 921299 WIN BOX # WC00004871 ACC # NE-JC-180
REGIONAL BOX # NEJ103 OTS DOCUMENTS FOR 1ST 30 CASES COMPLIANCE; GENERAL FILE; C E F; C R A 901299
CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

OF THRIFT SUPERVISION
rift Financial Report

[redacted]

DISTRICT/DOCKET | NAME AND ADDRESS OF ...

(3)

INSTRUCTIONS
1. REPORT DOLLAR BALANCES IN THOUSANDS, e.g., $ 4,570,838,000 is ......... $4,570,840
2. REPORT PERCENTAGES TO TWO (2) DECIMAL PLACES, e.g., 10.2850% is ......... 10.29%
3. SEE INSTRUCTIONS FOR FURTHER CLARIFICATION OF MATURITY CLASSIFICATION AND CALCULATION OF WEIGHTED AVERAGE CONTRACT RATE.

Maturity and Yield/Cost Information: Part I: Assets

Remaining Time Before Asset Matures or Can Be Repriced - (Maturity/Reprice)

| Assets | 3 Months or Less | More Than 3 Months through 6 Months | More Than 6 Months through 1 Year | More Than 1 Year through 3 Years | More Than 3 Years through 5 Years | More Than 5 Years through 10 Years | More Than 10 Years through 20 Years | More Than 20 Years | Total |
|---|---|---|---|---|---|---|---|---|---|
| ENT SECURITIES - PART B | | | | | | | | | 630 $ 0 |
| ecurities | 631 $ 0 | 632 $ 0 | 633 $ 0 | 634 $ 0 | 635 $ 0 | 636 $ 0 | 637 $ 0 | 638 $ 0 | 639 $ 0 |
| curities Rated Below ...ment Grade | 653 0% | 654 0% | 655 0% | 656 0% | 657 0% | 658 0% | 659 0% | 660 0% | |
| | 661 $ 0 | 662 $ 0 | 663 $ 0 | 664 $ 0 | 665 $ 0 | 666 $ 0 | 667 $ 0 | 668 $ 0 | 669 $ 0 |
| ...Securities | 670 0% | 671 0% | 672 0% | 673 0% | 674 0% | 675 0% | 676 0% | 677 0% | |
| [redacted] | [redacted] | | | | | | | 703,872 | 707 $ 3,576,962 |
| | 708 0% | 709 0% | 710 0% | 711 0% | 712 0% | 713 0% | 714 9.50% | 715 9.34% | |

| | | |
|---|---|---|
| al Only Strips | | |
| cipal Amount of Underlying Collateral | 716 $ 0 | 717 $ 0 |
| rlying Collateral Rates | | |
| ss Than 8.00% | 718 $ 0 | 719 $ 36,800 |
| 0% to 8.99% | 720 $ 0 | 721 $ 0 |
| 0% to 9.99% | 739 $ 0 | 740 $ 0 |
| .00% to 10.99% | 741 $ 0 | 742 $ 0 |
| .00% to 11.99% | 743 $ 0 | 744 $ 0 |
| 2.00% to 13.99% | 745 $ 0 | 746 $ 0 |
| 4.00% or more | | |
| ...ted Avg. Remaining Term (in Months) | 747 0 Months | 748 330 Months |

| | Floating-Rate Residuals | Fixed-Rate Residuals | Float Interest Only | Fix Interest Only |
|---|---|---|---|---|
| est Only Strips, Fixed-Rate Residuals and Floating-Rate Residuals | | | | |
| Principal Amount of Underlying Collateral | 749 $ 0 | 750 $ 6,677 | 751 $ 0 | 752 $ 0 |
| Underlying Collateral Rates | | | | |
| Less than 8.00% | 753 $ 0 | 754 $ 0 | 755 $ 0 | 756 $ 711 |
| 8.00% to 8.99% | 757 $ 0 | 758 $ 0 | 759 $ 0 | 760 $ 0 |
| 9.00% to 9.99% | 771 $ 0 | 772 $ 0 | 773 $ 0 | 774 $ 0 |
| 10.00% to 10.99% | 775 $ 0 | 776 $ 0 | 777 $ 0 | 778 $ 0 |
| 11.00% to 11.99% | 779 $ 0 | 780 $ 9,082 | 781 $ 0 | 782 $ 0 |
| 12.00% to 13.99% | 783 $ 0 | 784 $ 0 | 785 $ 0 | 786 $ 0 |
| 14.00% or more | | | | |
| Weighted Avg. Remaining Term (in Months) | 787 0 Months | 788 363 Months | 789 0 Months | 790 329 Months |
| Weighted Avg. Spread (in basis points) | 791 0 bp | 792 200 bp | | |

Form 1313 (Rev. June 1990)

0665 2308 AMBASE 93-531C CARTERET FSB DOCKET # 10505 TRANS 921299 WIN BOX # WC00004871 ACC # NE-JC-180
GIONAL BOX # NEJ103 OTS DOCUMENTS FOR 1ST 30 CASES COMPLIANCE; GENERAL FILE; C E F; C R A 901299
CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

FEDERAL HOME LOAN BANK BOARD
THRIFT FINANCIAL REPORT

As of December 31, 1989
(REPORT IN THOUSANDS OF DOLLARS)

DISTRICT/DOCKET
02/04702

NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label)
CARTERET SAVINGS BANK, FA
200 SOUTH STREET
MORRISTOWN, N.J. 07960

