UNITED STATES COURT OF FEDERAL CLAIMS

AMBASE CORPORATION and )
CARTERET BANCORP, INC., )
)
Plaintiffs, ) Case No. 93-531
)
and )
)
FEDERAL DEPOSIT INSURANCE )
CORPORATION, )
)
Plaintiff- )
Intervenor, )
)
vs. )
)
THE UNITED STATES OF )
AMERICA, )
)
Defendant. )
-----------------------------*

Wednesday, October 10, 2007
New York, New York
Time: 9:29 a.m.
Day 1, Volume 1
Pages 1-314

Day 1, Volume 1 of the deposition of PROFESSOR ANTHONY SAUNDERS, taken by Plaintiffs, pursuant to Notice, held at the offices of Navigant Consulting, 666 Third Avenue, New York, New York, on Wednesday, October 10, 2007 at 9:29 a.m. before Josephine H. Fassett, a Certified Shorthand Reporter and Notary Public of the State of New York.

we'll take a break.
MR. THOMPSON: That sounds fine.
BY MR. THOMPSON:
Q Is the best measure of a bank's value its future after-tax cash flows discounted back to present value?
A Is the bank's -- you mean in terms of the market value of the equity?
Q Yes.
A Is it equal to -- can you say that again?
Q Sure. Its future after-tax cash flows discounted back to present value at an appropriate discount.
A Discount rate. Okay. That's how we would value a bank, yeah.
Q Okay. And I know we talked a little bit last year about some of your real world experience, but I want to, since you've got another report and it touches on other subjects, I do want to get into a bit exactly what experiences you've had in some of these areas.
A Which page we on now?
Q Well, it's your --
A Vitae.



Q Right, which is Tab 1.
A (Complies.)
Q And have you ever advised or consulted or otherwise worked on a project for a company in bankruptcy?
A Not that I can recollect, you'll probably tell me I'm wrong, but I can't recollect one at this time.
Q Have you ever advised, consulted or otherwise worked on any project relating to a company in liquidation?
A Yeah, I mean I just got involved, and I haven't done much work, on two cases. One is the Mirant case which involves the failure of a public utility and the second is the collapse of Refco which was a securities dealer, principally speaking.
Q Okay. And are those the two instances in which you've advised or otherwise worked on a company in liquidation?
A Then -- let me just make sure.
Q Sure.
A Iridium which is also a bankruptcy. Or Enron, which was a bankruptcy. And of course the other savings and loans cases which I think are listed in my vitae.



Q Right, 5th-3rd, Perpetual?
A Perpetual. 5th-3rd. Perpetual. David can remind me of all these cases. D and N.
Q Right.
A And there might be another one which escapes me for the moment.
Q Okay. Now leaving aside the Winstar cases, with respect to Mirant, what are you doing on that case?
A I can't discuss it, it's ongoing and that report has not been filed and I don't know what the legal niceties are.
Q First of all, I'm not asking you for sort of what your strategy is.
A Well, I don't know, you tell me, if David says it's okay to talk about the case, it's okay.
Q Well, it's okay by me, but let me, just let me do this in a way that hopefully --
A And also I don't want like a legal suit against me because I've told you something, so.
Q Yeah, no, my question is: At a high level of generality what are you -- what's the subject matter that you're looking into?
A It's to do with a holding company that



let's say upstreamed revenues --
Q Right.
A -- and funds and led eventually, so the case argues, to Mirant's bankruptcy.
Q And so, I'm just trying to figure out what question you're looking at, I don't care what your conclusions are or what your, you know, but I'm just trying to figure out, you know, what at a high level of generality you're looking at. So there's some revenues that went up.
A But was this sufficient to cause the bankruptcy.
Q Okay. Refco?
A Refco. I've just really just started reading this stuff. It's to do with again with more to do with the internal misuse of brokerage accounts in the securities subsidiary in hiding their losses through an off-balance sheet subsidiary.
Q Okay. And do you know what you're going to be doing, you know, again at a high level of generality?
A Again to opine on whether that was sufficient to cause the bankruptcy.
Q Okay. And then with respect to Iridium, is that a stock fraud case, what's is it?