# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND
CARTERET BANCORP, INC.

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE
CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: November 15, 2007

**ORDER**

Pursuant to the hearing held on November 14, 2007, the Court hereby **ORDERS** the parties to file a Motion in Satisfaction of the Court's Request by Monday, November 19, 2007.

The Court further **SCHEDULES** a telephone status conference for Monday, November 26, 2007 at 11:00 a.m. to discuss the Motions.

The parties are **DIRECTED** to file a trial schedule by December 14, 2007.

The pre-trial conference is **SCHEDULED** for January 8, 2008 at 3:00 p.m. The previously set date for January 30, 2008 is hereby **CANCELLED**.

It is so **ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE