IN THE COURT OF FEDERAL CLAIMS

----------------------------------------x

AMBASE CORPORATION, et al.

v.

THE UNITED STATES OF AMERICA

----------------------------------------x

October 15, 1999

8:30: a.m.

200 Park Avenue

New York, New York

DEPOSITION of ROBERT ALBANESE, a witness in the above entitled matter, before a Notary Public of the State of New York

158

to be managed by Mr. Bianco and his colleagues, do you believe that it would have prospered in the economic environment that has prevailed since the end of 1992?
MS. TORNATORE: I will object as to speculation. You may answer to the extent you think you can.
A I think I could say that as I have said repeatedly, that we viewed this institution as being well run, and as an institution, a management team that was making progress.
I know of -- to take the other side, I do know of well run institutions that didn't do too well during good times, so you can't say with absolute certainty what would have happened, I certainly can't speculate on that.
Q I am just asking for your best judgment.
A My opinion is that it was a good management team, and a good management team and a good economy ought to be able to do pretty well.
Whether they would have prospered, I think that's -- what is prospered? They would have survived probably? Yes.
Q Do you recall how much the capital

159

deficit, and now I will just confine the question to the tangible capital deficit of Carteret was at this time, the time it was seized?
A No. Frankly I didn't even think it was negative, but I think it was below the minimum, but I don't recall, actually.
The deficit, I am talking about negative capital, not negative to the requirement.
Q Yes, I am talking, and my question is and I guess my representation is that its regulatory capital was negative?
A Okay.
Q Deficit?
A I don't recall.
Q I am just wondering if you recall.
A No.
Q So you don't recall what it's capital snapshot was at the time, so to speak?
A No.
Q Let me ask the question this way, if Carteret had satisfied at that time its tangible capital requirement, whatever that might have been, let's just say for purposes of this question that it was a $70 million tangible capital requirement, if they had satisfied that, do you

160

believe that Carteret would have been able to attract an investor to make up the much smaller difference that was then needed?
Do you understand my question?
A No, I don't. If you are asking me if they had a smaller hole to fill was somebody more likely to step in?
Q That's essentially what I am asking you, yes.
A I think that that pretty much goes without saying, for them and any other institution.
Q Do you believe that Carteret would have been seized if they had satisfied their -- its tangible capital requirement rather than having had, as it did, a tangible capital deficit?
A No.
Q If the OTS and the other regulatory authorities had in good faith at this time recognized Carteret's supervisory goodwill as regulatory capital no different from cash, do you believe that Carteret would have been seized at this time?
A You are saying if the supervisory goodwill was not eliminated, therefore bringing

161

that ratio way down and therefore they would have had somewhere in the neighborhood of 5 percent, based upon the numbers you showed me before?
Q It was actually 3.5, based upon those earlier numbers?
A If that supervisory goodwill was sufficient for them to meet the minimum capital requirements -- let me put it another way -- if the elimination -- if we did not eliminate the goodwill?
Q Yes, that's it.
A If they had enough that their tangible capital requirement would have been met, I think it gets back to your earlier question, I don't think they would have been seized.
Q Did the regulators ever consider infusing some of their own money into this thrift?
A While it was open?
Q Yes, I think that there were programs called open thrift assistance, and frankly I'm not specifically acquainted with them, I am sure you are.
A You are sure.
Q Do you recall if any consideration was given to possibly assisting a transaction in

order to keep the thrift from going into the RTC's portfolio?
A I think open thrift assistance happened for a very short period of time, and I think that was going on in the early '80s, maybe the mid '80s.
By the time 1989 rolled around, I don't believe that that was even a viable option on the table, and I certainly don't recall any discussions of open thrift assistance.
Q Was any consideration given to the possibility of granting Carteret an exemption from the regulatory capital requirements, FIRREA as I understand it accorded OTS the authority in certain limited circumstances actually to exempt, and your counsel may want to disagree with this, what is plainly and I admit a legal representation to you, but that's my understanding of how it worked, an exemption from the regulatory capital requirements.
Do you recall any conversation having been given to possibly exempting for a period of time or for a certain amount, anyway, of capital, exempting Carteret from the FIRREA imposed regulatory capital requirements?



A I don't recall any consideration of that.
MR. COOPER: It's 1:00, I am just about done, Mr. Albanese.
I don't know what Mr. Igo intends to do, but it might make a lot of sense for us to take a very short break and caucus and then we can perhaps decide whether it makes more sense to break for lunch and come back, or whether you might want to push right through.
If you would rather break for lunch now we can do that.
(At this point in the proceedings there was a recess, after which the deposition continued as follows:)
MR. COOPER: I think we can go back on the record.
Mr. Albanese, you will be pleased to know that I have prevailed upon Mr. Igo down there not to ask you any more questions, and in that same spirit, I have asked all the questions I have of you.
I want to say again how much I and we appreciate your making time to talk with



us, especially in light of your responsibilities, we appreciate that very much.
THE WITNESS: You are welcome.
MS. TORNATORE: No questions here.

__________________________
ROBERT ALBANESE

Subscribed and sworn to
before me this _______
day of _________, 1999.

_____________________
Notary Public

My Commission Expires: ________________



C E R T I F I C A T E

I, STEPHEN J. MOORE, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That, ROBERT ALBANESE, the witness whose deposition is hereinbefore set forth was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

__________________________
STEPHEN J. MOORE