# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *
*
AMBASE CORPORATION AND *
CARTERET BANCORP, INC. *
*Plaintiffs,* *
and *
*
FEDERAL DEPOSIT INSURANCE * Case No. 93-531C
CORPORATION, *
*Plaintiff-Intervenor,* * Senior Judge Smith
*
v. * Filed: November 26, 2007
*
THE UNITED STATES, *
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for November 26, 2006, to Friday, November 30, 1997 at 2:00 p.m.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE