# February 2008

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11<br>Trial Begins<br>Opening Statements | 12<br>Plaintiffs call first witness<br>R. Bianco: direct (3.5 hrs) & cross (3.5 hrs) | 13<br>C. Calomiris: direct (8 hrs) | 14 R. Bianco: redirect (1hr) & recross (1 hr)<br>J. Vortreide: Pls' direct (1 hr), FDIC's cross (1 hr), Df's cross (1 hr)<br>W. Green: Pls' direct (1 hr), FDIC's cross (1 hr), Df's cross (1 hr) | 15<br>C. Calomiris: cross (8 hrs) | 16 |
| 17 | 18<br>**PRESIDENTS' DAY – NO TRIAL** | 19<br>J. Ferrara: direct (1 hr) & cross (1 hr) | 20 C. Calomiris: redirect (2 hrs) & recross (2 hrs)<br>If depositions admitted, Ambase rests | 21 FDIC direct if necessary; if depositions admitted, Government files 52(c) motion; otherwise AmBase continues, then FDIC, if necessary | 22<br>If depositions admitted, argument on 52(c) motion; otherwise AmBase continues and then rests; then FDIC if necessary; then 52(c) | 23 |
| 24<br>*****Note: remainder of calendar assumes depositions admitted; otherwise, all events move forward two trial days** | 25<br>Government calls first witness<br>W. Day: direct (3 hrs) & cross (1.5 hrs) | 26<br>S. Smith: direct (2 hrs) & cross (1 hr)<br>R. Albanese: direct (1 hr) & cross (1 hr) | 27<br>W. Moor: direct (2 hrs) & cross (1 hr) | 28<br>M. Zamorski: direct (2 hrs) & cross (1 hr)<br>A. Vigna: direct (2 hrs) & cross (1.5 hrs) | 29<br>T. O'Rourke: direct (4 hrs) & cross (1 hr) | |

# March 2008

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | 1 |
| 2 | 3<br>R. Smith: direct (4 hrs) & cross (3 hrs) | 4<br>D. Kennedy: direct (4.5 hrs) & cross (3 hrs) | 5<br>A. Saunders: direct (8 hrs) | 6<br>A. Saunders: cross (6 hrs) | 7<br>If depositions admitted, Government rests | 8 |
| 9 | 10 | 11<br>If depositions not admitted, Government rests | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |