**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., Plaintiffs, and FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff-Intervenor, v. UNITED STATES OF AMERICA, Defendant. | ) | Civil Action No. 93-531 (Judge Loren Smith) |

**NOTICE OF PLAINTIFFS' WITNESS LIST**

Pursuant to Appendix A, ¶ 15 of the Rules of the United States Court of Federal Claims, Plaintiffs AmBase Corporation and Carteret Bancorp, Inc. ("AmBase") respectfully submit the following list of witnesses that they expect to call or that they may call at trial. Plaintiffs reserve the right to omit witnesses at trial, to call additional impeachment or rebuttal witnesses, to call any witness necessary to lay the foundation for the admissibility of trial exhibits, and to call as their own witness any witness identified on Defendant's or Plaintiff-Intervenor's preliminary or final witness lists or any expert retained by Defendant or Plaintiff-Intervenor who has previously been deposed in this matter, whether or not such witness is actually called by Defendant or Plaintiff-Intervenor.[1] In addition to the topics listed below, each witness may additionally testify as to

[1] Plaintiffs reserve the right to object to any witness designated on the Defendant's or Plaintiff-Intervenor's witness lists, or any exhibit on the Defendant's or Plaintiff-Intervenor's

any topics that have been the subjects of prior testimony (including affidavits, declarations, and depositions), regarding any exhibit presented by any party at trial, in rebuttal of evidence and testimony submitted by Defendant or Plaintiff-Intervenor, or impeachment of Defendant's or Plaintiff-Intervenor's witnesses.

Plaintiffs expect to call the following witnesses at trial:

**1. Richard A. Bianco**

Mr. Bianco is the Chairman of the Board of AmBase Corporation, and was, at times relevant to this action, the Chairman and CEO of Carteret. The topics about which Mr. Bianco may testify include: the damages suffered by Carteret and AmBase; the effects of FIRREA and other legislation and regulations on Carteret and AmBase; the operations, management, and financial condition of Carteret and AmBase; the relationship between Carteret and the regulators; the relationship between AmBase and the regulators; the efforts by Carteret and AmBase to mitigate the effects of the Government's breach; and the impact of the Government's breach on Carteret and AmBase. Mr. Bianco's address is: AmBase Corp., 100 Putnam Green, Third Floor, Greenwich, CT 06830.

**Expected Time of Direct Examination: 3.5 hours**

**2. John Ferrara**

Mr. Ferrara is the Chief Financial Officer of AmBase Corporation. The topics about which Mr. Ferrara may testify include: the damages suffered by Carteret and AmBase; the effects of FIRREA and other legislation and regulations on Carteret and AmBase; the operations, management, and financial condition of Carteret and AmBase; the relationship between Carteret

exhibit lists. Plaintiffs also reserve the right to rely upon Defendant's and Plaintiff-Intervenor's designated witnesses or exhibits, and this reservation should not be construed as a waiver of any objection to specific witnesses or exhibits.

and the regulators; the relationship between AmBase and the regulators; the efforts by Carteret and AmBase to mitigate the effects of the Government's breach; and the impact of the Government's breach on Carteret and AmBase. Mr. Ferrara's address is: AmBase Corp., 100 Putnam Green, Third Floor, Greenwich, CT 06830:

**Expected Time of Direct Examination: 1 hour**

**3. Charles W. Calomiris**

Dr. Calomiris is a consultant and expert on matters pertaining to banking, financial, and economic issues. Dr. Calomiris is expected to testify as to the matters set forth in his 2006 and 2007 reports and depositions and with respect to the matters set forth in any supplemental report he prepares. He may also testify as to any matter covered in his depositions and with respect to any fact or claim asserted by defense witnesses. Dr. Calomiris' address is: 251 Fox Meadow Road, Scarsdale, NY 10583.

