IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMBASE CORPORATION et al.,<br><br>Plaintiffs,<br><br>FEDERAL DEPOSIT INSURANCE CORP., Successor to the rights of CARTERET SAVINGS BANK, F.A.<br><br>Plaintiff-Intervenor<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 93-531C<br><br>Senior Judge Loren A. Smith |

**PLAINTIFF-INTERVENOR FDIC'S**
**PRE-TRIAL WITNESS LIST**

Plaintiff-Intervenor Federal Deposit Insurance Corporation ("FDIC"), as successor to the rights of Carteret Savings Bank, F.A. and as manager of the FSLIC Resolution Fund that succeeded to the assets and liabilities of the Resolution Trust Corporation ("RTC"), files this Pre-Trial Witness List pursuant to the Court's April 13, 2007 Scheduling Order and Paragraph VI.15(a) of Appendix A to the Rules of this Court.

Plaintiff FDIC will rely on the evidence to be proffered by Carteret Bancorp with respect to the issue of damages caused Carteret by the Government's breach of the 1982 and 1986 goodwill contracts with Carteret. Therefore, FDIC does not expect to call any witnesses for case-in-chief purposes. If the Government challenges the continued justiciability of this action, or if Carteret Bancorp challenges the FDIC's projection of Carteret receivership deficit, the FDIC may call as necessary the following witnesses:

1. **Wayne Green**

Mr. Green is employed as Senior Receivership Liability Accountant in the General Accounting Department of the FDIC's Division of Resolutions and Receiverships (1601 Bryan Street, Dallas, Texas 75201). From March 1987 until FIRREA, when he joined FDIC, Mr. Green worked for the FSLIC as an accountant specializing in the area of receivership accounting. Mr. Green received a B.Sc. degree in accounting from the University of New Orleans in1974, and he has a CPA license from the state of Georgia. Mr. Green also has worked as a bookkeeper and accountant at the New Orleans Federal Savings and Loan, from 1975 to 1985, following which he became Vice-President and Comptroller at the Crescent Federal Savings Bank.

If Mr. Green is called to testify, some of the topics he may address in his expected testimony include management of the general ledgers for depository institution receiverships, the statements of assets and liabilities for the Carteret Federal Savings Bank receivership, and the FDIC's reporting of its calculations, estimations and projections of financial results for the Carteret receivership.

Estimated time for direct examination: 3 hours

2. **James F. Vordtriede**

Mr. Vordtriede is employed as Senior Financial Management Analyst in the Dallas Field Office of the FDIC (1601 Bryan Street, Dallas, Texas 75201). He has earned a B.Sc. in Business Administration from the University of Missouri, an M.B.A. from Central Missouri State University, a Master of Science in Taxation from Fontbonne University, and a Masters Degree in Financial Economics from the University of London.

Mr. Vordtriede joined the Internal Revenue Service as a revenue agent after receiving his undergraduate degree in 1973, serving in that capacity until 1985, when he joined a private accounting firm. Mr. Vordtriede joined the FDIC in October 1986, specializing during his two-decade tenure on receivership tax issues.

If Mr. Vordtriede is called to testify, some of the topics he may address in his expected testimony include preparation and filing of tax returns for depository institution receiverships, the FDIC's reporting of its calculations, estimations and projections of tax liabilities and other such financial results for the Carteret Federal Savings Bank receivership, as well as other issues discussed in his deposition of March 2 to 3, and April 14, 2006. Mr. Vordtriede may also testify concerning the FDIC's efforts to eliminate or minimize the late filing and other potential future tax assessments against the Carteret receivership, as well as the tax settlement in the Benj. Franklin Federal Savings and Loan receivership.

Estimated time for direct examination: 1 hour

In addition to the topics listed above, each witness may additionally testify as to topics that were the subjects of prior testimony (including affidavits, declarations and depositions), regarding any exhibit presented at trial by any party, and in rebuttal of evidence and testimony offered by another party, or in impeachment of another party's witnesses. Finally, FDIC reserves the right to supplement and amend its list of witnesses as necessary and allowed by the Court, such as to call additional impeachment or rebuttal witnesses, to call witnesses to lay the foundation for admissibility of trial exhibits, or to call any witness listed on another party's list of witnesses.

Respectfully submitted,

By _s/ Andrew C. Gilbert

Andrew C. Gilbert
*Counsel*
Federal Deposit Insurance Corporation
Legal Division (MB-3060)
550 17th Street, NW
Washington, DC 20429
Telephone: 202-898-3871
Facsimile: 202-898-3908
Attorney of Record for Plaintiff-Intervener FDIC

OF COUNSEL:
D. Ashley Doherty
Gary Kuiper
*Counsel*
Federal Deposit Insurance Corporation
Legal Division

December 21, 2007

**CERTIFICATE OF SERVICE**

I certify this 21st day of December 2007, that I caused a copy of the foregoing FDIC'S PRETRIAL WITNESS LIST to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Andrew C. Gilbert