**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMBASE CORPORATION et al., | ) | |
| Plaintiffs, | ) | |
| FEDERAL DEPOSIT INSURANCE CORP., Successor to the rights of CARTERET SAVINGS BANK, F.A. | ) | No. 93-531C<br>Senior Judge Loren A. Smith |
| Plaintiff Intervener | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFF-INTERVENOR FDIC'S**
**PRE-TRIAL EXHIBIT LIST**

Plaintiff-Intervenor Federal Deposit Insurance Corporation ("FDIC"), as successor to the rights of Carteret Savings Bank, F.A. and as manager of the FSLIC Resolution Fund that succeeded to the assets and liabilities of the Resolution Trust Corporation ("RTC"), files this statement with following attached Pre-Trial Exhibit List pursuant to the Court's April 13, 2007 Scheduling Order and Paragraph VI.16 of Appendix A to the Rules of this Court.

Plaintiff FDIC will rely on the evidence to be proffered by derivative plaintiff Carteret Bancorp with respect to the issue of damages to Carteret caused by defendant's breach of contracts with Carteret. Therefore, FDIC does not expect to offer exhibits for case-in-chief purposes. However, if the Government challenges the continued justiciability of this action, or if plaintiff Carteret Bancorp challenges the FDIC's projection of a Carteret receivership deficit, the FDIC may offer as necessary the exhibits identified on the following attached list of exhibits.

Plaintiff FDIC reserves the right to supplement and amend the exhibit list as necessary and allowed by the Court. The FDIC also reserves the right to introduce into evidence or rely upon any exhibit identified on another party's lists of exhibits, and this reservation should not be construed as waiver of any objection to specific exhibits.

Wherever possible, to reduce duplication and in order to facilitate the joint exhibit list under Appendix A, paragraph 18, the following list of ("Fx" enumerated) exhibits that FDIC may offer at trial identifies exhibits according to defendant's "Dx" and/or shareholder plaintiffs' "Px" numbers respectively assigned to that particular exhibit on the preliminary lists previously exchanged on December 7, 2007 (pursuant to the Court's April 13, 2007 Scheduling Order).

Respectfully submitted,

By _s/ Andrew C. Gilbert
Andrew C. Gilbert
*Counsel*
Federal Deposit Insurance Corporation
Legal Division (MB-3060)
550 17th Street, NW
Washington, DC 20429
Telephone: 202-898-3871
Facsimile: 202-898-3908
AGilbert@fdic.gov
Attorney of Record for Plaintiff-Intervener FDIC

OF COUNSEL:
D. Ashley Doherty
Gary Kuiper
*Counsel*
Federal Deposit Insurance Corporation
Legal Division

December 21, 2007

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION et al.,<br><br>Plaintiffs,<br><br>FEDERAL DEPOSIT INSURANCE CORP.,<br>Successor to the rights of<br>CARTERET SAVINGS BANK, F.A.<br><br>Plaintiff Intervener<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 93-531C<br><br>Senior Judge Loren A. Smith |

**PLAINTIFF-INTERVENOR FDIC'S**
**<u>PRE-TRIAL EXHIBIT LIST</u>**

| | | |
|---|---|---|
| **Fx1A.** (Px1114) | 3/23/2007 | GOODWILL FINANCIAL REPORTING PACKAGE AS OF DECEMBER 31, 2006 (EXHIBIT ATTACHMENT TO "FDIC'S STATEMENT WITH REGARD TO SUMMARY JUDGMENT" FILED 11/7/2007) |
| **Fx1B.** (Px1113 Dx6089) | 3/31/2006 | 2005 FDIC GOODWILL FINANCIAL REPORTING PACKAGE |
| **Fx1C.** | 12/21/2007 | Chart: "Components of the Carteret FSB Receivership Deficit Projections by Year (Reported:2002 – 2006; Projected 2007 – 2010)" |
| **Fx1D.** | Left blank | |
| **Fx1E.** | Left blank | |
| **Fx1F etc.** | Left blank | For exhibits later identified and numbered by FDIC |

| | | |
|---|---|---|
| **Fx2.** (Dx2002 Px4305) | 8/XX/1991 | CORPORATE PROOF OF CLAIMS, RTC CLAIMS MANUAL, CHAP 10 (GREEN DEPO EX 2) |
| **Fx3.** (Dx2003) (Px1103) | 9/30/1998 | FDIC MEMO W/ ATTACHMENTS AND RE 1997 GOODWILL FINANCIAL REPORTING PACKAGE (GREEN DEPO EX 3) |

| | | |
|---|---|---|
| **Fx4.**<br>(Dx2004)<br>(Px1104)<br>(Px1105) | 4/13/1999<br>7/28/2000 | FDIC MEMOS WITH ATTACHMENTS AND RE 1998 AND 1999 GOODWILL FINANCIAL REPORTING PACKAGES<br>(GREEN DEPO EX 4 & EX 5) |
| **Fx5.** | | Left blank |
| **Fx 6.**<br>(Dx2006)<br>(Px1106) | 5/21/2000 | FDIC MEMO W/ ATTACHMENTS AND RE 2000 GOODWILL FINANCIAL REPORTING PACKAGE<br>(GREEN DEPO EX 6) |
| **Fx7.**<br>(Dx2007)<br>(Px1107) | 6/3/2002 | FDIC MEMO W/ ATTACHMENTS AND RE 2001 GOODWILL FINANCIAL REPORTING PACKAGE<br>(GREEN DEPO EX 7) |
| **Fx8.**<br>(Dx2008)<br>(Px1108) | 4/18/2003 | FDIC MEMO W/ ATTACHMENTS AND RE 2002 GOODWILL FINANCIAL REPORTING PACKAGE<br>(GREEN DEPO EX 8) |
| **Fx9.**<br>(Dx2009)<br>(Px.1109) | 4/7/2004 | FDIC MEMO W/ ATTACHMENTS AND RE 2003 GOODWILL FINANCIAL REPORTING PACKAGE<br>(GREEN DEPO EX 9) |
| **Fx10**.<br>(Dx2010)<br>(Px1110) | 3/31/2005 | FDIC MEMO W/ ATTACHMENTS AND RE 2004 GOODWILL FINANCIAL REPORTING PACKAGE<br>(GREEN DEPO EX 10) |
| **Fx11.**<br>(Dx2011)<br>(Px1111) | 5/10/2005 | FDIC MEMO W/ ATTACHMENTS AND RE RESTATED 2004 GOODWILL FINANCIAL REPORTING PACKAGE<br>(GREEN DEPO EX 11) |
| **Fx12.**<br>(Dx2012)<br>(Px5050) | 7/14/1998 | E-MAIL FROM MARK STRUNC TO ELAINE TAMA RE: CARTERET REPORT #1 (WITH ATTACHMENT)<br>(GREEN DEPO 12) |
| **Fx13.**<br>(Dx2013) | 7/14/1998 | E-MAIL FROM MARK STRUNC TO ELAINE TAMA RE: CARTERET REPORT #1 (WITH ATTACHMENT)<br>(GREEN DEPO EX 13) |
| **Fx14**.<br>(Dx2014) | 2/3/2006 | MEMORANDUM FROM WAYNE S. GREEN (FDIC) TO ANDREW GILBERT (FDIC) RE: "DRILL DOWN" REPORTS OF BALANCE SHEET ACCOUNTS OF CARTERET (WITHOUT ENCLOSURES)<br>(GREEN DEPO EX 14) |

