## Components of the Carteret FSB Receivership Deficit Projections by Year
## (Reported: 2002 - 2006; Projected 2007 - 2010)




**Note:** Estimated Tax Liability is projected using an annual average increase of 8%, while the Admin Liab, Subrog Clms and PII component is projected to increase 6.6% each year. Reported amounts are gleaned from the Goodwill Reporting Packages for years ended 2002 - 2006.