# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC. | * | |
| *Plaintiffs,* | * | |
| and | * | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | * | Case No. 93-531C |
| | * | Senior Judge Smith |
| *Plaintiff-Intervenor,* | * | Filed: January 14, 2008 |
| v. | * | |
| THE UNITED STATES, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the pretrial conference held on January 8, 2008, the Court hereby ORDERS the following:

1. The Motions to Dismiss and Motion in Limine shall be **HELD IN ABEYANCE** until after the trial.

2. The Court **GRANTS** the Plaintiff's Motion for Designation of Deposition Testimony for Trial and **GRANTS** the FDIC and United States the opportunity to file counter-designation deposition testimony and any other designation as needed.

3. Plaintiffs and Defendant are **ALLOTTED 50 hours** each for trial. The FDIC shall be **ALLOTTED 20** hours. The trial will begin on Monday, February 11, 2008 at 9:30 in Courtroom #9, United States Court of Federal Claims. The trial will continue on Mondays and Wednesdays from 9:30 a..m. to 1:30 p.m. and resume at 4:00 p.m. and continue until 6:00 p.m. On Tuesdays, Thursdays and Fridays trial will be held from 10:00 a.m. to 6:00 p.m. with a break for lunch.

**IT IS SO ORDERED**.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE