# EXHIBIT B

Michael Edward Finn June 9, 1999

Jersey City, New Jersey

*Page 1 to Page 265*

CONDENSED TRANSCRIPT AND CONCORDANCE

*PREPARED BY:*

*ALDERSON REPORTING CO. INC.*
*1111 14th St, N.W.*
*4th Floor*
*Washington, DC 20005*
*Phone: 1-800-FOR-DEPO*
*FAX: 1-800-367-3310*

Page 5

institutions.

I was an ICR analyst for approximately two years. From there I became a supervisory analyst, and I was a supervisory analyst for about two and a half years.

As a supervisory analyst we wrote correspondence to the institution based off of exam findings, we did quarterly financial monitoring of the thrift institutions within our caseload, and we would schedule meetings with management, Boards of Directors when issues needed to be discussed.

From there I became a field examiner, which I did for approximately four years.

There you go out to the institution and evaluate their books, records, financials, evaluate internal audit functions, controls, and try and assess the overall health of the institution.

From there I moved into -- back into our office here at Jersey City, as a capital markets analyst, which is the specialty area within the investment, interest rate risk, asset liability, asset area, and I have been doing that

Page 6

for about two and a half to three years now.

Somewhere along the way, when obviously the Federal Home Loan Bank became OTS, I just transferred over, so my employment has been consistent from '86 through now from the FHLB into OTS, I think in August of '89.

Q So you have been a government regulator dealing with the thrift industry for roughly the past 13 years?

A Correct.

Q During that period, I assume you were trained and developed expertise in general accounting, business accounting, as well as thrift accounting, is that more or less correct?

A I wouldn't necessarily say expertise in accounting.

Accounting is not -- it was not my undergraduate major, and I haven't taken any specialty accounting courses.

We do get trained in thrift accounting, and how to understand what's presented in a balance sheet, but I would definitely say I am not an expert in accounting.

We have regional accountants that we would defer to on those issues.

Page 7

Q So you are not technically an accountant?

A No.

Q But your job basically throughout this period involved looking at financial reports and looking at accounting statements?

A Yes. I have developed an understanding of the thrift accounting, but again, claiming an expertise would not be something I would do.

Q I understand.

Well, I am sure you know essentially -- well, let me ask you, do you have a basic familiarity with what the so-called Winstar related litigation is all about?

A Yes, I do.

Q So you understand that it is a lawsuit having to do with something called supervisory goodwill?

A Yes, I do.

Q How would you, given your understanding of accounting, explain or think about yourself what supervisory goodwill is?

A Supervisory goodwill I associate with -- number one, the word supervisory tied with

Page 8

goodwill means it was a troubled case, troubled institution that was being acquired, and there was special considerations that were given; that created this supervisory goodwill.

Goodwill is an accounting term that's used in many industries, but when it's supervisory goodwill, it was specifically related to the thrift industry during a period in time during the 1980s.

Supervisory goodwill generally was the number that was equivalent to the negative net worth that the acquiring institution would take over.

Goodwill in general accounting terms is a plug number for the difference between the value of the assets and the value of the liabilities.

For those institutions, often it ended up being a negative net worth of the institution being acquired.

That goodwill was allowed to stay on the books for a certain number of years, and it would be amortized down by the acquiring institution.

That's about the broad definition.

Page 9

Q In terms of what it represents on a balance sheet or financial report that you might review in the course of your work as a regulator, is it substantially different from other assets?

MS. FRANK: Objection as to form. You can answer, if you understand the question.

A If you could clarify what you mean by different?

Q If you were reviewing a balance sheet and you saw a line item for supervisory goodwill, would it necessarily mean something to you different from other sorts of assets that you would see on a balance sheet?

A I guess there are two ways to look at it.

One, there are tangible assets and then there are intangible assets, and goodwill is an intangible asset, because there is no -- you can't necessarily remove it and sell it to a competitor.

The other thing is we would generally look at a balance sheet for asset strength, and you look for an asset that produces an earnings stream, and if you owned a mortgage

Page 10

backed security you would earn interest.

If you owned goodwill, you don't necessarily receive an interest flow that's generated from it.

There may be some value that's derived from it, but it's very intangible by its nature.

Q Right. I guess that's sort of what I am trying to get at.

If you were explaining this litigation, or just the concept in general to a lay person who doesn't work in finance, and I am not asking for your expert opinion as either an accountant or a regulator, just your understanding, would you describe goodwill as something that is -- the word has been used before -- as a gimmick?

A I don't think goodwill is a gimmick, but it's an accounting pronouncement, and many probably very learned accountants came up with the idea of putting goodwill on the books.

It's been a hotly debated issue. It makes sense, because the theory is that you would pay no more than what something is worth, and when you assign goodwill, you are assuming that there

Page 11

is a value tied with that to the enterprise that you are buying.

In the case of supervisory goodwill, there was some argument that it was a deferral of the losses that should have been incurred at the institution that was being acquired, but still the thought was if you had an acquirer that was willing to pay X price, there is some value to that acquirer, and presumably it would have been associated with the business franchise, as opposed to necessarily the assets that were on the balance sheet, because they are paid a premium above what normally the assets would have been worth.

So I don't think it was a gimmick at all.

It might have been a deferral of some recognition of losses at the time, but not --

Q But in a sense, all assets are deferrals -- are expenses or losses waiting to happen for when you deal with them, would you agree with that statement?

In the sense that if you have cash on your balance sheet and you spend it, that cash will go off as an expense, and potentially a loss on your balance sheet?

Page 12

MS. FRANK: I object as to form.

A Yes, I don't know if I really understand that question.

I mean I think with certain assets there is a predictability of cash, and that's where it's a little bit different, and with goodwill, the predictability is not there, at least for the most part.

I mean there might be some businesses or industries where it is more predictable, but at that point in time, that was a very unpredictable number.

So I think it is different from other assets and liabilities.

Q Different from if you had another intangible asset on a balance sheet, let's say a patent or a copyright on your balance sheet.

Isn't that another intangible asset that you would carry at the price you paid for it, and there is always a risk that its value could go up or down?

MS. FRANK: Counsel, I object to this line of questioning, in that he has stated that he's not an expert in accounting.