**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION<br>AND CARTERET BANCORP, INC.<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br>Plaintiff-Intervenor,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 93-531C<br>(Senior Judge Loren Smith) |

**JOINT STIPULATIONS OF PRE-TRIAL AND TRIAL PROCEDURES**

1. All documents produced other than handwritten notes are presumed authentic. Documents produced are all documents produced by the parties and third parties in discovery and documents identified on a party's trial exhibit list. The presumption of authenticity with respect to a particular document may be challenged at trial with appropriate evidence.

2. Handwritten notes include documents that are entirely handwritten and handwritten marginalia on typed or printed documents. Handwritten notes may be authenticated in any manner permitted by the Federal Rules of Evidence.

3. If a witness listed on a party's witness list is necessary to support or negate the admissibility of a document to which an objection has been made, the party may call or recall, as

the case may be, that witness to testify concerning the factual foundation relating to the admissibility of the document. Each document offered into evidence must be offered at trial, or by stipulation of all parties.

4. In addition to service under RCFC 5, any notice or document required to be served upon the opposing parties shall be served by email, hand, or facsimile no later than 6:00 p.m. on the date it is due. Nothing in this paragraph shall shorten the times for serving demonstrative exhibits specified in paragraph 5. For purposes of service upon an opposing party, the following addresses shall be used:

DAVID H. THOMPSON
VINCENT J. COLATRIANO
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Tel.: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
vcolatriano@cooperkirk.com
(Attorneys for Plaintiffs)

ANDREW GILBERT
Federal Deposit Insurance Corporation
550 17th Street NW (Room 3060)
Washington, D.C. 20429
Tel: 202.898.3871
Fax: 202.8983908
AGilbert@fdic.gov
(Attorney for Plaintiff-Intervenor)

DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W. Rm. 7028

Washington, D.C. 20005
Tel. (202) 307-0309
Fax: (202) 514-7969
David.Levitt@usdoj.gov
(Attorney for Defendant)

5. A party shall serve one copy by email or three copies by hand delivery of each demonstrative exhibit it intends to use in direct examination no later than 72 hours before the exhibit is to be used. Any demonstrative exhibit to be used in the opening statement shall be provided no later than 24 hours before the exhibit is to be used. If a demonstrative exhibit is served by email, there must also be concurrent telephonic notice or voice mail to counsel of record of such transmittal. If a demonstrative is served after business hours, it may be served by facsimile, with concurrent telephonic notice or voice mail to counsel of record of such transmittal, and hand delivery of three copies of the demonstrative the following morning, provided, that when next-morning service of the three copies would fall upon a Saturday, Sunday or legal holiday, the serving party shall arrange a mutually acceptable means of service with counsel of record for the parties to be served. Color demonstratives that exist electronically shall also be served by email. Demonstratives that are limited to excerpts from exhibits, bullet point outlines, and cross-examination demonstratives do not need to be exchanged.

6. The parties exchanged preliminary exhibit lists on December 7, 2007. Plaintiffs and plaintiff-intervenor filed and served their final exhibit lists on December 21, 2007. Defendant filed and served its final exhibit list on January 22, 2008. The parties served each other a hard copy of each exhibit listed on its final exhibit list upon the other parties together with their final exhibit lists. Amendments to the final exhibit list shall preserve, insofar as

possible, the numbering of exhibits as that numbering appears in the party's final exhibit list.

7. Subject to the Court expressing a different preference for the method by which exhibits are admitted into evidence at trial, the parties agree that no party is required to note objections to exhibits and all objections to exhibits that are not covered by this stipulation are preserved until the proffer of the exhibit at trial, provided that each exhibit whose admissibility is not covered by this stipulation shall be offered into evidence before its contents are discussed during an examination.

8. Each party may move at trial to introduce into evidence exhibits from any of the final exhibit lists, provided that proper foundation has been established or admissibility has been established by stipulation.

