**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AMBASE CORPORATION
AND CARTERET BANCORP, INC.

Plaintiffs,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

Plaintiff-Intervenor,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 93-531C
(Senior Judge Loren Smith)

**DEFENDANT'S REVISED EXHIBIT LIST**

Defendant, the United States, respectfully submits the attached revised list of exhibits to be used at trial, other than those to be used for impeachment or rebuttal. We hereby reserve the right to offer any exhibit listed on the exhibit lists filed by plaintiffs and plaintiff-intervenor, which we incorporate by reference, and to supplement or amend this list in accordance with the Rules and Orders of this Court, by stipulation, or to rebut or address testimony offered by plaintiffs or plaintiff-intervenor.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kenneth M. Dintzer

KENNETH M. DINTZER
Assistant Director

TAREK SAWI
Senior Trial Counsel

s/ David A. Levitt by
Elizabeth M. Hosford

DAVID A. LEVITT
ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
F. JEFFERSON HUGHES
DELISA SANCHEZ
AMANDA TANTUM
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 307-0309
Fax: (202) 514-7969

February 8, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of January 2008, a copy of the foregoing "DEFENDANT'S REVISED EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s / Elizabeth M. Hosford
Elizabeth M. Hosford