**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AMBASE CORPORATION AND CARTERET BANCORP, INC.,

Plaintiffs,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

Plaintiff-Intervenor,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 93-531
(Judge Loren Smith)

**PLAINTIFFS' REVISED EXHIBIT LIST**

Plaintiffs AmBase Corporation and Carteret Bancorp, Inc., respectfully submit their attached revised list of exhibits to be used at trial, other than those to be used for impeachment or rebuttal. We hereby reserve the right to offer any exhibit listed on the exhibit lists filed by the defendant and plaintiff-intervenor, which we incorporate by reference, and to supplement or amend this list in accordance with the Rules and Orders of this Court, by stipulation, or to rebut or address testimony offered by the defendant or plaintiff-intervenor.

Respectfully submitted,

/s/Charles J. Cooper
Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Counsel of Record*

Of Counsel:

Vincent J. Colatriano
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Dated: February 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2007, I caused to be served by U.S. Mail copies of the foregoing on the following counsel:

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.—Room 12006
Attn: Classification Unit—8th Floor
Washington, DC 20530

Andrew Gilbert, Esq.
FDIC Legal Division
550 17th Street, N.W.
Room 2098
Washington, DC 20429

/s/Jesse Panuccio
Jesse Panuccio