# Exhibit A:

Letter to David Levitt from Vincent J. Colatriano
(January 29, 2008)

**Cooper & Kirk**
Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Vincent J. Colatriano
(202) 220-9656
vcolatriano@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

January 29, 2008

**BY HAND DELIVERY**

David Levitt, Esq.
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch, Civil Division
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, DC 20005

Re: *Ambase Corp. v. United States*, No. 93-531

Dear David,

Enclosed please find a disc containing the updates to Professor Calomiris's damages calculations. The tables simply bring the calculations in his 2007 report up to date by reflecting current market data. For example, the stock market indices are brought forward from December 31, 2006 to December 31, 2007. So too are the book values.

The three power point slides respond to points made by Professor Saunders: (1) his argument that damages should be measured *ex ante* -- the chart shows how Professor Calomiris would calculate the *ex ante* value of Carteret; and (2) Saunders' argument that the cost of funds should be calculated off of a TFR, not a single newspaper ad of April 3.

We are in the process of preparing a document that identifies and further explains the changes from the 2007 calculations. In addition, we are happy to have a call with one of our consultants and one of your consultants at any time. We will also set aside the afternoon of Feb. 4 for a deposition of Professor Calomiris if we are unable to satisfactorily answer all your questions.

Please let me know if you have any questions.

Sincerely,

Vince Colatriano / plc

Vincent J. Colatriano

Enclosure
cc: Andrew Gilbert, Esq. (by hand delivery, with enclosure)