# Exhibit B:

## Email From David Levitt to Vincent Colatriano (January 30, 2008)

**Vince Colatriano**

---

**From:** Levitt, David (CIV) [David.Levitt@usdoj.gov]
**Sent:** Wednesday, January 30, 2008 9:51 AM
**To:** Vince Colatriano
**Subject:** RE: The Disc Updating Tables in Prof. Calomiris's Receivership Deficit Report

Thanks, Vince. I'll let you know our side's position on this after we have had an opportunity to conduct a review.
Regards. David

---

**From:** Vince Colatriano [mailto:vcolatriano@cooperkirk.com]
**Sent:** Wednesday, January 30, 2008 9:29 AM
**To:** Levitt, David (CIV); Gilbert, Andrew
**Cc:** David Thompson; Jesse Panuccio
**Subject:** RE: The Disc Updating Tables in Prof. Calomiris's Receivership Deficit Report

David and Andrew –

Attached please find the promised explanation of the changes reflected in Professor Calomiris's updated damages calculations. Please let us know if you have any questions.

Take care,

Vince

Vincent J. Colatriano
Cooper & Kirk, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Phone: 202-220-9600
Fax: 202-220-9601
www.cooperkirk.com