# Exhibit D:

## Order of August 16, 2000
## United States, No. 90-581C

# In the United States Court of Federal Claims

Brown, G.

RECEIVED
00 AUG 17 A 7:52
CASE PROCESSING UNIT
CIVIL DIVISION/DOJ

FILED
AUG 16 2000
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * *

LA VAN, et al.,

Plaintiffs,

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

Plaintiff-Intervenor,

v.

UNITED STATES OF AMERICA,

Defendant.

* * * * * * * *

No. 90-581C

Filed: August 16, 2000

## ORDER

Our ruling on defendant's motion was based on its representation that plaintiffs were seeking to raise new theories in their expert report. We would not oppose amendments or refinements to an existing report; such is the obligation of any expert. This is an issue that should be resolved by the presiding judge, but it is not clear when an assignment will be made in this case. Therefore, if defendant wishes to respond to plaintiff FDIC's arguments that it will not be prejudiced, we will consider this issue once again.

Robert H. Hodges, Jr.
Judge