**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC.,<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 93-531<br>(Judge Loren Smith) |

**PLAINTIFFS' UNOPPOSED MOTION TO SUBMIT EVIDENCE PURSUANT TO THE JOINT STIPULATION OF PRE-TRIAL AND TRIAL PROCEDURES**

Pursuant to ¶ 9 of the Joint Stipulation of Pre-trial and Trial Procedures (Doc. 261), Plaintiffs AmBase Corporation and Carteret Bancorp, Inc. ("AmBase"), respectfully move the Court to enter into evidence at trial the following exhibits:

| | | | | | |
|---|---|---|---|---|---|
| PX 0001 | PX 0302 | PX 0902 | PX 1114 | PX 1710 | PX 1736 |
| PX 0002 | PX 0401 | PX 0905 | PX 1404 | PX 1711 | PX 1737 |
| PX 0003 | PX 0402 | PX 1001 | PX 1504 | PX 1712 | PX 1738 |
| PX 0004 | PX 0403 | PX 1002 | PX 1505 | PX 1713 | PX 1739 |
| PX 0005 | PX 0404 | PX 1103 | PX 1507 | PX 1715 | PX 1740 |
| PX 0006 | PX 0504 | PX 1104 | PX 1509 | PX 1718 | PX 1741 |
| PX 0007 | PX 0601 | PX 1105 | PX 1510 | PX 1721 | PX 1742 |
| PX 0008 | PX 0701 | PX 1106 | PX 1511 | PX 1724 | PX 1743 |
| PX 0009 | PX 0702 | PX 1107 | PX 1512 | PX 1727 | PX 1744 |
| PX 0010 | PX 0802 | PX 1108 | PX 1611 | PX 1730 | PX 1745 |
| PX 0011 | PX 0803 | PX 1109 | PX 1706 | PX 1732 | PX 1801 |
| PX 0101 | PX 0804 | PX 1110 | PX 1708 | PX 1734 | PX 1905 |
| PX 0102 | PX 0807 | PX 1111 | PX 1709 | PX 1735 | PX 2001 |

| | | | | | |
|---|---|---|---|---|---|
| PX 2104 | PX 3807 | PX 4406 | PX 4864a | PX 4949 | PX 5034 |
| PX 2106 | PX 3808 | PX 4406a | PX 4867a | PX 4950 | PX 5035 |
| PX 2110 | PX 3809 | PX 4408 | PX 4869 | PX 4951 | PX 5036 |
| PX 2111 | PX 3810 | PX 4409 | PX 4888 | PX 4952 | PX 5039 |
| PX 2112 | PX 3811 | PX 4410 | PX 4889 | PX 4954 | PX 5044 |
| PX 2114 | PX 3812 | PX 4413 | PX 4890 | PX 4955 | PX 5045 |
| PX 2118 | PX 3813 | PX 4415 | PX 4891 | PX 4956 | PX 5047 |
| PX 2119 | PX 3814 | PX 4416 | PX 4896 | PX 4957 | PX 5049 |
| PX 2211 | PX 3815 | PX 4417 | PX 4897 | PX 4961 | PX 5051 |
| PX 2221 | PX 3816 | PX 4418 | PX 4898 | PX 4962 | PX 5053 |
| PX 2315 | PX 3817 | PX 4419 | PX 4899 | PX 4965 | PX 5056 |
| PX 2325 | PX 3818 | PX 4421 | PX 4900 | PX 4968 | PX 5057 |
| PX 2328 | PX 3819 | PX 4422 | PX 4901 | PX 4973 | PX 5058 |
| PX 2413 | PX 3820 | PX 4423 | PX 4902 | PX 4975 | PX 5060 |
| PX 2433 | PX 3821 | PX 4424 | PX 4903 | PX 4976 | PX 5065 |
| PX 2441 | PX 3822 | PX 4425 | PX 4904 | PX 4978 | PX 5066 |
| PX 2474 | PX 3823 | PX 4426 | PX 4905 | PX 4979 | PX 5068 |
| PX 2481 | PX 3824 | PX 4427 | PX 4906 | PX 4981 | PX 5071 |
| PX 2483 | PX 3825 | PX 4428 | PX 4907 | PX 4986 | PX 5072 |
| PX 2484 | PX 3827 | PX 4428a | PX 4908 | PX 4987 | PX 5073 |
| PX 2486 | PX 3828 | PX 4428b | PX 4909 | PX 4988 | PX 5076 |
| PX 2487 | PX 3829 | PX 4428c | PX 4912 | PX 4989 | PX 5078 |
| PX 2602 | PX 4001 | PX 4428d | PX 4913 | PX 4992 | PX 5079 |
| PX 2603 | PX 4002 | PX 4428e | PX 4917 | PX 4994 | PX 5081 |
| PX 2608 | PX 4002a | PX 4428f | PX 4918 | PX 4998 | PX 5085 |
| PX 2611 | PX 4002b | PX 4428g | PX 4919 | PX 4999 | PX 5090 |
| PX 2612 | PX 4207 | PX 4428h | PX 4922 | PX 5001 | PX 5093 |
| PX 2614 | PX 4211 | PX 4428i | PX 4923 | PX 5002 | PX 5094 |
| PX 2615 | PX 4304 | PX 4428j | PX 4924 | PX 5003 | PX 5095 |
| PX 2617 | PX 4305 | PX 4428k | PX 4925 | PX 5004 | PX 5096 |
| PX 2618 | PX 4306 | PX 4428l | PX 4926 | PX 5007 | PX 5097 |
| PX 2625 | PX 4307 | PX 4428m | PX 4928 | PX 5008 | PX 5098 |
| PX 2803 | PX 4309 | PX 4428AA | PX 4929 | PX 5009 | PX 5099 |
| PX 2807 | PX 4310 | PX 4430 | PX 4930 | PX 5010 | PX 5100 |
| PX 2816 | PX 4311 | PX 4431 | PX 4931 | PX 5011 | PX 5101 |
| PX 2818 | PX 4312 | PX 4434 | PX 4932 | PX 5013 | PX 5102 |
| PX 2819 | PX 4313 | PX 4717 | PX 4934 | PX 5014 | PX 5103 |
| PX 2820 | PX 4314 | PX 4718 | PX 4935 | PX 5016 | PX 5104 |
| PX 2823 | PX 4316 | PX 4719 | PX 4936 | PX 5022 | PX 5105 |
| PX 2824 | PX 4317 | PX 4724 | PX 4937 | PX 5023 | PX 5106 |
| PX 3505 | PX 4318 | PX 4726 | PX 4939 | PX 5025 | PX 5112 |
| PX 3652 | PX 4319 | PX 4805 | PX 4941 | PX 5026 | PX 5113 |
| PX 3801 | PX 4401 | PX 4809 | PX 4942 | PX 5028 | PX 5114 |
| PX 3802 | PX 4402 | PX 4814 | PX 4944 | PX 5029 | PX 5115 |
| PX 3804 | PX 4403 | PX 4822 | PX 4945 | PX 5032 | PX 5117 |
| PX 3806 | PX 4405 | PX 4836 | PX 4947 | PX 5033 | PX 5124 |

