# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., *Plaintiffs,* | * | |
| and | * | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *Plaintiff-Intervenor,* | * | Case No. 93-531C |
| | * | Senior Judge Smith |
| v. | * | Filed: February 25, 2008 |
| THE UNITED STATES, *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Plaintiffs' Unopposed Motion to Submit Evidence pursuant to the Joint Stipulation of Pre-Trial and Trial Procedures.

Further, after consultation with Defendant, the Court hereby **STRIKES** document number 269 as document no. 270 is the correct filing.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE