# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND CARTERET BANCORP, INC.,

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: February 28, 2008

**ORDER**

Pursuant to the transcript dated February 27, 2008, the Court hereby **DENIES** Defendant's Motion for Judgment based upon Partial Findings and **GRANTS** Plaintiffs' Motion to Submit Party Admissions of Professor Roy C. Smith as Substantive Evidence. The Court further GRANTS Plaintiffs' Motion to Submit Party Admissions of John Ryan as Substantive Evidence. Defendant's request to submit cross designations is also **GRANTED**.

It is so ORDERED.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE