**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC.,<br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>Plaintiff-Intervenor,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 93-531C<br>(Senior Judge Loren Smith) |

**DEFENDANT'S COUNTER-DESIGNATIONS**
**TO PLAINTIFFS' DESIGNATIONS OF DEPOSITION**
**TESTIMONY OF ROY C. SMITH AND JOHN RYAN**

Pursuant to the Court's February 28, 2008 Order, the Court granted plaintiffs' motion to admit as substantive evidence in lieu of live testimony portions of the depositions of Professor Roy C. Smith and John Ryan.

In response to these designations, and pursuant to the Court's February 28, 2008 Order, defendant, the United States, respectfully submits our designations of additional portions of these deposition transcripts that should in fairness be considered contemporaneously with plaintiffs' submissions. With respect to Professor Smith, we also submit the errata sheet bearing his corrections to portions of his deposition transcript. We reserve the right to introduce plaintiffs' designations for the purposes of completeness, should plaintiffs choose not to introduce certain passages of their own designations.

## I. Counter-Designations To Plaintiffs' Deposition Designations

### A. Counter-Designations From The Deposition Testimony Of Roy C. Smith

Assuming plaintiffs' designations are admitted in full or in part, we respectfully request the following testimony from Professor Smith, obtained in this case on October 16, 17, and 18, 2007, be admitted: 7:18-25, 53:14-54:9, 59:20-60:17, 62:9-64:21, 67:1-68:10, 75:15-83:4, 86:1-5, 90:12-91:5, 101:14-102:21, 109:7-110:14, 111:20-112:1, 121:4-122:13, 124:8-16, 135:16-20, 136:5-14, 137:6-138:11, 140:5-6, 141:20-142:25, 143:12-145:8, 163:2-164:6, 164:14-165:2, 165:15-22, 166:22-167:16, 173:12-25, 175:13-176:12, 177:4-180:19, 181:13-19, 184:15-187:23 188:8-189:22, 190:19-192:10, 210:25-211:14, 220:5-8, 233:10-234:12, 240:22-241:17, 278:2-7, 280:4-282:13, 302:16-303:7, 316:2-320:13, 340:18-341:23, 348:4-24, 349:6-15, 350:8-20, 360:12-362:23, 363:15-25, 367:18-370:11, 371:22-372:6, 372:24-373:11, 374:15-376:18, 378:6-8, 385:7-19, 388:2-8, 391:17-393:24, 395:5-396:3, 408:4-18, 410:11-411:19, 422:8-20, 423:7-9, 426:4-17, 432:2-433:4, 436:19-22, 437:12-438:6, 445:8-446:21, 450:7-19, 453:7-10, 462:1-23, 485:6-486:5, 490:3-23, 491:21-492:9, 494:13-495:18, 512:11-519:6. We have annexed these transcript designations as Exhibit A.

In addition, we respectfully request that the errata sheet bearing Professor Smith's corrections to portions of his deposition transcript, dated November 12, 2007, be admitted to the extent that the corrections correspond to testimony designated by plaintiffs or counter-designated by defendant. We have annexed the errata sheet as Exhibit B.

**B. Counter-Designations From The Deposition Testimony Of John Ryan**

Assuming plaintiffs' designations are admitted in full or in part, we respectfully request the following testimony from Mr. Ryan, obtained in this case on May 25, 1999, be admitted: 54:12-56:13, 62:1-64:24, 125:4-16, and 128:5-7. We have annexed these transcript designations as Exhibit C.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

/s/ David A. Levitt by
Elizabeth M. Hosford
DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Washington, D.C. 20005
Tel: (202) 307-0309

Attorneys for Defendant

OF COUNSEL:

TAREK SAWI
Senior Trial Counsel

ARLENE PIANKO GRONER
ELIZABETH HOSFORD
F. JEFFERSON HUGHES
DELISA M. SANCHEZ
AMANDA TANTUM

March 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day of March 2008, a copy of the foregoing "DEFENDANT'S COUNTER-DESIGNATIONS TO PLAINTIFFS' DESIGNATIONS OF DEPOSITION TESTIMONY OF ROY C. SMITH AND JOHN RYAN" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth M. Hosford
Elizabeth M. Hosford