# EXHIBIT B

Case Number 93-531

Corrections to Deposition of Roy C Smith, Oct 16, 2007

Day 1, Volume 1

| Page | Line | From | To |
|---|---|---|---|
| 7 | 21 | That's | What's…security? |
| 9 | 11 | -- | 1966 |
| 10 | 15 | arranging | ranging |
| 13 | 16 | Yes | After 1984 it was about 75% |
| 17 | 23 | to all would be new clients and I was | would-be new clients and I was |
| 17 | 24 | we had and | we had. Also |
| 17 | 25 | they're going to figure… | trying to figure out |
| 22 | 15 | Reid | Read |
| 22 | 17 | Reid | Read |
| 24 | 6 | and which it subsequently | and which subsequently |
| 26 | 22 | it | they |
| 28 | 7 | strategy | strategies |
| 29 | 11 | so | but |
| 29 | 18 | On | Or |
| 35 | 8 | Hartsco | Harsco |
| 50 | 16 | word | words |
| 50 | 17 | that works, | that would work, |
| 51 | 13 | emanant | eminent |
| 72 | 3 | the | at |
| 81 | 14 | about | (delete) |
| 81 | 17 | loan | loans |
| 82 | 5 | poor | wrong |

| | | | |
|---|---|---|---|
| 100 | 16 | on government and budget | on budget and government |
| 107 | 21 | cap | gap |
| 115 | 4 | or banks | on savings banks |
| 126 | 10 | that | then |
| 130 | 21 | providing | crediting |
| 150 | 3 | and | (delete) |
| 150 | 4 | a | any given |
| 150 | 5 | time that doesn't mean that we Have to be aware of | time. That doesn't mean that we should be unaware of |
| 150 | 7 | at | in |
| 157 | 22 | buys them goodwill, or they Can buy their… | buy some goodwill, or they can buy… |
| 163 | 14 | upon | in |
| 168 | 12 | occur | be changed |
| 178 | 6 | or | of |

[signature] Nov 12, 2007

Signature of Deponent Date

State of New York
County of New York

Subscribed and sworn before me this 12th of November, 2007

David A. Gordon
Notary Public

My Commission Expires: see below

DAVID A. GORDON
NOTARY PUBLIC State of New York
No 01GO6025348
Qualified in County of NASSAU
Commission Expires May 24 2011

~~DAVID A. GORDON
NOTARY PUBLIC State of New York
No 01GO6025348
Qualified in County of NASSAU
Commission Expires May 24 2007~~

Case Number 93-531

Corrections to Deposition of Roy C Smith, Oct 17, 2007

Day 2, Volume 2

| Page | Line | From | To |
|---|---|---|---|
| 198 | 25 | single or single | single or multiple |
| 199 | 2 | USSEC | US SEC |
| 199 | 17 | so | (delete) |
| 201 | 4 | breakup or the | (delete) |
| 208 | 3 | range | earnings |
| 209 | 25 | operating difficulties | operating profits |
| 210 | 2 | there | it |
| 213 | 20 | had | have |
| 214 | 7 | is | are |
| 219 | 4 | it would | (delete) |
| 219 | 5 | be expected to | (delete) |
| 220 | 7 | so | as |
| 220 | 9 | is, | is – |
| 220 | 10 | value, | value? |
| 220 | 10 | patents, | patents? |
| 221 | 11 | other, | other? |
| 221 | 1 | subsequently and | subsequently. And |
| 227 | 10 | are | believed |
| 227 | 11 | dividends taxable what I think. | dividends are taxable, I think. |
| 229 | 3 | was | were |
| 229 | 6 | some | so |
| 229 | 11 | which the people | which meant that people |
| 229 | 22 | that's the theory. | it would be. |
| 232 | 1 | got | have |

| | | | |
|---|---|---|---|
| 232 | 6 | and then | (delete) |
| 246 | 20 | which was the due | which was from its due |
| 248 | 6 | it's | as a |
| 256 | 7 | has | had |
| 257 | 5 | and | is an |
| 257 | 19 | which | (delete) |
| 257 | 20 | deposit, it's | deposit that's |
| 262 | 21 | these | those |
| 270 | 19 | equity but it's the | equity. The |
| 270 | 22 | from | to |
| 270 | 23 | equity --- of leverage | equity of leverage |
| 272 | 2 | value equity | value of equity |
| 284 | 21 | having it to | having to |
| 284 | 22 | close down | close it down. |
| 291 | 21 | can | (delete) |
| 291 | 22 | run | ran |
| 295 | 2 | flowed | flow |
| 297 | 20 | bothered to, to them, but | bothered, but |
| 299 | 24 | rated | raided |
| 307 | 16 | of | at |
| 310 | 23 | mark | marked |
| 311 | 2 | it | them |
| 318 | 3 | it was | (delete) |
| 321 | 21 | effective | outstanding |
| 321 | 22 | converted to | converted to stock and |
| 321 | 24 | that | earnings per share. |
| 324 | 10 | friend | firm |
| 326 | 21 | for | (delete) |
| 328 | 19 | didn't, they | didn't happen, they |
| 328 | 20 | that | but |
| 329 | 1 | should offer them | should make an offer for them |

