**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC.,<br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br>Plaintiff-Intervenor,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant. | Case No. 93-531C<br>(Senior Judge Loren Smith) |

**DEFENDANT'S UNOPPOSED MOTION TO ADMIT EXHIBITS**

Pursuant to paragraph 9 of the Joint Stipulation of Pre-Trial and Trial Procedures, defendant, the United States, respectfully moves the Court to enter into evidence the following trial exhibits:

> DX 19, DX 40, DX 65, DX 135, DX 264, DX 426, DX 457, DX 497, DX 2019, DX 2257, DX 3375, DX 4118, DX 5020, DX 6002, DX 6148, DX 6166, DX 6168, DX 6171, DX 6172, DX 6174, DX 6175, DX 6176, DX 6180, DX 6185, DX 6187, DX 6188, DX 6189, DX 6190, DX 6191, DX 7010, DX 7020, DX 7032, DX 7042, DX 7043, DX 7053, DX 7075, DX 7171, DX 7236, DX 7267, DX 7336, DX 7351, DX 7352, DX 7365, DX 7368, DX 7384, DX 7386, DX 7389, DX 7396, DX 7400, DX 7415, DX 7418, DX 7420, DX 7422, DX 7423, DX 7428, DX 7429, DX 7430, DX 7436, DX 7443, DX 7445, DX 7446, DX 7447, DX 7448, DX 8004, DX 8006, DX 8022, DX 8023, DX 8025, DX 8028, DX 8034, DX 8043, DX 8045, DX 8047, DX 8145, DX 8203, DX 8457, DX 8458, DX 8460, DX 8461, DX 8468, DX 8470, DX 8473, DX 8474, DX 8476, DX 8477, DX 8478, DX 8479, DX 8480, DX 8499, DX 8501, DX 8504, DX 8507, DX 8508, DX 8509, DX 8510, DX 8512, DX 8520, DX 8521, DX 8527, DX 8536, DX 9016A, DX 9017A, DX 9018A, DX 9019A, DX 9020A, DX 9021A, DX 9025, DX 9026, DX 9027, DX 9028,

DX 9030, DX 9031, DX 9034A, DX 9038, DX 9039, DX 9040, DX 9041

PX 1601, PX 2203, PX 2429, PX 2437, PX 2488, PX 2490, PX 2959, PX 2969, PX 2981, PX 2982, PX 3404, PX 3501, PX 4203, PX 4210, PX 4519, PX 4527, PX 4608, PX 4631, PX 4878, PX 4946, PX 5229, PX 6031, PX 6401, PX 6501, PX 6602, PX 6608, PX 6618.

On February 18, 2008, we provided the parties the notice required by the Joint Stipulation. Both Ambase and the FDIC have authorized us to state that they do not oppose the admission of these exhibits. For the Court's convenience we are providing the Court and the parties a CD Rom that contains these exhibits.

Accordingly, we respectfully request that the Court admit these exhibits as substantive evidence.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director

TAREK SAWI
Senior Trial Counsel

/s/ David A. Levitt by Arlene Pianko Groner
DAVID A. LEVITT
ARLENE PIANKO GRONER
ELIZABETH M. HOSFORD
F. JEFFERSON HUGHES
DELISA SANCHEZ
AMANDA TANTUM
Trial Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Tel: (202) 307-0309
Fax: (202) 514-7969

March 20, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March 2008, DEFENDANT'S UNOPPOSED MOTION TO ADMIT EXHIBITS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Arlene Pianko Groner
ARLENE PIANKO GRONER