# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND CARTERET BANCORP, INC.,
*Plaintiffs,*
and

FEDERAL DEPOSIT INSURANCE CORPORATION,
*Plaintiff-Intervenor,*

v.

THE UNITED STATES,
*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: April 8, 2008

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Friday, April 18, 2008 at 11:00 a.m. to discuss the post-trial briefing schedule.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE