# In the United States Court of Federal Claims

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., *Plaintiffs,* | * | |
| and | * | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *Plaintiff-Intervenor,* | * | Case No. 93-531C |
| | * | Senior Judge Smith |
| v. | * | Filed: April 14, 2008 |
| THE UNITED STATES, *Defendant.* | * | |

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously set for Friday, April 18, 2008 at 11:00 a.m. to Wednesday, April 23, 2008 at 3:30 p.m. to discuss the post-trial briefing schedule.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE