# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND CARTERET BANCORP, INC.,

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: April 25, 2008

**ORDER**

Pursuant to the telephone status conference held on April 23, 2008, the Court hereby **GRANTS** Plaintiffs' Motion to enter and substitute exhibit **DX 4107 for DX 4102** that was entered at trial.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE