# In the United States Court of Federal Claims

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., *Plaintiffs,* | * | |
| and | * | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *Plaintiff-Intervenor,* | * | Case No. 93-531C |
| | * | Senior Judge Smith |
| | * | Filed: April 25, 2008 |
| v. | * | |
| THE UNITED STATES, *Defendant.* | * | |

**ORDER**

Pursuant to the telephone status conference held on April 23, 2008, the Court hereby **GRANTS** the following:

Plaintiffs' Post-Trial Brief shall be filed and served on or before June 6, 2008. The Brief may not exceed 125 pages. Plaintiff shall file its Proposed Findings of Fact on or before the same date. The Proposed Findings of Fact shall not exceed 125 pages.

Plaintiff-Intervenor shall file and serve its Post-Trial Brief on or before June 6, 2008. The Brief may not exceed 60 pages. Plaintiff-Intervenor shall file its Proposed Findings of Fact, not to exceed 125 pages, on or before the same date.

Defendant's Response shall be filed and served on or before July 18, 2008. The Response may not exceed 125 pages. Defendant shall file its Proposed Findings of Fact, not to exceed 125 pages, on or before the same date.

Plaintiffs' Reply shall be filed and served on or before August 15, 2008. The Reply shall not exceed 80 pages.

Plaintiff-Intervenor's Reply shall be filed and served on or before August 15, 2008. The Reply shall not exceed 30 pages.

Defendant's Surreply, if necessary, shall be filed and served on or before September 12, 2008 and it may not exceed 60 pages.

Oral argument will be scheduled after briefing is complete.

**It is so ORDERED.**

s/Loren A. Smith
LORENT A. SMITH,
SENIOR JUDGE