**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION AND<br>CARTERET BANCORP, INC.,<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 93-531<br>(Judge Loren Smith) |

**ORDER**

After due consideration of the Plaintiffs' Unopposed Motion For Modifications To Post-Trial Briefing Schedule, the Court hereby **GRANTS** that motion and revises the Court's April 25 Order as follows:

Plaintiffs' Post-Trial Brief shall be filed and served on or before June 17, 2008. The Brief may not exceed 125 pages. Plaintiff shall file its Proposed Findings of Fact on or before the same date. The Proposed Findings of Fact shall not exceed 125 pages.

Plaintiff-Intervenor shall file and serve its Post-Trial Brief on or before June 17, 2008. The Brief may not exceed 60 pages. Plaintiff-Intervenor shall file its Proposed Findings of Fact, not to exceed 125 pages, on or before the same date.

Defendant's Response shall be filed and served on or before August 8, 2008. The Response may not exceed 125 pages. Defendant shall file its Proposed Findings of Fact, not to exceed 125 pages, on or before the same date.

Plaintiffs' Reply shall be filed and served on or before September 5, 2008. The Reply shall not exceed 80 pages.

Plaintiff-Intervenor's Reply shall be filed and served on or before September 5, 2008. The Reply shall not exceed 30 pages.

Defendant's Surreply, if necessary, shall be filed and served on or before October 3, 2008 and it may not exceed 60 pages.

Plaintiffs' Surreply in response to Plaintiff-Intervenor's Reply, if necessary, shall be filed and served on or before October 3, 2008 and it may not exceed 25 pages.

Oral argument will be scheduled after briefing is complete.

**It is so ORDERED.**

LOREN A. SMITH,
SENIOR JUDGE