# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * 

AMBASE CORPORATION AND CARTERET BANCORP, INC.,

*Plaintiffs,*

and

FEDERAL DEPOSIT INSURANCE CORPORATION,

*Plaintiff-Intervenor,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * 

Case No. 93-531C

Senior Judge Smith

Filed: June 3, 2008

**ORDER**

The Court hereby **GRANTS** Plaintiffs' Unopposed Motion for Modifications to Post-Trial Briefing Schedule. The briefing schedule is as follows:

Plaintiffs' Post-Trial Brief shall be filed and served on or before June 17, 2008. Plaintiff shall file its Proposed Findings of Fact on or before the same date.

Plaintiff-Intervenor shall file and serve its Post-Trial Brief on or before June 17, 2008. Plaintiff-Intervenor shall file its Proposed Findings of Fact on or before the same date.

Defendant's Response shall be filed and served on or before August 8, 2008. Defendant shall file its Proposed Findings of Fact on or before the same date.

Plaintiffs' Reply shall be filed and served on or before September 5, 2008.

Plaintiff-Intervenor's Reply shall be filed and served on or before September 5, 2008.

Defendant's Surreply, if necessary, shall be filed and served on or before October 3, 2008.

Plaintiffs' Surreply to Plaintiff-Intervenor's Reply, if necessary, shall be filed and served on or before October 3, 2008 and shall not exceed 25 pages.

Oral argument will be scheduled after briefing is complete.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE