**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., Plaintiffs, | |
| and | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, Plaintiff-Intervenor, | Civil Action No. 93-531 (Judge Loren Smith) |
| v. | |
| UNITED STATES OF AMERICA, Defendant. | |

**FDIC'S UNOPPOSED MOTION FOR MODIFICATIONS TO POST-TRIAL BRIEFING SCHEDULE**

Plaintiff-Intervenor Federal Deposit Insurance Corporation ("FDIC") hereby respectfully moves for an 14-day extension of the deadline, as set forth in the Court's June 3, 2008 Scheduling Order ("June 3 Order"), for the filing of the post-trial briefs and proposed findings of fact by FDIC and Plaintiffs AmBase Corporation and Carteret Bancorp, Inc. ("Shareholder Plaintiffs"), which filings are currently due on June 17, 2008. FDIC also requests corresponding adjustments, specified below, to the remaining deadlines established in the order.

Counsel for Defendant and for the Shareholder Plaintiffs have informed FDIC that they do not oppose this motion. A proposed order reflecting the parties' agreement with respect to a revised briefing schedule is appended hereto.

FDIC has not sought a previous extension of the above-referenced deadlines. The FDIC

received a previous extension pursuant to Shareholder Plaintiffs' Unopposed Motion for Modifications to Post-Trial Briefing Schedule ("SHP Motion") and the June 3 Order.

In support of this motion, FDIC states that, as previously mentioned, one of its counsel responsible for this matter was ill throughout the month of May. *See* SHP Motion at 2 & n. 1. In addition, there was a death and an unrelated crisis in her extended family. After further discussions, all parties agreed to a 14-day extension, *i.e.*, until July 1, of the deadline for these submissions.

This extension of the deadline for the filing of FDIC's and Shareholder Plaintiffs' post-trial briefs and proposed findings will necessitate an adjustment to the deadline for Defendant's post-trial brief and proposed findings, including an adjustment to accommodate the previously-planned travel schedule of a reviewing attorney at the Department of Justice. *See* SHP Motion at 3 n.2). After discussion, the parties have agreed to a 35-day extension of that deadline from August 8 to September 12.

In addition, the attached proposed order reflects extensions of the remaining briefing deadlines that correspond to the extension sought for Defendant's brief and proposed findings. Thus, the proposed order provides for the filing of replies by Shareholder Plaintiffs and the FDIC on October 10, 2008, and for the filing of surreplies (if any) by Defendant and Shareholder Plaintiffs on November 7, 2008.

For the foregoing reasons, the FDIC respectfully requests that the Court enter an order revising and clarifying the briefing deadlines established in the June 3 Order, as reflected in the attached proposed order.

Respectfully submitted,

/s/ Andrew Gilbert

______________________________

Andrew Gilbert
*Counsel of Record*

Federal Deposit Insurance Corporation
Legal Division
550 17th Street, NW, MB-2098
Washington, DC 20429
Telephone: (202) 898-3871
Fax: (202) 898-3908

June 12, 2008

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMBASE CORPORATION AND
CARTERET BANCORP, INC.,

Plaintiffs,

and

FEDERAL DEPOSIT INSURANCE
CORPORATION,

Plaintiff-Intervenor,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No. 93-531
(Judge Loren Smith)

**ORDER**

After due consideration of the Plaintiff-Intervenor's Unopposed Motion For Modifications To Post-Trial Briefing Schedule, the Court hereby **GRANTS** that motion and revises the Court's June 3 Order as follows:

Plaintiffs' Post-Trial Brief shall be filed and served on or before July 1, 2008. The Brief may not exceed 125 pages. Plaintiff shall file its Proposed Findings of Fact on or before the same date. The Proposed Findings of Fact shall not exceed 125 pages.

Plaintiff-Intervenor shall file and serve its Post-Trial Brief on or before July 1, 2008. The Brief may not exceed 60 pages. Plaintiff-Intervenor shall file its Proposed Findings of Fact, not to exceed 125 pages, on or before the same date.

Defendant's Response shall be filed and served on or before September 12, 2008. The Response may not exceed 125 pages. Defendant shall file its Proposed Findings of Fact, not to exceed 125 pages, on or before the same date.

Plaintiffs' Reply shall be filed and served on or before October 10, 2008. The Reply shall not exceed 80 pages.

Plaintiff-Intervenor's Reply shall be filed and served on or before October 10, 2008. The Reply shall not exceed 30 pages.

Defendant's Surreply, if necessary, shall be filed and served on or before November 7, 2008 and it may not exceed 60 pages.

Plaintiffs' Surreply in response to Plaintiff-Intervenor's Reply, if necessary, shall be filed and served on or before November 7, 2008 and it may not exceed 25 pages.

Oral argument will be scheduled after briefing is complete.

**It is so ORDERED.**

LOREN A. SMITH,
SENIOR JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2008, I caused to be served by the Court's electronic filing system copies of the foregoing on the following counsel:

Charles J. Cooper
David H. Thompson
Vincent J. Colatriano
Jesse Panuccio
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.—Room 12006
Attn: Classification Unit—8th Floor
Washington, DC 20530

/s/Andrew Gilbert