# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., *Plaintiffs,* | * | |
| and | * | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *Plaintiff-Intervenor,* | * | Case No. 93-531C |
| | * | Senior Judge Smith |
| v. | * | Filed: June 12, 2008 |
| THE UNITED STATES, *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Intervenor-Plaintiff's Unopposed Motion for Modifications to Post-Trial Briefing Schedule. The briefing schedule is as follows:

Plaintiffs' Post-Trial Brief shall be filed and served on or before July 1, 2008. Plaintiff shall file its Proposed Findings of Fact on or before the same date.

Plaintiff-Intervenor shall file and serve its Post-Trial Brief on or before July 1, 2008. Plaintiff-Intervenor shall file its Proposed Findings of Fact on or before the same date.

Defendant's Response shall be filed and served on or before September 12, 2008. Defendant shall file its Proposed Findings of Fact on or before the same date.

Plaintiffs' Reply shall be filed and served on or before October 10, 2008.

Plaintiff-Intervenor's Reply shall be filed and served on or before October 10, 2008.

Defendant's Surreply, if necessary, shall be filed and served on or before November 7, 2008.

Plaintiffs' Surreply to Plaintiff-Intervenor's Reply, if necessary, shall be filed and served on or before November 7, 2008.

Oral argument will be scheduled after briefing is complete.

**It is so ORDERED.**

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE