**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION<br>AND CARTERET BANCORP, INC.<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION,<br>Plaintiff-Intervenor,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 93-531C<br>(Senior Judge Loren Smith) |

**JOINT MOTION FOR LEAVE TO FILE REDACTED EXPERT REPORTS AS TRIAL EXHIBITS ON CD-ROM AND NOTICE OF FILING OF REDACTED EXPERT REPORTS AS TRIAL EXHIBITS**

Pursuant to the Court's direction, at the status conference held on April 23, 2008, the parties were granted leave to submit, for admission to the record as trial exhibits, the following expert reports, redacted to include areas covered by the experts during the course of their testimony at trial:

DX 5001A: Expert Report of Anthony Saunders, dated August 7, 2006;

DX 5038A : Expert Report of Anthony Saunders, dated September 21, 2007;

DX 7000A: Expert Report of David Kennedy, dated September 21, 2007;

DX 8000A: Expert Report of Roy C. Smith, dated September 21, 2007;

PX 2702A: Expert Report of Charles Calomiris, dated May 19, 2007;

PX 2703A: Expert Report of Charles Calomiris, dated July 14, 2006; and

PX 2704A: Supplemental Expert Report of Charles Calomiris, dated July 12, 2007.

These exhibits replace the following, unredacted versions of the expert reports that were provisionally admitted at trial: DX 5001, DX 5038, DX 7000, DX 8000, PX 2702, PX 2703 and PX 2704.[1]

The parties respectfully request, pursuant to paragraph 9(d) of Appendix E to the Rules of the United States Court of Federal Claims, leave to file the redacted expert reports utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. Several of the redacted expert reports, if attached to this electronic filing, will far exceed the four megabyte limitation applicable to electronic files, and can most efficiently be delivered to the Court and to the parties on a CD-ROM.

In addition, the Court's Rule requiring the filing of courtesy copies, in paper form, of documents exceeding 50 pages, will be triggered by this filing because the redacted expert reports, including exhibits, comprise thousands of pages. RCFC, Appendix E, ¶ 10. Because of the portability and ease of manipulation of the documents on a CD-ROM, we therefore also respectfully request that the Court waive the paper copy requirement of RCFC Appendix E, ¶ 10.

For these reasons, the parties respectfully request that this motion for leave to file on CD-ROM and to waive the additional paper copy be granted, and that the Court accept the CD-ROM for filing.

---

[1] No redactions have been made to PX6916 and PX6917, which were also admitted. Tr. 3834:13-3835:5. For ease of reference, copies of these exhibits are included on the attached CD-ROM.

Respectfully submitted,

MICHAEL F. HERTZ
Deputy Assistant Attorney General

JEANNE E. DAVIDSON
Director

KENNETH M. DINTZER
Assistant Director

s/ David A. Levitt by s/ Elizabeth M. Hosford

DAVID A. LEVITT
Trial Attorney
Commercial Litigation Branch
Civil Division

U.S. Department of Justice
1100 L Street N.W.
Washington, D.C. 20005
Tel: (202) 307-0309
FAX: (202) 514-7969

Dated: July 24, 2008

OF COUNSEL:

ELIZABETH M. HOSFORD
Senior Trial Counsel

ARLENE PIANKO GRONER
DELISA M. SANCHEZ
AMANDA TANTUM
Trial Attorneys

Attorneys for Defendant

s/ Charles J. Cooper by s/ Elizabeth M. Hosford
Charles J. Cooper
*Counsel of Record*

David H. Thompson
Vincent J. Colatriano
Jesse Panuccio
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036

Telephone: (202) 220-9600
Facsimile: (202) 220-9601
(Attorneys for Plaintiffs)

s/ Andrew Gilbert by s/ Elizabeth M. Hosford

ANDREW GILBERT
Federal Deposit Insurance Corporation
550 17th Strreet NW (Room 3060)
Washington, D.C. 20429
Tel: 202.898.3871
Fax: 202.898.3908
Agilbert@fdic.gov
(Attorney for Plaintiff-Intervenor)

Dated: July 24, 2008

CERTIFICATE OF FILING

I hereby certify that on this 24th day of July 2008, a copy of the foregoing "NOTICE OF FILING OF REDACTED EXPERT REPORTS AS TRIAL EXHIBITS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth M. Hosford
Elizabeth M. Hosford