# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC., | * | |
| *Plaintiffs,* | * | |
| and | * | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | * | Case No. 93-531C |
| *Plaintiff-Intervenor,* | * | Senior Judge Smith |
| | * | Filed: July 30, 2008 |
| v. | * | |
| THE UNITED STATES, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** the Joint Motion for Leave to File Redacted Expert Reports as Trial Exhibits on CD-ROM.

**It is so ORDERED**.

s/Loren A. Smith
LOREN A. SMITH,
SENIOR JUDGE