**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMBASE CORPORATION AND CARTERET BANCORP, INC.,<br><br>Plaintiffs,<br><br>and<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 93-531<br>(Judge Loren Smith) |

**JOINT MOTION FOR LEAVE TO FILE HYPERTEXT POST-TRIAL BRIEFS**

The parties respectfully request leave to file hypertext versions of all post-trial briefing in this case. Given the volume of evidence submitted at trial, and the high incidence of citations to that evidence within the briefing, the parties believe that hypertext documents will greatly facilitate the Court's review. Furthermore, because the process of creating a hypertext brief cannot begin until the brief is in final form, and because the process of creating such briefs is quite labor-intensive and time-consuming, the parties respectfully request that the Court set December 5, 2008, as the deadline for filing all such versions of any post-trial brief in this case.[1] The parties also request, however, that they be permitted to file briefs only in the traditional form

[1] Hypertext versions of AmBase's Proposed Findings of Fact and Post-trial Brief have already been prepared and a DVD containing these documents has been lodged with the paper copy of this motion delivered to the Court. Should this motion be granted, AmBase respectfully requests that this DVD be filed.

if they so choose.

The parties respectfully request, pursuant to paragraph 9(d) of Appendix E to the Rules of the United States Court of Federal Claims, leave to file such hypertext briefs utilizing a DVD. This case is designated for electronic filing using the Court's CM/ECF system. The briefs and accompanying linked documents (cited exhibits, cases, etc.), if attached to this electronic filing, will far exceed the four-megabyte limitation applicable to electronic files, and can most efficiently be delivered to the Court and to the parties on a DVD.

In addition, the Court's Rule requiring the filing of courtesy copies, in paper form, of documents exceeding 50 pages, will be triggered by this filing because the hypertext briefs, including exhibits, comprise thousands of pages. RCFC, Appendix E, ¶ 10. Because of the portability and ease of manipulation of the documents on a DVD, we therefore also respectfully request that the Court waive the paper copy requirement of RCFC Appendix E, ¶ 10.

For these reasons, the parties respectfully request that this motion for leave to file hypertext post-trial briefs, to file such briefs on DVD, and to waive the additional paper copy be granted, and that the Court accept the DVD for filing.

Respectfully submitted,

/s/ Charles J. Cooper
Charles J. Cooper
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
*Counsel of Record*

Of Counsel:

Vincent J. Colatriano
David H. Thompson
Jesse Panuccio

COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)

Dated: September 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2008, I caused to be served by the Court's electronic filing system copies of the foregoing on the following counsel:

David Levitt, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W.—Room 12006
Attn: Classification Unit—8th Floor
Washington, DC 20530

Andrew Gilbert, Esq.
FDIC Legal Division
550 17th Street, N.W.
Room 2098
Washington, DC 20429

/s/ Jesse Panuccio