# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| AMBASE CORPORATION AND | |
| CARTERET BANCORP, INC. | |
| *Plaintiffs,* | |
| and | |
| | |
| FEDERAL DEPOSIT INSURANCE | Case No. 93-531C |
| CORPORATION, | |
| *Plaintiff-Intervenor,* | Senior Judge Smith |
| | |
| v. | Filed: October 9, 2012 |
| | |
| THE UNITED STATES, | |
| *Defendant.* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court hereby **SCHEDULES** a telephone conference on the Proposed Joint Settlement to be held on Thursday, October 11, 2012 at 4:00 p.m.

**It is so ORDERED**.

 s/ Loren A. Smith  
LOREN A. SMITH,  
SENIOR JUDGE