# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

AMBASE CORPORATION AND
CARTERET BANCORP, INC.
    *Plaintiffs,*
and

FEDERAL DEPOSIT INSURANCE
CORPORATION,
    *Plaintiff-Intervenor,*

v.

THE UNITED STATES,
    *Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 93-531C

Senior Judge Smith

Filed: October 11, 2012

## **ORDER**

The Court hereby **APPROVES** the Settlement Agreement.

**It is so ORDERED**.

                                     s/ Loren A. Smith
                                     LOREN A. SMITH,
                                     SENIOR JUDGE