SECTION I
ANNUAL SUPPLEMENT
(To be filed with the December Thrift Report only)

| | | ACTUAL NUMBER |
|---|---|---|
| Number of Mortgage Loans Held on December 31: | | |
| FHA/VA and Other Federally Insured or Guaranteed Loans | 010 | 7,501 |
| Conventional Loans | 020 | 45,258 |
| Number of Mortgages Foreclosed during the Year (Including In-Substance Foreclosures). | 030 | 1,918 |
| | | BIL MIL THOU |
| Balances in Loans in Process on Residential Property on December 31 (Included on Line A110). | 040 | 35,833 |
| Balances in Mortgage Loans and Contracts Secured by Residential Property on December 31 (Included on Lines A022 thru A084) | 050 | 3,329,129 |
| Balances in FHA/HUD-Insured and VA-Guaranteed Mortgage Loans on December 31 (Included on Line A935) Secured by: | | |
| 1-4 Dwelling Units | 060 | 12,444 |
| 5 or More Dwelling Units | 070 | 0 |
| Other Property. | 080 | 0 |
| Asset Amounts Reported on Section A for December As Substandard, Doubtful or Loss Pursuant to Regulation 561.16c Classified by Type: | | |
| Mortgage Construction Loans Secured by: | | |
| 1-4 Dwelling-Unit Properties | 090 | 14,350 |
| 5 or More Dwelling-Unit Properties | 100 | 7,496 |
| Nonresidential Property | 110 | 128,290 |
| Other Mortgage Loans Secured by: | | |
| 1-4 Dwelling-Unit Properties | 120 | 46,049 |
| 5 or More Dwelling-Unit Properties | 130 | 8,661 |
| Land | 140 | 0 |
| All Other Types of Property. | 150 | 12,234 |
| Nonmortgage Commercial Loans. | 160 | 83,035 |
| All Other Assets Covered by Regulation 561.16c. | 170 | 6,876 |
| TOTAL (180 = 090 thru 170; Also must equal the sum of K115 + K990 + K991) | 180 | 306,991 |

CARTERET SAVINGS BANK, FA

FHLBB Form 1313

WOQ665 2310 AMBASE 93-531C CARTERET FSB DOCKET # 10505 TRANS 921299 WIN BOX # WC00004871 ACC # NE-JC-180
REGIONAL BOX # NEJ103 OTS DOCUMENTS FOR 1ST 30 CASES COMPLIANCE; GENERAL FILE; C E F; C R A 901299
CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

WOQ6652310

| FEDERAL HOME LOAN BANK BOARD THRIFT FINANCIAL REPORT As of December 31, 1989 (REPORT IN THOUSANDS OF DOLLARS) | DISTRICT/DOCKET 02/04702 | NAME AND ADDRESS OF INSTITUTION (Please Use Preprinted Label) CARTERET SAVINGS BANK, FA 200 SOUTH STREET MORRISTOWN, N.J. 07960 |
|---|---|---|

SECTION K
DATA REQUIRED FOR CALCULATION OF MINIMUM CAPITAL REQUIREMENT
AND AGGREGATE EQUITY RISK INVESTMENT (Continued)

Note: It is not possible to complete this form prior to reading the related instructions carefully.

| | | |
|---|---|---|
| Individualized Minimum Capital Requirement Established for This Institution Pursuant to FHLBB Regulation 563.14 | 976 | 0 |
| Check if Lines K001, K003, K005, K007, K009, K013 and K015 are Consolidated | 980 | |
| Check if Lines K002, K004, K006, K008, K011, K014 and K016 are Consolidated | 985 | |

CLASSIFIED ASSETS

| | | |
|---|---|---|
| Assets Held by This Institution Classified as Substandard Pursuant to Regulation 561.16c | 115 | 283,152 |
| Assets Held by This Institution Classified as Doubtful Pursuant to Regulation 561.16c | 990 | 14,123 |
| Assets Held by This Institution Classified as Loss Pursuant to Regulation 561.16c | 991 | 9,716 |

| VALUATION ALLOWANCES | | SPECIFIC BIL MIL THOU | | GENERAL BIL MIL THOU |
|---|---|---|---|---|
| Mortgage Loans, Contracts and Mortgage Pool Securities | 200 | 9,645 | 300 | 23,452 |
| Nonmortgage Loans | 210 | 71 | 310 | 8,447 |
| Repossessed Assets and Other Real Estate | 220 | 0 | 320 | 0 |
| Cash, Deposits, and Investment Securities | 230 | 0 | 330 | 0 |
| Service Corporations/Subsidiaries | 240 | 0 | 340 | 0 |
| Other | 250 | 0 | 350 | 8,583 |
| TOTAL | 260 | 9,716 | 360 | 40,482 |

| | | |
|---|---|---|
| Gross Amount of Decrease in Specific Valuation Allowances During the Quarter Attributable to Upgrading Classifications Pursuant to Regulation 561.16c(c)(3) | 997 | 0 |

FSLIC - GUARANTEED ASSETS

| | | |
|---|---|---|
| FSLIC Notes | 500 | 0 |
| Assets Subject to Full Capital Loss and Yield Maintenances Coverage Agreements | 510 | 23,661 |

FHLBB Form 1313
Rev. June 1989



CART...
10 WAT...
PARSIPPANY, N.J. 070...

WOQ665 2312 L AMBASE 93-531C CARTERET FSB DOCKET # 10505 TRANS 921299 WIN BOX # WC00004871 ACC # NE-JC-180
REGIONAL BOX # NEJ103 OTS DOCUMENTS FOR 1ST 30 CASES COMPLIANCE; GENERAL FILE; C E F; C R A 901299
CONFIDENTIAL MATERIAL - SUBJECT TO PROTECTIVE ORDER

WOQ6652312