**Expected Time of Direct Examination: 8 hours**

In addition to the above-listed witnesses, Plaintiffs reserve the right to, and may, present testimony from the following witnesses:

**1. Robert B. O'Brien**

Mr. O'Brien was, at times relevant to this action, the Chairman and CEO of Carteret. The topics about which Mr. O'Brien may testify include: the contracts (including the surrounding circumstances) that Carteret entered into with the Government; the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the operations, management, and financial condition of Carteret; the relationship between Carteret and the regulators; the efforts by Carteret to mitigate the effects of the Government's breach; and the impact

of the Government's breach on Carteret. Mr. O'Brien's last known address is: P.O. Box 1180, Delray Beach, FL 33447.

**Expected Time of Direct Examination: 1 hour**

**2. H. Brent Beesley**

Mr. Beesley is the former Director of the Office of the Federal Savings and Loan Insurance Corporation. The topics about which Mr. Beesley may testify include: the acquisitions at issue in this case; the Government's analyses of those acquisitions; and the forseeability of the damages that Carteret could suffer in the event of a breach by the Government of its contractual obligations relating to those acquisitions. Mr. Beesley's last known address is: Chairman and CEO, Heritage Bank, 95 East Tabernacle, 2nd Floor, St. George, Utah 84770.

**Expected Time of Direct Examination: 20 minutes**

**3. Thurman C. Connell**

Mr. Connell is the former Acting Director of the Office of the Federal Savings and Loan Insurance Corporation. The topics about which Mr. Connell may testify include: the acquisitions at issue in this case; the Government's analyses of those acquisitions; and the forseeability of the damages that Carteret could suffer in the event of a breach by the Government of its contractual obligations relating to those acquisitions. Mr. Connell's last known address is: Federal Home Loan Bank Board, Peachtree Center Station, Box 56527, Atlanta, GA 30343.

**Expected Time of Direct Examination: 20 minutes**

**4. John F. Downey**

Mr. Downey, at times relevant to this action, was a senior officer of the Office of Thrift Supervision. The topics about which Mr. Downey may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relation-

ship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Downey's last known address is: 10004 Carpers Farm Ct., Vienna, VA 22182.

**Expected Time of Direct Examination: 15 minutes**

**5. Jonathan Fiechter**

Mr. Fiechter was, at times relevant to this action, a senior officer of the Office of Thrift Supervision. The topics about which Mr. Fiechter may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Fiechter's last known address is: 7805 Shreve Road, Falls Church, VA 22043.

**Expected Time of Direct Examination: 15 minutes**

**6. Angelo Vigna**

Mr. Vigna is a former senior officer of the Federal Home Loan Bank Board and the Office of Thrift Supervision. The topics about which Mr. Vigna may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Vigna's last known address is: Sandler O'Neill & Partners, L.P., 919 Third Avenue, 6th Floor, New York, NY 10022.

**Expected Time of Direct Examination: 1 hour**

**7. Robert Albanese**

Mr. Albanese is a former senior officer of the Federal Home Loan Bank Board and the Office of Thrift Supervision. The topics about which Mr. Albanese may testify include: the

damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Alabanese's last known address is: Pentegra Retirement Services, 108 Corporate Park Drive, White Plains, NY 10604.

**Expected Time of Direct Examination: 1 hour**

**8. Michael Simone**

Mr. Simone is a former senior officer of the Federal Home Loan Bank Board and the Office of Thrift Supervision. The topics about which Mr. Simone may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Simone's last known address is: Office of Thrift Supervision, Harborside Financial Center, Plaza Five, Suite 1600, Jersey City, NJ 07311.

**Expected Time of Direct Examination: 1 hour**

**9. Russell Meyer**

Mr. Meyer was, at times relevant to this action, an officer of the Office of Thrift Supervision. The topics about which Mr. Meyer may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Meyer's last known address is: 35 7th Street, Belford, NJ.