| | | |
|---|---|---|
| **Fx15**.<br>(Dx2015)<br>(Px5081) | 12/31/2006 | FINANCIAL DATA WAREHOUSE - RRS BALANCE SHEET DRILL DOWN REPORT OF CARTERET FSB<br>(GREEN DEPO EX 15) |
| **Fx16**.<br>(Dx2016)<br>(Px5075) | 7/30/2002 | INTEROFFICE MEMORANDUM FROM ANNE M. TERRALL (FDIC) TO RHONDA EAGLE (FDIC) RE: CORPORATE PROOF OF CLAIM OF CARTERET FSB (WITH ATTACHMENTS)<br>(GREEN DEPO Ex 16) |
| **Fx17**.<br>(Dx2017)<br>(Px4986) | | CARTERET FSB, CONSOLIDATED FLORIDA BRANCH RESOLUTION SUMMARY, CONSOLIDATED NEW JERSEY BRANCH RESOLUTION SUMMARY, DATED 01/95 AND 03/10/95<br>(GREEN DEPO EX 17) |
| **Fx18.**<br>(Px4990) | 11/21/1994 | Memo re: FSM Reporting Package – Accounting Section<br>(GREEN DEPO EX 18) |
| **Fx19.**<br>(Dx2019)<br>(Px5023) | 6/14/1995 | MEMORANDUM FROM SHARON POWERS SIVERTSEN (FDIC) TO REGIONAL COUNSEL RE: POST-INSOLVENCY INTEREST MEMORANDUM (WITH ATTACHMENTS)<br>(GREEN DEPO EX 18) |
| **Fx20.**<br>(Dx2020)<br>(Px5125?) | 6/30/2000 | RECEIVERSHIP LIABILITY ACCOUNT RECONCILIATION OF CARTERET FEDERAL<br>(GREEN DEPO EX 20) |
| **Fx21.**<br>(Px5041) | | Financial Management System Account Trial Balance for Liquidation<br>(GREEN DEPO EX 21) |
| **Fx22.**<br>(Dx2022)<br>(Px5036) | 9/18/1996 | MEMORANDUM FROM JOHN F. BOVENZI, WILLIAM F. KROENEN, III, AND PAUL L. SACHTLEBEN TO OPERATING COMMITTEE RE: OPTIONS MEMORANDUM - POST-INSOLVENCY INTEREST, REGULATION AND AMENDMENTS TO 12 C.F.R. SECTION 360.3<br>(GREEN DEPO EX 22) |
| **Fx23.**<br>(Dx2023)<br>(Px5065) | 11/12/1999 | E-MAIL FROM ELAINE TAMA TO JAMES J. IGO AND WAYNE GREEN RE: CARTERET FSB OF NEW JERSEY POST INSOLVENCY INTEREST<br>(GREEN DEPO EX 23) |

| | | |
|---|---|---|
| **Fx24.**<br>(Px5066<br>Dx2024) | 12/22/1999 | E-MAIL FROM ELAINE TAMA TO WAYNE GREEN, SHARON E. KELLEY, AND RHONDA L. EAGLE RE: POST INSOLVENCY INTEREST RATES AND PRIORITY OF INTEREST<br>GREEN DEPO EX 24) |
| **Fx25.**<br>(Dx2025) | 3/20/2000 | E-MAIL FROM WAYNE GREEN TO HOWARD M. FINKELSTEIN RE: PROVEN CLAIMS ANALYSIS AND PII FILES ON GOODWILL SERVER FOR CARTERET (WITH ATTACHMENT)<br>(GREEN DEPO EX 25) |
| **Fx26.**<br>(Dx2026<br>Px4316) | 12/18/2001 | FDIC PROPOSED RULES, 12 CFR PART 360, PAYMENT OF POST-INSOLVENCY INTEREST IN RECEIVERSHIPS WITH SURPLUS FUNDS, 66 FR 65144-01 |
| **Fx27.**<br>(Dx2027<br>Px5076) | 11/13/2002 | POST INSOLVENCY INTEREST - DISTRIBUTION PRIORITIES AND INTEREST RATES // FEDERAL INCOME TAX DISTRIBUTION PRIORITIES (DRAFT)<br>(GREEN DEPO EX 27) |
| **Fx28.**<br>(Dx2028<br>Px5132) | 8/30/1994 | FDIC ACCOUNTING BULLETIN - RA #94-003<br>(GREEN DEPO EX 8) |
| **Fx29.**<br>(Dx2029) | | POST JUDGMENT INTEREST RATE TABLE<br>(GREEN DEPO EX 29) |
| **Fx30.**<br>(Dx2030<br>Px5172) | 6/16/2003 | E-MAIL FROM ELAINE TAMA TO WAYNE GREEN, ROBERT FERRER, SHARON E. KELLEY, AND VANESSA L. HESTER RE: SUMMARY OF MEETING ON PII<br>(GREEN DEPO EX 30) |
| **Fx31.**<br>Dx2031<br>Px5087 | 2/7/2005 | E-MAIL FROM RHONDA L. EAGLE TO WAYNE GREEN RE: 2003 PII ACCRUAL ON CARTERET<br>(GREEN DEPO 31) |
| **Fx32.**<br>(Px2701) | 12/6/1999 | Declaration in Support of FDIC's Motion Summary Judgment<br>(GREEN DEPO EX 25) |
| **Fx33.**<br>(Dx2033 | 1/26/199 | CALCULATION OF ACCRUED INTEREST ON PRIORITY 6 CLAIMANTS |