9. The parties stipulate to the admissibility of the documents identified below, provided that, when offered into the record, the document is used in the examination of a witness at trial and discussed by the witness, even if that witness could not authenticate the document. However, documents whose admissibility has been stipulated to under this paragraph need not be used in examination of a witness at trial if: (1) the party intending to offer such an exhibit into evidence without using it in the examination of a witness at trial provides notice of such intent (which notice shall include an identification of each such exhibit) no later than seven days before opening its case-in-chief or February 18, 2008, whichever comes later; and (2) the document (a) was cited in the text or footnotes of an expert report or in a demonstrative exhibit used by an expert witness at trial, or (b) was cited in, or attached as an appendix to the parties' "Statement of Issues" briefing in 2006 pertaining to the Carteret receivership deficit issue or in the parties'

pretrial briefs, or (c) was an exhibit in a deposition that was designated by a party and admitted into evidence by the Court. Mere inclusion of the document in the list of materials considered in the preparation of an expert report does not suffice to obviate the need to use a document in the examination of a witness at trial. The parties stipulate only to the admissibility of typewritten content, and not to handwritten content. This stipulation notwithstanding, objections as to whether a document is complete or whether it is a composite of multiple documents are not waived. That a document has not been included in this stipulation does not carry any implication with respect to the admissibility of that document:

(a) Carteret Savings, Carteret Bancorp, Carteret Federal, The Home Group, and Ambase10Ks, 10Qs, annual reports, and all other securities filings;

(b) Examination reports pertaining to Carteret Savings, Carteret Bancorp, Carteret Federal, and AmBase, and responses to those examination reports by Carteret Savings, Carteret Bancorp, Carteret Federal or AmBase;

(c) Carteret Savings and Carteret Federal Thrift Financial Reports;

(d) Carteret Savings, Carteret Bancorp, Carteret Federal, and AmBase Board of Directors meeting minutes and meeting minutes for all Carteret Savings, Carteret Bancorp, Carteret Federal, and AmBase committees;

(e) The following PX exhibits: PX 905, PX 1001, PX 1002, PX 1101-1114, PX 1611, PX 1801, PX 1902, PX 1905, PX 2001, PX 2002, PX 2003, PX 2112, PX 2118, PX 2221, PX 2308, PX 2315, PX 2319, PX 2325, PX 2328, PX 2408, PX 2413, PX 2422, PX 2424, PX 2426, PX 2427, PX 2429, PX 2430, PX 2431,

PX 2432, PX 2433, PX 2434, PX 2435, PX 2437, PX 2440, PX 2441, PX 2445, PX 2446, PX 2447, PX 2470, PX 2474, PX 2480, PX 2481, PX 2483, PX 2484, PX 2485, PX 2486, PX 2487, PX 2488, PX 2490, PX 2491, PX 2506, PX 2602, PX 2603, PX 2606, PX 2608, 2609, 2610, PX 2611, PX 2612, PX 2613, PX 2614, PX 2615, PX 2617, PX 2618, PX 2625, PX 2801, PX 2803, PX 2805, PX 2807, PX 2808, PX 2816, PX 2818, PX 2819, PX 2820, PX 2821, PX 2822, PX 2823, PX 2824, PX 2825, PX 2826, PX 3801, PX 3802, PX 3804, PX 3806-3825, PX 3827, PX 3828, PX 3829, PX 4001, PX 4002a, PX 4002b, PX 4203, PX 4207, PX 4210, PX 4211, PX 4228, PX 4304, PX 4305, PX 4306, PX 4307, PX 4309, PX 4310, PX 4311, PX 4312, PX 4313, PX 4314, PX 4316, PX 4317, PX 4318, PX 4319, PX 4401, PX 4402, PX 4403, PX 4404, PX 4405, PX 4406, PX 4406a, PX 4408, PX 4409, PX 4410, PX 4413, PX 4415, PX 4416, PX 4417, PX 4418, PX 4419, PX 4421, PX 4422, PX 4423, PX 4424, PX 4425, PX 4426, PX 4427, PX 4428, PX 4428a, PX 4428b-m, PX 4428aa, PX 4431, PX 4434, PX 4519, PX 4527, PX 4529, PX 4608, PX 4631, PX 4704, PX 4711, PX 4717, PX 4718, PX 4719, PX 4724, PX 4726, PX 4804, PX 4805, PX 4809, PX 4814, PX 4822, PX 4836, PX 4860, PX 4863, PX 4864a, PX 4867a, PX 4868, PX 4869, PX 4870a, PX 4878, PX 4879, PX 4889, PX 4890, PX 4891, PX 4893, PX 4894, PX 4896, PX 4897, PX 4898, PX 4899, PX 4900, PX 4901, PX 4902, PX 4903, PX 4904, PX 4905, PX 4906, PX 4907, PX 4908, PX 4909, PX 4912, PX 4913, PX 4917, PX 4918, PX 4919, PX 4921, PX 4922, PX 4923, PX 4924, PX 4925, PX 4926,