| | | | | | |
|---|---|---|---|---|---|
| PX 5130 | PX 5237 | PX 6014 | PX 6203 | PX 6819 | PX 6856 |
| PX 5133 | PX 5239 | PX 6015 | PX 6204 | PX 6820 | PX 6857 |
| PX 5137 | PX 5257 | PX 6018 | PX 6205 | PX 6821 | PX 6858 |
| PX 5156 | PX 5265 | PX 6018a | PX 6212 | PX 6822 | PX 6859 |
| PX 5159 | PX 5311 | PX 6018b | PX 6213 | PX 6823 | PX 6862 |
| PX 5165 | PX 5319 | PX 6018c | PX 6214 | PX 6824 | PX 6863 |
| PX 5166 | PX 5328 | PX 6018d | PX 6221 | PX 6825 | PX 6864 |
| PX 5167 | PX 5414 | PX 6018e | PX 6222 | PX 6826 | PX 6865 |
| PX 5170 | PX 5510 | PX 6018f | PX 6223 | PX 6827 | PX 6866 |
| PX 5171 | PX 5905 | PX 6018g | PX 6227 | PX 6828 | PX 6867 |
| PX 5174 | PX 5911 | PX 6022 | PX 6228 | PX 6844 | PX 6868 |
| PX 5181 | PX 5912 | PX 6023 | PX 6409 | PX 6845 | PX 6869 |
| PX 5188 | PX 6004 | PX 6024 | PX 6806 | PX 6849 | PX 6870 |
| PX 5200 | PX 6006 | PX 6026 | PX 6814 | PX 6849a | PX 6882. |
| PX 5202 | PX 6007 | PX 6037 | PX 6815 | PX 6849b | |
| PX 5205 | PX 6010 | PX 6040 | PX 6816 | PX 6851 | |
| PX 5219 | PX 6011 | PX 6042 | PX 6817 | PX 6854 | |
| PX 5220 | PX 6013 | PX 6202 | PX 6818 | PX 6855 | |

In the Joint Stipulation, the parties agreed that:

> documents whose admissibility has been stipulated to under this paragraph need not be used in examination of a witness at trial if: (1) the party intending to offer such an exhibit into evidence without using it in the examination of a witness at trial provides notice of such intent (which notice shall include an identification of each such exhibit) no later than seven days before opening its case-in-chief or February 18, 2008, whichever comes later; and (2) the document (a) was cited in the text or footnotes of an expert report or in a demonstrative exhibit used by an expert witness at trial, or (b) was cited in, or attached as an appendix to the parties' "Statement of Issues" briefing in 2006 pertaining to the Carteret receivership deficit issue or in the parties' pretrial briefs, or (c) was an exhibit in a deposition that was designated by a party and admitted into evidence by the Court.

Doc. 261 at 4-5. AmBase provided the appropriate notice to Defendant and Plaintiff-Intervenor in a letter dated February 4, 2008 (attached hereto as Ex. A).[1] Accordingly, AmBase respectfully requests that the Court enter these exhibits as substantive evidence

[1] The exhibits listed above correspond to those listed in the February 4 letter. For the Court's convenience, however, the exhibits listed herein have been placed in cardinal order and duplicates have been eliminated. In addition, and as conveyed to and consented to by the other parties, this list (1) corrects for a typo in the February 4 letter by adding PX 4897, (2) reflects the splitting-up of composite exhibits PX 4002, PX 4428, and PX 6849, and (3) does not include PX 904 and PX 4429 because those exhibits were duplicates of other exhibits already included in this motion.

at trial.

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Counsel of Record*

Of Counsel:

Vincent J. Colatriano
David H. Thompson
Jesse Panuccio
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Dated: February 21, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February 2008, I caused to be served by the Court's electronic filing system copies of the foregoing on the following counsel:

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.—Room 12006
Attn: Classification Unit—8th Floor
Washington, DC 20530

Andrew Gilbert, Esq.
FDIC Legal Division
550 17th Street, N.W.
Room 2098
Washington, DC 20429

/s/ Jesse Panuccio
Jesse Panuccio