| | | | |
|---|---|---|---|
| 329 | 6 | which | when it |
| 329 | 7 | illiquidity | illiquid |
| 329 | 8 | are | were |
| 329 | 12 | month | amount |
| 334 | 8 | it was a | it was |
| 335 | 9 | so-called – to determine | so-called total income to determine |
| 337 | 20 | won't have reported | would have liked reported |
| 338 | 12 | to permit | (delete) |
| 344 | 22 | Goldberg | Kohlberg |
| 351 | 5 | from 50, | (delete) |
| 353 | 6 | has | have |

Greg C Smith
Signature of Deponent Date Nov 12, 2007

State of New York
County of New York
Subscribed and sworn before me this 12th day of November, 2007

David A. Gordon
Notary Public

~~My Commission Expires:~~ ______

DAVID A. GORDON
NOTARY PUBLIC, State of New York
No 01GO6025348
Qualified in County of NASSAU
Commission Expires May 24 2011

Case Number 93-531

Corrections to Deposition of Roy C Smith, Oct 18, 2007

Day 3, Volume 3

| | | | |
|---|---|---|---|
| 361 | 2 | than did | than it did for thrifts. |
| 361 | 3 | the same but different standards | (delete) |
| 361 | 4 | make that | make that clear. |
| 361 | 14 | to which | to, which |
| 368 | 21 | strategy of which was meaning | strategy. Which meant |
| 369 | 15 | that it is it should | that it should |
| 371 | 15 | performance, performance | performance and compensation |
| 372 | 24 | CEO of this | CEO in this |
| 375 | 21 | It | They |
| 377 | 8 | that | (delete) |
| 377 | 18 | quadrants | sectors |
| 378 | 3 | has | had |
| 399 | 15 | saying as the buyers reviewed its | saying the buyers reviewed the |
| 402 | 7 | Schulmans | Sherlunds |
| 402 | 10 | related | referred |
| 402 | 14 | ranking | banking |
| 424 | 4 | structure | structures |
| 424 | 5 | circumstances and the | circumstances. The |
| 424 | 8 | it | themselves |
| 424 | 9 | so that | and |
| 424 | 20 | what was going to be done | what had been done |
| 424 | 21 | with it, if it had to be put up with it | be put up with. |
| 424 | 22 | for a long time and expected to change things. | (delete) |
| 424 | 24 | S&L's is that | S&L's – that |

| | | | |
|---|---|---|---|
| 427 | 19 | they | there |
| 428 | 15 | us – how | us do? – |
| 429 | 18 | it | its |
| 430 | 2 | to sell | for sale |
| 430 | 9 | reaching to the thrift | reaching into the thrift |
| 431 | 3 | same way cash | same way. Cash |
| 432 | 23 | loan loss | lending |
| 433 | 19 | through | (delete) |
| 434 | 16 | mark | marked |
| 435 | 4 | ever | have |
| 435 | 7 | knowing that this is | knew that this was |
| 435 | 8 | that | but |
| 435 | 11 | would be and you | would be. You |
| 435 | 14 | was it | was? It |
| 437 | 5 | loan commercial lending portfolio on real | loan losses in the commercial lending portfolio and real |
| 438 | 3 | pre-money, the money, the value | pre-money, |
| 438 | 4 | of the money before you – the | (delete) |
| 446 | 3 | thing | (delete) |
| 447 | 25 | air is flavored | air flavored |
| 450 | 11 | databanks | databases |
| 452 | 6 | was | (delete) |
| 459 | 16 | until it | until it was |
| 461 | 6 | try | tried |
| 465 | 6 | bulb. | Bill. |
| 467 | 5 | just | this |
| 473 | 5 | is | was |
| 478 | 11 | from | about |
| 479 | 18 | Gary | Jerry |
| 485 | 24 | questionably | certainly |
| 490 | 3 | drill | for |

Signature of Deponent Date Nov 12, 2007

State of New York
County of New York

Subscribed and sworn before me this 12th day of November, 2007

David A. Gordon
Notary Public

~~My Commission Expires:~~

DAVID A. GORDON
NOTARY PUBLIC- State of New York
No 01GO6025348
Qualified in County of NASSAU
Commission Expires May 24 2011