**Expected Time of Direct Examination: 1 hour**

**10. Thomas O'Rourke**

Mr. O'Rourke was, at times relevant to this action, an officer of the Office of Thrift Supervision. The topics about which Mr. O'Rourke may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. O'Rourke's last known address is: OTS Complex & International Organizations, American International Group, Inc., Consolidated Supervision, 70 Pine St., 48th Floor, New York, NY 10270.

**Expected Time of Direct Examination: 30 minutes**

**11. Joseph Kehoe**

Mr. Kehoe is a former officer of the Office of Thrift Supervision. The topics about which Mr. Kehoe may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Kehoe's address is not known at this time.

**Expected Time of Direct Examination: 15 minutes**

**12. Michael Finn**

Mr. Finn is a former officer of the Office of Thrift Supervision. The topics about which Mr. Finn may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Finn's last known location is: Daley City, CA.

**Expected Time of Direct Examination: 15 minutes**

**13. Brian Dittenhafer**

Mr. Dittenhafer was, at times relevant to this action, the Principal Supervisory Agent and President of the Federal Home Loan Bank, New York. The topics about which Mr. Dittenhafer may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Dittenhafer's current address is not known at this time.

**Expected Time of Direct Examination: 15 minutes**

**14. John Ryan**

Mr. Ryan is an officer at OTS and a former officer of the RTC. The topics about which Mr. Ryan may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Ryan's last known address is: OTS, 1475 Peachtree St., Atlanta, GA 30309.

**Expected Time of Direct Examination: 20 minutes**

**15. G. Michael Saran**

Mr. Saran was, at times relevant to this action, an attorney at the RTC and FDIC. The topics about which Mr. Saran may testify include: the operations and management of the Carteret conservatorship and receivership, and the assessment, calculation of, and basis for, receivership liabilities, including post-insolvency interest. Mr. Saran's last known address is: 20 Exchange Place, 5th Floor, New York, NY 10005.

**Expected Time of Direct Examination: 15 minutes**

**16. Wayne Green**

Mr. Green is an official at the FDIC with responsibility for matters pertaining to receivership accounting. The topics about which Mr. Green may testify include: matters pertaining to conservatorship and receivership accounting generally, and matters pertaining to the estimation of and accounting for assets and liabilities of the Carteret conservatorship and receivership. Mr. Green's last known address is: 350 N. St. Paul, ODC-23079, Dallas, TX 75201.

**Expected Time of Direct Examination: 1 hour**

**17. Karen Hughes**

Ms. Hughes is an official at the FDIC with responsibility for matters pertaining to receivership accounting. The topics about which Ms. Hughes may testify include: matters pertaining to conservatorship and receivership accounting generally, and matters pertaining to the estimation of and accounting for assets and liabilities of the Carteret conservatorship and receivership. Ms. Hughes' last known address is: FDIC, Division of Finance, Room D-5118, Virginia Square, L. William Seidman Center, 3501 Fairfax Drive, Arlington, VA 22226.

**Expected Time of Direct Examination: 30 minutes**

**18. James Vortriede**

Mr. Vortriede is an official at the FDIC with responsibility for matters pertaining to taxes and receivership accounting. The topics about which Mr. Vortriede may testify include: matters pertaining to receivership taxes and tax accounting generally; matters pertaining to the estimation and basis of, and accounting for, any tax liabilities of the Carteret conservatorship and receivership; and, the preparation of tax returns for the Carteret conservatorship and receivership. Mr. Vortriede's last known address is: Dallas Field Office, FDIC, 1601 Bryan Street, Dallas, TX 75201.

**Expected Time of Direct Examination: 1 hour**

**19. Elaine Tama**

Ms. Tama was, at times relevant to this action, an employee of the RTC and FDIC. The topics about which Ms. Tama may testify include: matters pertaining to conservatorship and receivership accounting generally, matters pertaining to the estimation of and accounting for assets and liabilities of the Carteret conservatorship and receivership, and Carteret's tax liability. Ms. Tama's last known address is: NASA, 300 E St., S.W., Washington, DC 20024.