| | | |
|---|---|---|
| Px5058) | | (GREEN DEPO EX 33) |
| **Fx34C.**<br>(Dx2034C<br>Px5067) | 5/1/2000 | CALCULATION OF ACCRUED INTEREST ON PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 34C) |
| **Fx34B.**<br>Dx2034B<br>Px5063 | 8/17/1999 | CALCULATION OF ACCRUED INTEREST ON PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 34B) |
| **Fx34A**<br>Dx2034A<br>Px5062 | 8/17/1999 | CALCULATION OF ACCRUED INTEREST ON PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 34A) |
| **Fx35C**<br>Dx2035C<br>Px5111 | | CALCULATION OF ACCRUED INTEREST ON PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 35C) |
| **Fx35A**<br>Dx2035A<br>Px5109 | | CALCULATION OF ACCRUED INTEREST ON PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 35A) |
| **Fx35B.**<br>Dx2035B<br>Px5110 | | PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 35B) |
| **Fx36A.**<br>Dx2036A<br>Px5112 | | PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 36A) |
| **Fx36C**<br>Dx2036C<br>Px?? | | PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 36C) |
| **Fx36B.**<br>Dx2036B<br>Px?? | | PRIORITY 6 CLAIMANTS<br>(GREEN DEPO EX 36B) |
| **Fx37.**<br>Dx2037<br>Px5085 | 12/31/2004 | RRS INCOME STATEMENT, FINANCIAL DATA WAREHOUSE. DRILL DOWN REPORT OF CARTERET FSB<br>(GREEN DEPO EX 37) |
| **Fx38.**<br>Dx2038 | 12/31/2004 | RRS INCOME STATEMENT, FINANCIAL DATA WAREHOUSE. DRILL DOWN REPORT OF CARTERET FSB<br>(GREEN DEPO EX 38) |
| **Fx39.**<br>Px5052 | 10/1/1998 | Memo re: Continuation of the Purchase of Receivership Interest in National Sales Transactions<br>GREEN DEPO EX 39 |

| | | |
|---|---|---|
| **Fx40.**<br>Px5053 | 10/16/1998 | RTC (Accelerated) Dividend Case w/<br>Liability Register as of 10/29/98 (Green Ex.<br>40) |
| **Fx41.**<br>Dx2041<br>Px5070 | 11/29/2000 | MEMO: FROM ROBERT FERRER (FDIC) TO KAREN HUGHES (FDIC) THROUGH CRAIG JARVILL (FDIC) RE: PROPOSED ACCOUNTING TREATMENT OF NET PSA RECEIVABLE DUE CORPORATE (WITH ATTACHMENT)<br>GREEN DEPO Ex 41 |
| **Fx42.**<br>Dx2042<br>Px5078 | 12/17/2003 | MEMO: FROM ROBERT FERRER (FDIC) TO FRED S. SELBY (FDIC) THROUGH CRAIG R. JARVILL (FDIC) RE: REMOVAL OF OFFENSIVE LITIGATION EXPENSES RELATED TO INACTIVE GOODWILL CASES (WITH ATTACHMENTS)<br>(GREEN DEPO EX 42) |
| **Fx43.**<br>Dx2043<br>Px5091? | 12/31/2004 | RRS INCOME STATEMENT, FINANCIAL DATA WAREHOUSE, DRILL DOWN REPORT OF CARTERET FSB<br>(GREEN DEPO EX 43) |
| **Fx44.**<br>Dx2044<br>Px4315 | 8/30/1999 | MEMO: RE: FDIC RECEIVERSHIP FUNDING BY CORPORATE: ADVANCES/LOANS & RETURNS OF DIVIDENDS, CALENDAR YEAR 1999 PROCESS<br>(GREEN DEPO EX 44) |
| **Fx45.**<br>Px5116<br>Dx2045 | | GL BALANCE SUMMARY REPORT OF CARTERET FSB, FINANCIAL DATA WAREHOUSE<br>(GREEN DEPO EX 45) |
| **Fx46.**<br>Dx2046 | 12/31/2004 | RRS BALANCE SHEET, FINANCIAL DATA WAREHOUSE, DRILL DOWN REPORT OF CARTERET FSB<br>(GREEN DEPO EX 46) |
| **Fx47.**<br>Dx2047<br>Px4308 | 6/1992 | FIELD ACCOUNTING MANUAL, RTC<br>(GREEN DEPO 47) |
| **Fx48.**<br>Px4311<br>Dx2048 | 10/23/1996 | NFSC ACCOUNTING MANUAL: LIABILITY ACCOUNTING<br>(GREEN DEP EX 48) |
| **Fx49.**<br>Dx2049<br>Px5171 | 10/9/2003 | E-MAIL FROM ELAINE TAMA TO ROBERT FERRER AND WAYNE GREEN RE: PII ACCRUAL<br>(GREEN DEPO Ex 49) |

| | | |
|---|---|---|
| **Fx50.**<br>Dx2050<br>Px5080 | 4/13/2004 | E-MAIL FROM SHARON E. KELLEY TO ROBERT FERRER AND WAYNE GREEN RE: GOODWILL STATUS<br>(GREEN DEPO EX 50) |
| **Fx51.**<br>Dx2051<br>Px5088 | 2/9/2005 | E-MAIL FROM DAVID J. COLLEY TO WAYNE GREEN RE: CARTERET GOODWILL CASE<br>(GREEN DEPO EX 51) |
| **Fx52.**<br>Dx2052<br>Px5089 | 2/10/2005 | E-MAIL FROM DAVID J. COLLEY TO WAYNE GREEN RE: CARTERET GOODWILL CASE<br>(GREEN DEPO EX 52) |
| **Fx53.**<br>Dx2053<br>Px5092 | 2/11/2005 | E-MAIL FROM JAMES F. VORDTRIEDE TO WAYNE GREEN RE: CARTERET GOODWILL CASE<br>(GREEN DEPO EX 53) |
| **Fx54.**<br>Dx2054<br>Px4427 | 11/18/2005 | E-MAIL FROM JAMES F. VORDTRIEDE TO WAYNE GREEN RE: STATUS REPORT: TAX: NOVEMBER 30, 2005<br>(GREEN DEPO Ex 54) |
| **Fx55.**<br>Px5048 | 2/13/1998 | Email re: Carteret VEBA<br>(GREEN DEPO EX 55) |
| **Fx56.**<br>Px4005<br>Dx2056 | 12/8/1995 | CONSOLIDATION PLAN OF CARTERET FSB<br>(GREEN DEPO EX 56) |
| **Fx57.**<br>Dx2057<br>Px5033 | 12/31/1995 | STATEMENT OF OPERATIONS (UNAUDITED) AND STATEMENT OF ASSETS AND LIABILITIES IN LIQUIDATION (UNAUDITED) OF CARTERET FSB<br>(GREEN DEPO EX 57) |
| **Fx58**<br>Px5017 | 3/10/1995 | Pro Forma Adjustment to Statement of Condition<br>(GREEN DEPO EX 58) |
| **Fx59.**<br>Dx2059<br>Px4304 | 5/1/1988 | FDIC ACCOUNTING FOR RECEIVERSHIP LIABILITIES BULLETIN<br>(GREEN DEPO EX 59) |
| **Fx60.**<br>Dx2060<br>Px4869 | 1/31/1992 | MEMO: FROM LYNN SHIBUT (RTC) TO ED GERBER<br>(RTC) RE: DIVIDEND ESTIMATES FOR GENERAL CREDITORS FOR PASS THROUGH RECEIVERSHIPS (WITH ENCLOSURE) |