PX 4927, PX 4928, PX 4929, PX 4930, PX 4931, PX 4932, PX 4933, PX 4934, PX 4935, PX 4936, PX 4937, PX 4939, PX 4941, PX 4942, PX 4944, PX 4945, PX 4946, PX 4947, PX 4949, PX 4950, PX 4951, PX 4952, PX 4954, PX 4956, PX 4957, PX 4959, PX 4961, PX 4962, PX 4965, PX 4968, PX 4971, PX 4973, PX 4975, PX 4976, PX 4978, PX 4979, PX 4981, PX 4986, PX 4987, PX 4988, PX 4989, PX 4992, PX 4994, PX 4995, PX 4998, PX 4999, PX 5001, PX 5002, PX 5003, PX 5004, PX 5005, PX 5007, PX 5008, PX 5009, PX 5010, PX 5011, PX 5013, PX 5014, PX 5016, PX 5022, PX 5023, PX 5025, PX 5026, PX 5027, PX 5028, PX 5029, PX 5031, PX 5032, PX 5033, PX 5034, PX 5035, PX 5036, PX 5038, PX 5039, PX 5044, PX 5045, PX 5047, PX 5049, PX 5051, PX 5053, PX 5056, PX 5057, PX 5058, PX 5060, PX 5065, PX 5066, PX 5068, PX 5071, PX 5072, PX 5073, PX 5076, PX 5078, PX 5079, PX 5081, PX 5085, PX 5090, PX 5094, PX 5095, PX 5097, PX 5098, PX 5099, PX 5100, PX 5105, PX 5106, PX 5112, PX 5113, PX 5114, PX 5115, PX 5117, PX 5124, PX 5130, PX 5132, PX 5133, PX 5137, PX 5156, PX 5159, PX 5165, PX 5166, PX 5170, PX 5171, PX 5173, PX 5174, PX 5181, PX 5188, PX 5200, PX 5202, PX 5204, PX 5205, PX 5206, PX 5219, PX 5220, PX 5221, PX 5226, PX 5229, PX 5237, PX 5238, PX 5239, PX 5249, PX 5257, PX 5265, PX 5267, PX 5272, PX 5282, PX 5303, PX 5311, PX 5319, PX 5328, PX 5331, PX 5414, PX 5510, PX 5905, PX 5912, PX 6004, PX 6006, PX 6007, PX 6009, PX 6010, PX 6011, PX 6013, PX 6014, PX 6015, PX 6018, PX 6018a-g, PX 6022, PX 6023, PX 6024, PX 6031, PX

6037, PX 6040, PX 6202, PX 6203, PX 6204, PX 6205, PX 6221, PX 6222, PX 6223, PX 6227, PX 6228, PX 6401, PX 6409, PX 6501, PX 6602, PX 6608, PX 6616, PX 6618, PX 6806, PX 6814-6827, PX 6828, PX 6844, PX 6845, PX 6849, PX 6849a, PX 6849b, PX 6851, PX 6855, PX 6856, PX 6857, PX 6858, PX 6859, PX 6862, PX 6863, PX 6864, PX 6865, PX 6866, PX 6867, PX 6868, PX 6869, PX 6870, PX 6876, PX 6881, PX 6882, PX 6883, and

(f) The following DX exhibits: DX 19, DX 40, DX 44, DX 51, DX 62, DX 65, DX 95, DX 164, DX 233, DX 264, DX 311, DX 497, DX 547, DX 558, DX 641, DX 716, DX 737, DX 887, DX 899, DX 949, DX 2019, DX 2030, DX 2195, DX 2257, DX 2381, DX 4006, DX 5020, DX 5046, DX 5049, DX 6002, DX 6008, DX 6026, DX 6148, DX 6162, DX 6166, DX 6168, DX 6171, DX 6172, DX 6174, DX 6175, DX 6176, DX 6180, DX 6185, DX 6186, DX 6187, DX 6188, DX 6189, DX 6190, DX 6191, DX 7167 DX 7170, DX 7171, DX 7172, DX 7174, DX 7175, DX 7133, DX 7184, DX 7227, DX 7236, DX 7267, DX 7229, DX 7235, DX 7336, DX 7340, DX 7352, DX 7354, DX 7355, DX 7356, DX 7365, DX 7368, DX 7384, DX 7386, DX 7388, DX 7389, DX 7392, DX 7396, DX 7400, DX 7401, DX 7405, DX 7415, DX 7416, DX 7420, DX 7422, DX 7423, DX 7425, DX 7428, DX 7429, DX 7430, DX 7432, DX 7435, DX 7436, DX 7441, DX 7443, DX 7444, DX 7445, DX 7446, DX 7447, DX 7448, DX 7449, DX 7450, DX 8034, DX 8040, DX 8054, DX 8055, DX 8124, DX 8126, DX 8130, DX 8134, DX 8135, DX 8144, DX 8145, DX 8203, DX 8247,