**Expected Time of Direct Examination: 15 minutes**

**20. William Day**

Mr. Day was, at times relevant to this action, an examiner with the FDIC. The topics about which Mr. Day may testify include: the damages suffered by Carteret; the effects of FIRREA and other legislation and regulations on Carteret; the relationship between Carteret and the regulators; and the regulation, examination, supervision, operations, management, and financial condition of Carteret. Mr. Day's last known address is: 349 Route 94, Newton, NJ 07860.

**Expected Time of Direct Examination: 15 minutes**

**21. Edward Griffin**

Mr. Griffin was, at times relevant to this action, an official of the RTC. Mr. Griffin may testify about the operation of the Carteret conservatorship and receivership. Mr. Griffin's last known address is: 50 Southwale Avenue, Little Silver, NJ 07739.

**Expected Time of Direct Examination: 20 minutes**

**22. Donna Cribbs**

Ms. Cribbs was, at times relevant to this action, an official of the RTC. Ms. Cribbs may testify about the viability of the Carteret Mortgage Company. Ms. Cribbs last known address is:

225 Lackland Court, Atlanta, GA 30530.

**Expected Time of Direct Examination: 20 minutes**

**23. Steven Johnston**

Mr. Johnston is an official at the FDIC. Mr. Johnston may testify about matters pertaining to conservatorship and receivership accounting generally and about calculation of Carteret's tax liability. Mr. Johnston's last known address is: Carteret Savings Bank, c/o FDIC 720/1309, 1910 Pacific Avenue, Tax Department, Dallas, TX 75201.

**Expected Time of Direct Examination: 20 minutes**

**24. James Anderson**

Mr. Anderson was, at times relevant to this action, an official at the FDIC. Mr. Anderson may testify about matters pertaining to conservatorship and receivership accounting generally and about calculation of Carteret's tax liability. Mr. Anderson's last known address is: FDIC, 3501 Fairfax Drive, Room D-5022, Arlington, VA 22226.

**Expected Time of Direct Examination: 30 minutes**

**25. Jay Jupiter**

Mr. Jupiter was, at times relevant to this action, an official at the RTC. Mr. Jupiter may testify about the basis for, operation, and effects of the Minority Preference Program. Mr. Jupiter's last known address is: 8208 Orville Street, Alexandria, VA 22309.

**Expected Time of Direct Examination: 30 minutes**

**26. J. Paul Ramey**

Mr. Ramey was, at times relevant to this action, an official at the RTC. Mr. Ramey may testify about the basis for, operation, and effects of the Minority Preference Program. Mr. Ramey's current address is not known at this time.

**Expected Time of Direct Examination: 30 minutes**

**27. James Midnich**

Mr. Midnich was, at times relevant to this action, an official at the RTC. Mr. Midnich may testify about the conservator's treatment of the Carteret Mortgage Company and other aspects of Carteret's mortgage operations. Mr. Midnich's last known address is: Advisors Mortgage Group, LLC, 2517 Highway 35, Building B, Suite 104, Manasquan, NJ 08736.

**Expected Time of Direct Examination: 15 minutes**

**28. Alvin Feit**

Mr. Feit was, at times relevant to this action, was an accountant at Watkins Meegan & Drury. He will testify to the validity of Carteret's 1995 tax return . Mr. Feit's last known address is 1205 Halesworth Dr Rockville, MD 20854.

**Expected Time of Direct Examination: 1 hour.**

Respectfully submitted,

/s/Charles J. Cooper
Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Counsel of Record*

Of Counsel:

Vincent J. Colatriano
David H. Thompson

COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Dated: December 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2007, I caused to be served by the Court's electronic filing system copies of the foregoing on the following counsel:

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.—Room 12006
Attn: Classification Unit—8th Floor
Washington, DC 20530

Andrew Gilbert, Esq.
FDIC Legal Division
550 17th Street, N.W.
Room 2098
Washington, DC 20429

/s/Charles J. Cooper