| | | |
|---|---|---|
| | | (GREEN DEPO EX 60) |
| **<u>Fx61.</u>**<br>Dx2061<br>Px4948 | 6/17/1994 | FDIC ACCOUNTING BULLETIN - RA #94-001<br>(GREEN DEPO EX 61) |
| **<u>Fx62.</u>**<br>Dx2062<br>Px5126 | | BRIEF HISTORICAL SUMMARY OF RESOLUTION FUNDING<br>(GREEN DEPO EX 62) |
| **<u>Fx63.</u>**<br>Dx2063<br>Px5021 | 4/11/1995 | MEMO: FROM STEPHEN N. GRAHAM (FDIC) TO ALVIN E. KITCHEN (FDIC) RE: INTEREST ON CORPORATE CLAIM<br>(GREEN DEPO EX 63) |
| **<u>Fx64.</u>**<br>Dx2064<br>Px5027 | 10/20/1995 | E-MAIL FROM MICHAEL HUGHES TO KAREN HUGHES AND CLIFTON E. FORD RE: POST INSOLVENCY INTEREST<br>(GREEN DEPO 64) |
| **<u>Fx65.</u>**<br>Dx2065<br>Px5029 | 12/8/1995 | E-MAIL FROM KAREN HUGHES TO MERI-LYNN SCHMALZ, CLIFTON E. FORD, AND CRAIG R. JARVILL RE: POST-INSOLVENCY INTEREST CALCULATION<br>(GREEN DEPO 65) |
| **<u>Fx.66.</u>**<br>Dx2066<br>Px5034 | 3/20/1996 | E-MAIL FROM MICHAEL P. CACO TO ALVIN E. KITCHEN AND SAMUEL E. FORKKIO RE: TIME VALUE OF MONEY<br>(GREEN DEPO 66) |
| **<u>Fx.67.</u>**<br>Dx2067<br>Px5039 | 6/5/1997 | MEMORANDUM FROM JEAN ANN COOPER TO ELAINE TAMA THROUGH JOSEPH F. BUSH RE: POST INSOLVENCY INTEREST CALCULATION METHODS<br>(GREEN DEPO 67) |
| **<u>Fx.68.</u>**<br>Px4313 | 6/26/1997 | Post Insolvency Interest Procedures Analysis<br>(GREEN DEPO EX 68) |
| **<u>Fx69.</u>**<br>Px5044 | 8/22/1997 | Email re: Post Insolvency Interest<br>(GREEN DEPO EX 69) |
| **<u>Fx70.</u>**<br>Dx2070<br>Px5046 | 12/19/1997 | E-MAIL FROM KAREN HUGHES TO ALVIN E. KITCHEN RE: POST-INSOLVENCY INTEREST CALCULATIONS<br>(GREEN DEPO EX 70) |

| | | |
|---|---|---|
| **Fx71.**<br>Dx2071<br>Px4314 | 5/4/1998 | MEMORANDUM FROM SAMUEL E. FORKKIO (FDIC) TO DIVISION OF FINANCE RE: INFORMATION DISTRIBUTION ON DISCUSSION MEMORANDUM 43 - POST-INSOLVENCY INTEREST IN CORPORATE AND RECEIVERSHIP FINANCIAL STATEMENTS<br>(GRREN DEPO Ex 71) |
| **Fx72.**<br>Dx2072 | 1/14/1999 | E-MAIL FROM ELAINE TAMA TO WAYNE GREEN RE: FIN 1309<br>(GREEN DEPO EX 72) |
| **Fx73.**<br>Dx2073<br>Px5068 | 8/23/2000 | PART A: INTEREST RATES SET BY THE FDIC (DRAFT)<br>(GREEN DEPO EX 73) |
| **Fx74.**<br>Px5071 | 2/22/2001 | Memo re: Priority of Post-Insolvency Interest Under National Depositor Preference<br>(GRREN DEPO EX 74) |
| **Fx75.**<br>Dx2075<br>Px5073 | 5/31/2001 | E-MAIL FROM BOBBY R. BEAN TO ELAINE TAMA RE: WEDNESDAY'S PII MEETING RECAP AND OPEN ITEMS<br>(GREEN DEPO EX 75) |
| **Fx76.**<br>Px4317 | 1/12/2004 | FDIC Statement of Position Draft re: Accounting for Post-Insolvency Interest Draft<br>(GRREN DEPO EX 76) |
| **Fx.77.**<br>Dx2077<br>Px4414 | 2/8/1999 | E-MAIL FROM ELAINE TAMA TO RICK CYWINSKI, ROBERT FERRER, JAMES F. VORDTRIEDE, AND STEVEN JOHNSTON RE: INCOME TAX NOTE TO RECEIVERSHIP FINANCIAL STATEMENTS<br>(GREEN DEPO EX 77) |
| **Fx78.**<br>Dx2078<br>Px4418 | 5/17/2000 | MEMORANDUM FROM JAMES E. ANDERSON (FDIC) TO KAREN HUGHES (FDIC) RE: TAX ISSUES RELATED TO THE GOODWILL LITIGATION<br>(GREEN DEPO EX 78) |
| **Fx79.**<br>Dx2079<br>Px4419 | 6/22/2000 | E-MAIL FROM KAREN HUGHES TO SUSAN BROWN, RICHARD OSTERMAN, ET AL. RE: CLAIMS ISSUES RELATED TO TAX - MEETING REQUEST FOR MORNING OF 6/29<br>(GREEN DEPO 79) |
| **Fx80.** | 6/28/2000 | GOODWILL TAX ISSUES - TALKING POINTS |