DX 8457, DX 8458, DX 8460, DX 8461, DX 8462, DX 8463, DX 8465, DX 8468, DX 8469, DX 8470, DX 8471, DX 8473, DX 8474, DX 8476, DX 8477, DX 8478, DX 8479, DX 8480, DX 8499, DX 8501, DX 8504, DX 8507, DX 8508, DX 8509, DX 8510, DX 8512, DX 8520, DX 8521, DX 8527, DX 8536, DX 9003, DX 9016A, DX 9017A, DX 9018A, DX 9019A, DX 9020A, DX 9021A, DX 9022, DX 9025, DX 9026, DX 9027, DX 9028, DX 9030, DX 9031, DX 9032A, DX 9033, DX 9034, DX 9037, DX 9038, DX 9039, DX 9040, DX 9041, DX 9042, DX 9055, DX 9076, DX 9077, DX 9096, DX 9102, DX 9112, DX 9120, DX 9121, DX 9127, DX 9129, DX 9116.

10. Each party may add up to 15 additional exhibits to its final exhibit list within 21 days of the filing of its Appendix A submissions, provided that that party produces copies of such additional exhibits to all other parties at the time such exhibits are added to the final exhibit list. In addition, each party may add to its final exhibit list up to 25 exhibits (other than demonstrative exhibits) without objection as to the timeliness of such designations, provided that no such new exhibit can be used at trial without its being provided to the other side at least 48 hours in advance. While the parties waive any objections to new exhibits that are premised upon the exhibit's not being included on that party's final exhibit list, all other objections to the admissibility of the exhibits are preserved, unless (1) the document falls into one of the categories of exhibits to which the parties have stipulated with respect to admissibility pursuant to Paragraphs 9(a) – (d) above; or (2) the document's admissibility has been stipulated to pursuant to Paragraphs 9(e) or (f) above.

11. In addition to providing the list of witnesses required by Appendix A, no fewer than seven calendar days prior to each trial week, which shall be defined to begin on the first scheduled trial day of a calendar week, the party presenting its case shall notify the other parties of the names of the witnesses it expects to testify during that trial week, together with the order in which the witnesses are expected to testify. Each party shall promptly notify the other parties of any unexpected changes in the order of witnesses.

12. Except as otherwise provided herein, nothing in this stipulation shall be construed as an agreement concerning the admissibility of any document at trial, or an agreement concerning the applicability of any Rule of Evidence other than the Rules governing authenticity of documents.

13. The three parties agree to divide evenly the costs of the court reporter and real time feed provided to the Court.

14. Counsel for each party agrees to accept service of trial subpoenas on behalf of current employees of that party and on behalf of individuals represented by that counsel.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ David A. Levitt by Arlene Pianko Groner
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 307-0309
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

TAREK SAWI
Senior Trial Counsel

ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
F. JEFFERSON HUGHES
DELISA SANCHEZ
AMANDA TANTUM
Trial Attorneys

Dated: February 8, 2008

/s/ Charles J. Cooper

Charles J. Cooper
*Counsel of Record*

David H. Thompson
Vincent J. Colatriano
Jesse Panuccio
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
(Attorneys for Plaintiffs)

Dated: February 8, 2008

/s/ Andrew Gilbert

ANDREW GILBERT
Federal Deposit Insurance Corporation
550 17th Street NW (Room 3060)
Washington, D.C. 20429
Tel: 202.898.3871
Fax: 202.8983908
AGilbert@fdic.gov
(Attorney for Plaintiff-Intervenor)

Dated: February 8, 2008