| | | |
|---|---|---|
| Dx2080<br>Px4420 | | (GREEN DEPO Ex 80) |
| **Fx81.**<br>Dx2081<br>Px5069 | 11/14/2000 | E-MAIL FROM STEVEN JOHNSTON TO ELAINE TAMA AND KATHLEEN F. FRANTUM RE: PRELIMINARY COMMENTS - TAX LIABILITIES<br>(GREEN DEPO EX 81) |
| **Fx82.**<br>Dx2082<br>Px4423 | 11/20/2002 | E-MAIL FROM STEVEN JOHNSTON TO ELAINE TAMA AND ROBERT FERRER RE: TAX CLAIMS ISSUES (WITH ATTACHMENT)<br>(GREEN DEPO EX 82) |
| **Fx83.**<br>Dx2084<br>Px5079 | 3/16/2004 | E-MAIL FROM JAMES F. VORDTRIEDE TO ELAINE TAMA RE: QUESTIONS ON TAX RETURN PREPARATION FOR RECEIVERSHIPS<br>(GREEN DEPO EX 83) |
| **Fx84.**<br>Px5035 | 7/23/1996 | Memo re: Separation of FDIC Goodwill Litigation Groups<br>(GREEN DEPO EX 84) |
| **Fx85.**<br>Dx2085 | 10/9/1996 | MEMORANDUM FROM ALVIN E. KITCHEN TO ALL UNITS RE: CHARGING OF GOODWILL LITIGATION RELATED EXPENSES<br>(GREEN DEPO EX 85) |
| **Fx86.**<br>Px5150 | 4/23/1997 | E-mail re: Goodwill expense coding<br>(GREEN DEPO EX 86) |
| **Fx87.**<br>Px5040 | 4/28/1997 | Email re: Goodwill Expense Coding<br>(GREEN DEPO EX 87) |
| **Fx88.**<br>Px5041 | 6/19/1997 | Memo re: Goodwill Expense Coding in FIMS<br>(GREEN DEPO EX 88) |
| **Fx89.**<br>Px5043 | 6/27/1997 | Email re: Comment: Expense Coding<br>(GREEN DEPO EX 89) |
| **Fx90.**<br>Px5045 | 11/12/1997 | Memo re: Charging Goodwill Litigation Expenses in FIMS<br>(GREEN DEPO EX 90) |
| **Fx91.**<br>Dx2091<br>Px3759 | 10/17/2001 | MEETING MINUTES RE: GOODWILL ISSUES - PAYMENT OF DIVIDENDS (DRAFT) AND E-MAIL FROM LORI MCCORMICK TO SHARON E. KELLEY, ELAINE TAMA, AND RICK CYWINSKI RE: MINUTES FOR GOODWILL DIVIDEND MEETING, DATED 10/30/01 |

| | | |
|---|---|---|
| | | (GREEN DEPO EX 91) |
| **Fx92.** Dx2092 Px4318 | 9/30/2004 | ACCOUNTING CONCEPTS - FDIC RECEIVERSHIPS (GREEN DEPO EX 92) |
| **Fx93.** Px5127 Dx2093 | | FDIC ACCOUNTING FOR RECEIVERSHIP LIABILITIES BULLETIN (GREEN DEPO EX 93) |
| **Fx94.** Px5019?? | 3/13/1995 | CARTERET FEDERAL SAVINGS BANK TRIAL BALANCE FINAL MARCH 10, 1995 (GREEN DEPO EX 94) |
| **Fx95.** Px5012 | 3/7/1995 | RTC Memo re: Carteret FSB in Conservatorship. (GREEN DEPO EX 95) |
| **Fx96.** Dx2096 Px5128 | | RECEIVERSHIP RECONCILIATION, UNPAID REMAINING CLAIMS - NO. 16, CARTERET (FL) (GREEN DEPO EX 96) |
| **Fx97.** Px5192 | | Receivership Reconciliation Unpaid Remaining Claims – No. 16 (GREEN DEPO Ex 97) |
| **Fx.98** Dx2098 Px5037 | 9/30/1996 | RTC JOURNAL ENTRY AND INTEROFFICE MEMORANDUM FROM LISA F. KLASKIN (FDIC) TO HELEN RESTAU (FDIC) RE: CORPORATE PROOF OFCLAIM OF CARTERET FSB, DATED 09/18/96 (WITH ATTACHMENT) (GREEN DEPO EX 98) |
| **Fx99.** Dx2099 Px5074 | 4/12/2002 | AUDIT TRAIL REPORT AND INTEROFFICE MEMORANDUM FROM ANNE M. TERRALL (FDIC) TO RHONDA EAGLE (FDIC) RE: CORPORATE PROOF OF CLAIM OF CARTERET FSB, DATED 04/08/02 (WITH ATTACHMENT) (GREEN DEPO EX 99) |
| **Fx100.** Px 5020 | 4/6/1995 | Trial Balance (GREEN DEPO EX 100) |
| **Fx101.** Px5019 | 3/12/1995 | Carteret FSB Detail Trial Balance – 317 (GREEN DEPO EX 101) |
| **Fx102.** Px4310 | 12/4/1996 | NFSC Accounting Manual, N-Series, SSeries (GREEN DEPO EX 102) |
| **Fx103.** Dx2103 | | EXECUTIVE SUMMARY, MORTGAGE SECURITIZATION CASE, RTC 1993-82 CASE (WITH |

| | | |
|---|---|---|
| Px4545(?) | | EXHIBIT A)<br>(GREEN DEPO EX 103) |
| **Fx104.** | | Left blank |

| | | |
|---|---|---|
| **Fx105**.<br>Dx5022 | 3/1/2005 | LIABILITY REGISTER REPORT<br>(AM00095015 - AM00095019) |
| **Fx106.**<br>Dx9006 | 3/1/1999 | LIABILITY REGISTER (AM00092230 - |
| **Fx107.**<br>Dx 2106 | 11/18/2005 | EMAIL FROM JAMES F. VORDTRIEDE TO WAYNE GREEN RE: STATUS REPORT: TAX: NOVEMBER 30, 2005 |
| **Fx.108.**<br>Dx 2107 | 12/20/2005 | EMAIL FROM STEVEN JOHNSTON TO ROBERT FERRER, SHARON E KELLEY, WAYNE GREEN, JAMES F. VORDTRIEDE CC: WILLIAM R. BAUDCUM, VANESSA L. HESTER, TRACY D. JACKSON, CRAIG SWEENEY, CRAIG R. JARVILL |
| **Fx.109**.<br>DX 2108 | 11/12/2004 | MEMORANDUM FROM FDIC STAN IVIE FIELD OPERATIONS DEPUTY DIRECTOR TO DIVISION OF RESOLUTIONS AND RECEIVERSHIP STAFF RE: TAX MANUAL ATTACHMENT: FDIC FIELDFINANCIAL OPERATIONS TAX MANUAL |
| **Fx110.**<br>Dx2109 | | TAX RETURN ROUTING FORM 2004 ATTACHMENT: 2003 US. CORPORATION INCOME TAX RETURN |
| **Fx111.**<br>Dx2111<br>Dx2112<br>Dx2113 | | AM00096139 - -00096149 2002 US CORPORATION INCOME TAX RETURN<br>AM00096200 - -00096214 2001 US CORPORATION INCOME TAX RETURN<br>AM00096046 - -00096059 2000 US CORPORATION INCOME TAX RETURN |
| **Fx112.**<br>Dx 2114 | | AM6107 1771 - 1780 INTERNAL REVENUE SERVICE AND RESOLUTION TRUST CORPORATION INTER-AGENCY AGREEMENT |
| **Fx113.**<br>Dx 2115 | | AM00095457 - -00095481 1999 TAX RETURN CONTROL FORM |
| **Fx114.** | 10/09/2003 | EMAIL FROM ELAINE TAMA TO ROBERT FERRER, |

| | | |
|---|---|---|
| Dx 2117 | | WAYNE GREEN RE: PII ACCRUAL |
| **<u>Fx115.</u>**<br>Dx 2118 | | AM00095310 --00095315AM00095317 -<br>-00095330 1999 TAX RETURN ROUTING FORM |
| **<u>Fx116.</u>**<br>Dx 2121 | | CARTERET 1995 FEDERAL INCOME TAX RETURN |
| **<u>Fx117.</u>**<br>Dx2122 | | 1995 US CORPORATION INCOME TAX RETURN |
| **<u>Fx118.</u>**<br>Dx2123 | 11/15/1999 | LETTER FROM JAMES F. VORDTRIEDE TO INTERNAL REVENUE SERVICE CENTER RE: CARTERET FEDERAL SAVINGS BANK 22-0809906 CIVIL PENALTY 1995 1120 |
| **<u>Fx119.</u>**<br>Dx2114<br>Dx2115 | | ANALYSES OF TAX ATTRIBUTES |
| **<u>Fx120.</u>**<br>Dx 2126 | | CARTERET 1309 1995-2003 FFA FIMS ACCOUNTS |
| **<u>Fx121.</u>**<br>Dx2127<br>Dx2128<br>Dx2129 | 5/6/2005 | 12/31/1992 COMPUTATION OF THE REGULATION 1.597.2 MODEL FOR 1992<br>12/31/1993 COMPUTATION OF THE REGULATION 1.597.2 MODEL FOR 1993<br>12/31/1994 COMPUTATION OF THE REGULATION 1.597.2MODEL FOR 1994 |
| **<u>Fx121.</u>**<br>Dx2130 | | 12/31/1995 COMPUTATION OF THE REGULATION 1.597.2 MODEL FOR 1995; STATEMENT OF ASSETS AND LIABILITIES AS OF DECEMBER 31, 1995; THE PAGES OF THE TAX RETURNS FOR '95 AND '96, TAX YEAR '97, TAX YEAR '98 WHERE FFA (FEDERAL FINANCIAL ASSISTANCE) WAS CALCULATED |
| **<u>Fx122.</u>**<br>Dx2132<br>Dx2133<br>Dx2134<br>Dx2135<br>Dx2136<br>Dx2137<br>Dx2138<br>Dx2139 | 5/6/2005 | 12/31/1997 COMPUTATION OF THE REGULATION 1.597.2 MODEL FOR 1997<br>12/31/1998 COMPUTATION OF THE REGULATION 1.597.2MODEL FOR 1998<br>12/31/1999 COMPUTATION OF THE REGULATION 1.597.2MODEL FOR 1999<br>12/31/2000 COMPUTATION OF THE REGULATION 1.597.2 MODEL FOR 2000<br>2/31/2001 COMPUTATION OF THE REGULATION 1.597.2 MODEL FOR 2001<br>12/31/2002 COMPUTATION OF THE REGULATION 1.597.2 MODEL FOR 2002 |

| | | |
|---|---|---|
| | | 12/31/2003 COMPUTATION OF THE REGULATION 1.597.2MODEL FOR 2003<br><br>12/31/2004 COMPUTATION OF THE REGULATION 1.597.2MODEL FOR 2004 |
| **Fx123.**<br>Dx2140 | | COMPUTATION OF CURRENT IRS CLAIM |
| **Fx124.**<br>Dx2143 | | 2004 US CORPORATION INCOME TAX RETURN |
| **Fx125.**<br>Dx2144 | 01/21/2005 | BLUE PRINT FOR CLOSING AND POST CLOSING TAX YEARS |
| **Fx126.**<br>Dx2153<br>Dx2154<br>DX2155 | | DEFERRED FFA ACCOUNT PAPERS |
| **Fx127.**<br>Dx2156 | 3/1/2001 | FDIC MEMO TO ROBERT G. CLARK, JOHN V. THOMAS, SUSAN BANK FROM KAREN HUGHES RE: DOF CONTACTS FROM SUPERVISORY GOODWILL LITIGATION |
| **Fx128.**<br>Dx2157 | 9/3/1998 | EMAIL TO JAMES F. VORDTRIEDE FROM CHRISTOPHER WOOD RE: TAX FOOTNOTE - FINS 1265 & 1290 |
| **Fx129.**<br>Dx2158 | 4/11/2006 | SUMMARY OF FFA RECOMPUTATIONS AND SUPPORTING TAX ATTRIBUTES |
| **Fx130.**<br>Leave blank | Leave blank | [Exhibits 54-66 to Deposition of James Vordtriede ?= ?Dx2159-Dx2171?][Regulation 1.597-2 FFA computations][each 4/11/2006] |
| **Fx131.**<br>Dx2172 | | COMMUTATIVE CARTERET BANCORP INC FINANCIAL PAPERS |
| **Fx132.**<br>Dx2173 | 7/21/1998 | EMAIL TO ELAINE TAMA FROM JAMES F. VORDTRIEDE RE: FOOTNOTE- CARTERET |

| | | |
|---|---|---|
| **Fx133.** Dx2174 | 2/9/2005 | EMAIL TO STEVEN JOHNSTON, WAYNE GREEN, JAMES F. VORDTRIEDE, DAVID J. COLLEY RE: CARTERET GOODWILL CASE |
| **Fx134.** Leave blank | | |
| **Fx135.** Dx2176 | 7/21/1998 | EMAIL TO ELAINE TAMA FROM JAMES F. VORDTRIEDE RE: FOOTNOTE- CARTERET |
| **Fx136.** Dx2179 | 5/21/1999 | EMAIL TO STEVEN JOHNSTON TO RICK CYWINSKI RE: GOODWILL PROJECT |
| **Fx137.** Dx2181 | 3/15/2004 | EMAIL TO RICK CYWINSKI, STEVEN JOHNSTON FROM ELAINE TAMA RE: TAX IMPACTS ENTRIES TO EQUITY ACCOUNTS |
| **Fx138.** Dx2183 | 5/6/2004 | MEMO TO VANESSA HESTER FROM ELAINE TAMA RE: ACCOUNTING FOR SECURITIZATION - RELATED FUNDS – RECEIVERSHIPS |
| **Fx139.** | 11/142005 | EMAIL TO STEVEN JOHNSTON FROM JAMES F. VORDTRIEDE RE: 1309 CARTERET NOL ANALYSIS |
| **Fx140.** Dx2186 | 3/8/00 | 1999 GOODWILL TAX ANALYSIS CARTERET FEDERAL SAVINGS BANK #1309/720 |
| **Fx141.** Dx2195 | | LETTER TO IRS FROM JAMES VORDTRIEDE RE CARTERET CIVIL PENALTY |
| **Fx142.** Dx2196 | 3/3/1997 | LETTER TO CARTERET BANK FROM IRS RE CHANGES IN AMOUNT OWED |
| **Fx150.** Dx2197 | 10/22/1997 | LETTER FROM FDIC TO IRS RE CARTERET BANK AND STATEMENT OF ADJUSTMENT TO ACCOUNT |
| **Fx151.** Dx2203 | 5/29/1991 | RTC DIRECTIVE TO REGIONAL DIRECTORS, FROM STOW, RE: PROCEDURES FOR COMPUTATION OF DIVIDEND PAYMENTS OF PASS-THROUGH PURCHASE & ASSUMPTION RECEIVERSHIPS |
| **Fx152.** | 10/23/1996 | LIABILITY ACCOUNTING, REVISED 10/23/96 |
| **Fx153.** Dx2207 | 5/4/1996 | FTC STATEMENT OF POSITION ACCOUNTING FOR RECEIVERSHIP ADVANCES |
| **Fx154.** Dx2214 | 12/7/1992 | MEMO TO JAMES MINDNICH FROM DONNA CRIBBS RO SUMMARY OF FINDINGS |

| | | |
|---|---|---|
| **Fx155.**<br>Dx2215 | 3/10/1993 | MEMO TO GEORGE GROSS FROM JAMES MINDNICH RE UNCOMMITED PIPELINE |
| **Fx156.**<br>Dx2255 | 12/4/1992 | OTS PASS-THROUGH RECEIVERSHIP OF A FEDERAL SAVINGS ASSOCIATION INTO A DE NOVO FEDERAL SAVINGS ASSOCIATION THAT IS PLACED INTO CONSERVATORSHIP WITH THE RTC |
| **Fx157.**<br>Dx2257 | 12/4/1992 | CONSERVATORSHIP STRATEGIC PLAN OF CARTERET FSB |
| **Fx158.**<br>Dx2383 | 8/11/1994 | MEMORANDUM FROM JOHN P. DAVIS TO DISTRIBUTION SUBJECT: WESTERN FEDERAL SAVINGS BANK/CARTERET FEDERAL SAVINGS BANK |
| **Fx159.**<br>Dx2530 | 6/8/1995 | MEMORANDUM FROM STEPHEN N. GRAHAM, ALVIN E. KITCHEN, AND THOMAS A. ROSE TO ALL REGIONAL DIRECTORS, ALL REGIONAL FINANCIAL OFFICERS, AND ALL REGIONAL COUNSEL RE: RECEIVERSHIPS - POST-INSOLVENCY INTEREST |
| **Fx160.**<br>Dx2534 | | ANALYSIS OF POST-INSOLVENCY INTEREST PROCEDURE PROPOSALS |
| **Fx161.**<br>Dx2536 | 8/22/1997 | E-MAIL FROM MICHAEL P. CACO TO KAREN HUGHES, DENIS NOLAN, JOHN J. QUINN, MARTIN W. BECKER, AND JAMES E. ANDERSON RE: POST-INSOLVENCY INTEREST; FDIC RULES AND REGULATIONS, DATED 12/29/95; AND, FDIC ACCOUNTING BULLETIN - RA #94-003, DATED 08/30/94 |
| **Fx162.**<br>Dx2538 | 5/4/1998 | MEMORANDUM FROM SAMUEL E. FORKKIO TO DISTRIBUTION RE: INFORMATION DISTRIBUTION CONCERNING DISCUSSION MEMORANDUM 43 - POST-INSOLVENCY INTEREST IN CORPORATE AND RECEIVERSHIP FINANCIAL STATEMENTS (WITH ATTACHMENT) |
| **Fx163.**<br>Dx2539 | | FDIC STATEMENT OF POSITION (DRAFT) |
| **Fx163.** | 6/22/2000 | E-MAIL FROM KAREN HUGHES TO SUSAN |

| | | |
|---|---|---|
| Dx2547 | | BROWN, RICHARD OSTERMAN, FREDERICK J. OZYP, ET AL. RE: CLAIMS ISSUES RELATED TO TAX - MEETING REQUEST FOR MORNING OF 6/29 |
| **Fx164.** Dx2548 | 10/9/2003 | E-MAIL FROM ELAINE TAMA TO ROBERT FERRER AND WAYNE GREEN RE: PII ACCRUAL |
| **Fx165.** Dx2552 | 12/9/1997 | E-MAIL FROM ELAINE TAMA TO JEFFREY D. CHASE, ALVIN L. SHELTON, JOSEPH M. NAIRN, CLIFTON E. FORD, J. RUSSELL CHERRY, SAMUEL E. FORKKIO, AND KATHY COX RE: ACCRUAL OF INTEREST--RTC LOANS FROM CORPORATE TO RECEIVERSHIPS; FDIC STATEMENT OF POSITION, DATED 05/21/96 |
| **Fx166.** Dx2555 | 4/24/2001 | DIVISION OF FINANCE: GOODWILL TEAM ASSIGNMENTS |
| **Fx167.** Dx2565 | 11/14/2005 | EMAIL MESSAGE FROM S JOHNSTON TO J F VORDTRIEDE RE 1309 CARTERET NOL ANALYSIS |
| **Fx168.** Dx2567 | 6/28/2000 | EMAIL MESSAGE FROM S JOHNSTON TO E TAMA RE "FW: CLAIMS ISSUES RELATED TO TAX-MEETING REQUEST FOR MORNING OF 6/29" |
| **Fx169.** Dx2569 | 10/9/2003 | EMAIL MESSAGE FROM E TAMA TO R FERRER & W GREEN RE "FW: PII ACCRUAL" |
| **Fx170.** Dx2571 | 2/9/2005 | EMAIL MESSAGE FROM L SHAW TO S JOHNSTON ET AL. RE "CARTERET GOODWILL CASE" |
| **Fx171.** Dx2572 | 2/9/2005 | EMAIL MESSAGE FROM W GREEN TO D J COLLEY RE"FW: CARTERET GOODWILL CASE" |
| **Fx172.** Dx2573 | 2/10/2005 | EMAIL MESSAGE FROM W GREEN TO D J COLLEY & J F VORDTRIEDE RE "FW: CARTERET GOODWILL CASE" |
| **Fx173.** Dx2575 | 11/14/2005 | EMAIL MESSAGE FROM S JOHNSTON TO J F VORDTRIEDE RE "1319 CARTERET NOL ANALYSIS" AND ATTACHED "2003 GOODWILL TAX ANALYSIS CARTERET FSB #1309/720 AS OF 12/31/2003" |
| **Fx174.** Dx2576 | 1/18/2006 | GOODWILL TAX ANALYSES OF CARTERET FSB #1309/720 FOR YEARS 2000, 2001, 2002, 2003, 2004, & |

| | | |
|---|---|---|
| | | 2005 |
| **Fx175.** Dx2577 | 3/8/2000 | "1999 GOODWILL TAX ANALYSIS CARTERET FSB #1309/720 AS OF 12/31/1999 NOL ANALYSIS" |
| **Fx176.** Dx2578 | 2/25/1999 | FORM 1120X "RTC RETURN" FOR CARTERET FSB AMENDED FOR TAX YEAR 1995 |
| **Fx177.** Dx2579 | | FORM 1120 TAX RETURN FOR CARTERET FSB, FA FOR 1992 |
| **Fx178.** Dx2580 | 12/20/1996 | FORM 1120 TAX RETURN FOR 1995 OF FDIC AS RECEIVER FOR CARTERET FSB AND SUBSIDIARIES |
| **Fx179.** Dx2582 | 11/17/2005 | EMAIL MESSAGE FROM J F VORDTRIEDE TO J F VORDTRIEDE RE "FW: CARTERET GOODWILL CASE" (NOTATION THAT VORDTRIEDE MUST REVIEW THE COMPUTATION FOR THE 1995 CARTERET CLOSING) |
| **Fx180.** Dx5024 | 6/26/1997 | POST-INSOLVENCY INTEREST PROCEDURES ANALYSIS |
| **Fx181.** Dx6008 | 1/24/1992 | RESOLUTION TRUST CORPORATION MEMORANDUM FROM STEPHEN A. HALEY TO SUPERVISORY MANAGING AGENTS RE: POLICY FOR CONTINUED LENDING IN CONSERVATORSHIP |
| **Fx182.** Dx6011 | 6/4/1992 | CALCULATION OF NET PROCEEDS ON SALE |
| **Fx183.** Dx6017 | 12/4/1992 | EXITING MEMORANDUM CARTERET FEDERAL SAVINGS BANK |
| **Fx184.** Dx6020 | 12/31/1992 | CARTERET'S EXECUTIVE SUMMARY OF INTERVENTION |
| **Fx185.** Dx6194 | | CHAPTER 1 EXECUTIVE SUMMARY- MANAGING THE CRISIS |
| **Fx186.** Dx8145 | 6/6/1986 | ASSISTANCE AGREEMENT BETWEEN THE FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION AND CARTERET SAVINGS BANK |
| **Fx187.** | 12/11/1992 | MEMORANDUM AND ATTACHMENT FROM T. |

| | | |
|---|---|---|
| Dx9000 | | MICHAEL THOMPSON TO OFFICE VICE PRESIDENTS RE: IRS-RTC INTERAGENCY AGREEMENT |
| **Fx188.** Dx9001 | 12/31/1995 | CARTERET FSB STATEMENT OF ASSETS AND LIABILITIES IN LIQUIDATION (UNAUDITED) (ROUNDED IN DOLLARS) FINANCIAL INSTITUTION NUMBER: 1309 INCEPTION DATE: 1/20/95 |
| **Fx189.** Dx9003 | 2/23/1996 | INTERNAL REVENUE SERVICE AND RESOLUTION TRUST CORPORATION INTER-AGENCY AGREEMENT AFFIRMATION BY FEDERAL DEPOSIT INSURANCE CORPORATION |
| **Fx190.** Dx9006 | 3/1/1999 | ORDER RE PLAINTIFF'S MOTION FOR RECONSIDERATION (GRANTED) |
| **Fx191.** Dx9008 | 5/5/2006 | TRANSCRIPT OF FAIRNESS HEARING BEFORE HONORABLE EMMITT G. SULLIVAN UNITED STATES DISTRICT JUDGE |
| **Fx192.** Dx9010 | 9/4/1992 | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY CIVIL ACTION NO. 923751 COMPLAINT AND JURY DEMAND |
| **Fx193.** Dx9042 | | LAWRENCE J. WHITE, THE S&L DEBACLE, (NEW YORK: OXFORD UNIVERSITY PRESS, 1991, PP. 65, 71, 74-75 |
| **Fx194.** Dx9112 | | CARTERET SAVINGS (FIN 8602) LITIGATION AGAINST WESTERN FSB |
| **Fx195.** Dx9113 | | C-AM-A-0335493 - 335496 SETTLEMENT AGREEMENT |
| | | |
| **Fx200.** Px2424 | 9/29/1982 | Merger Agreement between Delray and Carteret |
| **Fx201.** Px2429 | 9/29/1982 | Amended Assistance Agreement between FSLIC and Carteret |
| **Fx202.** | 9/30/1982 | Copy of Resolution 82-662 |

| | | |
|---|---|---|
| Px2430 | | |
| **Fx203.** Px2487 | 6/6/1986 | Copy of Resolution No. 86-566 |
| **Fx204.** Px2488 | 6/6/1986 | Assistance Agreement between FSLIC and Carteret |
| **Fx205.** Px4894 | 12/4/1992 | Notice of Appointment of Receiver |
| **Fx206.** Px4895 | 12/4/1992 | Order 92-509 Pass Through Receivership of a Federal Savings Association to a De Novo Federal Savings Association That Is Placed Into Conservatorship with RTC |
| **Fx207.** Px4897 | 12/4/1992 | Purchase and Assumption Agreement Between RTC in Its Capacity as Receiver for CSB and RTC in Its Capacity as Conservator for CFSB |
| **Fx208.** Px4898 | 12/7/1992 | Donna Cribbs & William Bailey to James Mindnich Memo re Summary of Mortgage Banking Operations |
| **Fx209.** Px4901 | 1/12/1993 | Carol L. Weatherly to Susan V.Hamilton Email re Personnel in Mortgage Production Operation |
| **Fx210.** Px4904 | 3/10/1993 | James R. Mindnich to George M. Gross Memo re Uncommitted Pipeline |
| **Fx211.** | Left Blank | |
| | | |

**End of Plaintiff-Intervenor FDIC's Pre-Trial Exhibit List, December 21, 2007**

**CERTIFICATE OF SERVICE**

I certify this 21st day of December 2007, that I caused a copy of the foregoing FDIC'S PRETRIAL EXHIBIT LIST to be filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ Andrew C. Gilbert